# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Vulcan Golf, LLC., Individually and on behalf of all others similarly situated.

**DEFENDANTS**
Google, Inc., Oversee.Net, Sedo.com, Dotster, Inc., a/k/a/ Revenuedirect.com, Internet Reit, Inc., d/b/a IREIT, Inc., and John Does I-X

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134   (630) 232-6333

Attorneys (If Known)

FILED
KC FILED
JUN 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV3371
JUDGE KOCORAS
MAGISTRATE JUDGE BROWN

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Nature of suit grid — 470 Racketeer Influenced and Corrupt Organizations checked]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Lanham Act, 15 U.S.C. § 1051 et seq.; the Anticybersquatting Consumer Protection Act, 15 US.C. § 1125(d); trademark infringement under 15 U.S.C. § 1114(1); for false designation of origin under 15 U.S.C. § 1125(a); dilution under 15 U.S.C. § 1125(c); Racketeering Influenced Corrupt Organizations Act, violations, 18 U.S.C. §1962(c) and (d) ("RICO")

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:

[x] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ In excess five million

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

**IX. This case**
[ ] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____ previously dismissed by Judge _____

DATE: 6/14/07
SIGNATURE OF ATTORNEY OF RECORD: [signature]

