AE

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
VULCAN GOLF, LLC., Individually and on behalf of all others similarly situated
Plaintiffs,
v.
Google, Inc., Oversee.Net, Sedo.com, Dotster, Inc., a/k/a Revenuedirect.com, Internet Reit, Inc, d/b/a IREIT, Inc. and John Does I-X

Case Number: KC

**FILED**
JUN 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VULCAN GOLF, LLC., individually and on behalf of all others similarly situated, Plaintiffs

07CV3371
JUDGE KOCORAS
MAG. JUDGE BROWN

| | |
|---|---|
| NAME (Type or print) | Robert M. Foote |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | Foote, Meyers, Mielke & Flowers, LLC |
| STREET ADDRESS | 28 North First Street, Suite 2 |
| CITY/STATE/ZIP | Geneva, IL 60134 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 03124325 |
| TELEPHONE NUMBER | 630-232-6333 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐