AE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:
VULCAN GOLF, LLC., Individually and on behalf of all others similarly situated
Plaintiffs,
v.
Google, Inc., Oversee.Net, Sedo.com, Dotster, Inc., a/k/a Revenuedirect.com, Internet Reit, Inc, d/b/a IREIT, Inc. and John Does I-X

KC FILED
JUN 15 2007
Jun 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VULCAN GOLF, LLC., individually and on behalf of all others similarly situated, Plaintiffs

**07CV3371
JUDGE KOCORAS
MAG. JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) <br> Stephen W. Fung | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Foote, Meyers, Mielke & Flowers, LLC | |
| STREET ADDRESS <br> 28 North First Street, Suite 2 | |
| CITY/STATE/ZIP <br> Geneva, IL 60134 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06289522 | TELEPHONE NUMBER <br> 630-232-6333 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |