# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number:
VULCAN GOLF, LLC., Individually and on behalf of all others similarly situated
Plaintiffs,
v.
Google, Inc., Oversee.Net, Sedo.com, Dotster, Inc., a/k/a Revenuedirect.com,
Internet Reit, Inc, d/b/a IREIT, Inc., and John Does I-X

**FILED**
JUN 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VULCAN GOLF, LLC., individually and on behalf of all others similarly situated, Plaintiffs

**07CV3371**
**JUDGE KOCORAS**
**MAG. JUDGE BROWN**

| NAME (Type or print) |
|---|
| Kathleen C. Chavez |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| The Chavez Law Firm |

| STREET ADDRESS |
|---|
| 28 North First Street, Suite 2 |

| CITY/STATE/ZIP |
|---|
| Geneva, IL 60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6255735 | 630-232-6333 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐