AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *June 20, 07* |
| NAME OF SERVER *(PRINT)*  Robert  Bartel | TITLE  *Process Server, Private Detective* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  *Deanna Dillon, Clerk.*

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL  *—0—* | SERVICES  *75 00* | TOTAL  *75 00* |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *June 20, 2007*  _____
          Date          Signature of Server

          *# 115-001133*

          *P. O Box 11237*
          Address of Server

          *Springfield, IL*
          *62791*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

VULCAN GOLF, LLC.,
individually and on behalf of all others similarly
situated.

V.

Google, Inc., Oversee.Net, Sedo.com, Dotster,
Inc., AKA Revenuedirect.com, Internet Reit,
Inc. d/b/a Ireit, Inc., and John Does I-X.

CASE Nº ---

**07CV3371**

ASS **JUDGE KOCORAS**

DES **MAG. JUDGE BROWN**

TO: (Name and address of Defendant)

Google, Inc.
c/o Illinois Corporation Service C, As registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

JUN 1 5 2007

(By) DEPUTY CLERK

DATE