AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-27-07 |
| NAME OF SERVER (PRINT) Sarah Vanetzian | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Bridget Gillespy, Secretary To Ulrich Essmann of Sedo.Com, After 7 Attempts on June 27, 2007 @ 2:50 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL On 6-21-07, 3-Attempts On 6-25-07, 2-Attempts On 6-26-07, 1-Attempt On 6-27-07, 1-Attempt | SERVICES 68.00, 68.00, 68.00 | TOTAL $204.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2007    *Sarah Vanetzian*
          Date               Signature of Server

177 Common St., Watertown, Ma. 02472
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

VULCAN GOLF, LLC.,
individually and on behalf of all others similarly situated.

V.

Google, Inc., Oversee.Net, Sedo.com, Dotster, Inc., AKA Revenuedirect.com, Internet Reit, Inc. d/b/a Ireit, Inc., and John Does I-X.

CASE NUMBER:

**07CV3371**
**JUDGE KOCORAS**
**MAG. JUDGE BROWN**

TO: (Name and address of Defendant)

SEDO.COM
c/o Ulrich Essmann, As Registered Agent
161 First Street
4th Floor
Cambridge, MA 02142

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

JUN 1 5 2007

(By) DEPUTY CLERK

DATE