# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC., Individually and on behalf of all Others Similarly Situated,<br>　　　　　　　　Lead Plaintiff,<br><br>v.<br><br>GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　No. 07 CV 3371<br>)<br>)　Judge Kocoras<br>)<br>)　Magistrate Judge Brown<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING DEFENDANT'S
TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

1. Plaintiff's counsel has agreed to extend the date for Defendant Google, Inc. to answer or otherwise respond to the Complaint by 30 days to August 10, 2007.

2. Nothing in this stipulation shall be deemed or construed to constitute a waiver of any defenses available to the defendants, including, without limitation any objections to personal jurisdiction.

3. No previous request for extension has been made in the above-entitled action. This request for extension has been consented to by the undersigned.

　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　this ____ day of _____, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge

AGREED:

_____
Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
Suite 1200
Chicago, IL 60603
(312) 338-0200

**Attorneys for Defendant Google, Inc.**

_____
Robert Foote
Stephen W. Fung
Foote Meyers Meilke & Flowers, LLC
28 North First Street
Suite 2
Geneva, IL 60134
(630) 232-6333

Kathleen C. Chavez
Chavez Law Firm, P.C.
28 North First Street
Suite 2
Geneva, IL 60134
(630) 232-4480

**Attorneys for Plaintiff**

2