IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC., )<br>Individually and on behalf of all )<br>Others Similarly Situated, )<br>               Lead Plaintiff, )<br>               )<br>v. )<br>               )<br>GOOGLE INC., OVERSEE.NET, )<br>SEDO LLC, DOTSTER, INC., AKA )<br>REVENUEDIRECT.COM )<br>INTERNET REIT, INC. d/b/a IREIT, INC., )<br>and JOHN DOES I-X, )<br>               )<br>             Defendants. ) | No. 07 CV 3371<br><br>Judge Kocoras<br><br>Magistrate Judge Brown |

## AMENDED NOTICE OF MOTION

TO:    Robert Foote                                   Kathleen C. Chavez
          Stephen W. Fung                          Chavez Law Firm, P.C.
          Foote Meyers Meilke & Flowers, LLC    28 North First Street, Suite 2
          28 North First Street, Suite 2            Geneva, IL 60134
          Geneva, IL 60134

      **PLEASE TAKE NOTICE** that on Tuesday, July 31, 2007 at 9:30 a.m., or as soon thereafter as we my be heard, undersigned counsel shall appear before the Honorable Charels P. Kocoras in Courtroom 1725 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Agreed Motion for Extension of Time For Google, Inc. To Answer or Otherwise Plead**, a copy of which is attached hereto and served upon you.

## CERTIFICATE OF SERVICE

      I, Mariah E. Moran, an attorney, certify that I caused copies of the foregoing **Amended Notice of Motion** to be served via the Court's CM/ECF system this 13th day of July, 2007.

                                                        /s/    Mariah E. Moran
                                                        Mariah E. Moran

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
312.338.0200