

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>      Lead Plaintiff,<br><br>v.<br><br>GOOGLE INC., OVERSEE NET,<br>SEDO LLC, DOTSTER, INC., AKA<br>REVENUEDIRECT.COM<br>INTERNET REIT, INC. d/b/a , IREIT, INC.;<br>and JOHN DOES I-X,<br><br>      Defendants. | Case No. 07CV3371<br><br>**Honorable Charles P. Kocoras**<br>**Magistrate Judge Brown**<br><br>FILED<br>JUL 1 1 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### DEFENDANT INTERNET REIT, INC. D/B/A IREIT, INC.'S UNOPPOSED MOTION
### TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Internet REIT, Inc. d/b/a IREIT, Inc. ("IREIT"), and files its Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint in the above-referenced action, and would respectfully show unto the Court as follows:

1. Plaintiff filed its Complaint on June 15, 2007.

2. The date on which Defendant IREIT's answer or other response is currently due on July 10, 2007.

3. Defendant IREIT has conferred with Plaintiff Vulcan Golf, LLC, Inc. and Plaintiff has agreed to extend the time to answer or otherwise respond to its Complaint to August 10, 2007.

4.  For the foregoing reasons, the parties respectfully request that the Court enter the attached Stipulation and Order Extending Defendant's Time to Respond to Plaintiff's Complaint to August 10, 2007.

Dated: July 10, 2007.

>   Respectfully submitted,
>
>   VINSON & ELKINS L.L.P.
>
>   */s/ Scott Wiehle*
>
>   Scott Wiehle ARDC # 6278709
>   VINSON & ELKINS L.L.P.
>   Trammell Crow Center
>   2001 Ross Avenue
>   Suite 3700
>   Dallas, TX 75201-2975
>   (214) 220-7700
>
>   Steven R. Borgman
>     (pro hac vice application pending)
>   Kenneth P. Held
>     (pro hac vice application pending)
>   VINSON & ELKINS L.L.P.
>   2500 First City Tower
>   1001 Fannin Street
>   Houston, Texas 77002
>   (713) 758-2222
>
>   ATTORNEYS FOR DEFENDANT
>   INTERNET REIT, INC. d/b/a IREIT, INC.

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Robert Foote, counsel for Plaintiff, on July 5, 2007, and he does not object to the filing of this motion.

*Kenneth Held* /permission spw

Kenneth P. Held

## CERTIFICATE OF SERVICE

I certify that, on the 10th day of July, 2007, I filed the foregoing with the clerk of the court by first class mail, postage prepaid to Plaintiff's counsel listed below:

Robert Foote, Esq. #03214325
Stephen W. Fung, #06289522
FOOTE MEYERS MEILKE & FLOWRES, LLC
28 North First St., Suite 2
Geneva, IL 60134
630-232-6333

Kathleen C. Chavez, Esq. #6255735
CHAVEZ LAW FIRM, P.C.
28 North First St., Suite 2
Geneva, IL 60134
630-232-4480

_____
Scott Wiehle

Houston 3312707v.1