

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07CV3371 |

Vulcan Golf, LLC
v.
Google, Inc., Oversee.Net, Sedo.com, Dotster, Inc., AKA Revenuedirect.com, Internet Reit, Inc. d/b/a Ireit, Inc., and John Does I-X.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Internet Reit, Inc. d/b/a Ireit, Inc. - Defendant

| NAME (Type or print) |
|---|
| Scott R. Wiehle |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| Vinson & Elkins, LLP |

| STREET ADDRESS |
|---|
| 2001 Ross Ave., Suite 3700 |

| CITY/STATE/ZIP |
|---|
| Dallas, Texas 75201 |

FILED
JUL 11 2007
JUL 11, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC# 6278709 | 214-220-7913 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐