UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>　　　　　Lead Plaintiff,<br><br>v.<br><br>GOOGLE INC., OVERSEE NET,<br>SEDO LLC, DOTSTER, INC., AKA<br>REVENUEDIRECT.COM<br>INTERNET REIT, INC. d/b/a , IREIT, INC.;<br>and JOHN DOES I-X,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 07CV3371<br><br>Honorable Charles P. Kocoras<br>Magistrate Judge Brown<br><br>**FILED**<br>JN   JUL 1 2 2007<br>JUL 12, 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## NOTICE OF MOTION

TO:   Robert Foote                                            Kathleen C. Chavez
　　　Stephen W. Fung                                    Chavez Law Firm, P.C.
　　　Foote Meyers Meilke & Flowers, LLC    28 North First Street, Suite 2
　　　28 North First Street, Suite 2                   Geneva, IL 60134
　　　Geneva, IL 60134

　　**PLEASE TAKE NOTICE** that on Friday, July 20, 2007 at 9:30 a.m., or as soon thereafter as we may be heard, undersigned counsel shall appear before the Honorable Charles P. Kocoras in Courtroom 1725 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Internet Reit, Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, a copy of which has been served upon you.

## CERTIFICATE OF SERVICE

I, Scott R. Wiehle, an attorney, certify that I caused copies of the foregoing **Notice of Motion** to be served via first class mail this 11th day of July, 2007.

*[signature]*

Scott R. Wiehle

Scott Wiehle ARDC # 6278709
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX 75201-2975
(214) 220-7700


Steven R. Borgman
  (pro hac vice application pending)
Kenneth P. Held
  (pro hac vice application pending)
VINSON & ELKINS L.L.P.
2500 First City Tower
1001 Fannin Street
Houston, Texas 77002
(713) 758-2222


Dallas 1278188v.1