| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| FOOTE MEYERS MIELKE & FLOWERS LLC<br>28 NORTH FIRST STREET, SUITE 2<br>GENEVA, IL 60134 | (630) 232-6333 | |

ATTORNEY FOR (NAME): PLAINTIFF

REFERENCE NUMBER: 0S346235-01

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
VULCAN GOLF, LLC vs. GOOGLE, INC. ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER: 07CV3371 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS AND COMPLAINT;

**Name:** OVERSEE.NET

**Person Served:** STEPHANIE JOHNSON
**Title:** AGENT FOR SERVICE OF PROCESS

**Date of Delivery:** 07/18/07
**Time of Delivery:** 03:58 pm

**Place of Service:** 980 9TH STREET, 16TH FLOOR
SACRAMENTO, CA 95814                (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**Fee for service:** $ 57.00

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2005-05

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396

Client File # NONE PROVIDED

302/0S346235-01

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 19, 2007
at: SACRAMENTO, California.

Signature: /s/ Ramon R. Avalos
Name: RAMON R. AVALOS
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER