AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/5/07 @ 10:05 AM |
|---|---|
| NAME OF SERVER *(PRINT)* PETER HOFMANN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 8100 NE Parkway Drive, Suite 300, Vancouver, WA 98662

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 0 | SERVICES 35.00 | TOTAL $35.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/10/07
_____
Date

_____
Signature of Server

1701 BROADWAY, VANCOUVER, WA 98663
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dockets.Justia.com

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

VULCAN GOLF, LLC.,
individually and on behalf of all others similarly
situated.

                  V.

Google, Inc., Oversee.Net, Sedo.com, Dotster,
Inc., AKA Revenuedirect.com, Internet Reit,
Inc. d/b/a Ireit, Inc., and John Does I-X.

CASE

ASSIC

DESIC

MAG.

## 07CV3371
## JUDGE KOCORAS
## MAG. JUDGE BROWN

TO: (Name and address of Defendant)

DOTSTER, INC., aka REVENUEDIRECT.COM
c/o Brian K. Unruh, As Registered Agent
8100 NE Parkway Drive
Suite 300
Vancouver, WA 98662

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 15 2007

_____
DATE