# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Vulcan Golf, LLC, et al

v.

Sedo, LLC, et al

Case Number: 07 C 3371

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sedo.com, LLC (misnamed Sedo, LLC)

| |
|---|
| NAME (Type or print) |
| Misty R. Martin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Misty R. Martin |
| FIRM |
| Segal McCambridge Singer & Mahoney, Ltd. |
| STREET ADDRESS |
| Sears Tower, Suite 5500, 233 S. Wacker Drive |
| CITY/STATE/ZIP |
| Chicago Il 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6284999 | (312) 645-7800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐