IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, ) | |
| Individually and on behalf of all ) | |
| Others Similarly Situated, ) | |
| Lead Plaintiff, ) | |
| ) | No. 07 CV 3371 |
| Vs. ) | |
| ) | Judge Kocoras |
| GOOGLE INC., OVERSEE NET, ) | |
| SEDO, LLC, [misnamed] DOTSTER, INC., AKA ) | Magistrate Judge Brown |
| INTERNET REIT, INC., d/b/a IREIT, INC., ) | |
| And JOHN DOES I-X ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME FOR
DEFENDANT SEDO.COM, LLC TO ANSWER OR OTHERWISE PLEAD**

Defendant Sedo.com, LLC (misnamed Sedo, LLC), by and through its attorneys, Segal McCambridge Singer & Mahoney, respectfully moves this Court to extend until September 15, 2007 the date by which Sedo.com must answer or otherwise plead to the Class Action Complaint ("Complaint"). In support of this motion, Defendant Sedo.com states as follows:

1. On June 15, 2007, Plaintiff filed the Complaint in this matter. Sedo.com was served with a copy of the Summons and Complaint on June 27, 2007. Accordingly, Sedo.com's response pleading was due on July 19, 2007.

2. The Complaint is 121 pages in length, contains at least 638 paragraphs and asserts class action federal and state law claims alleging infringement and deceptive practices of registered marks, trade names, logos and other distinctive/valuable marks.

3. Given the extraordinary size of the Complaint and the nature of the claims raised therein, Defendant Sedo.com respectfully submits that it will need additional time to properly review and digest the Complaint in order to adequately prepare a responsive pleading.

814610-1

4.      Plaintiff's counsel has been apprised of the basis of this motion and has acknowledged Sedo.com's need for an extension of time, but will only agree to an extension until August 17, 2007.  Unfortunately, given the complexity and nature of Plaintiff's claims, Sedo.com will need additional time to respond to Plaintiff's complaint.

5.      Sedo.com brings this motion in good faith and not for the purposes of undue delay.  Further, Sedo.com, LLC cannot foresee any unfair prejudice that will suffer Plaintiff if it is granted an extension of time until September 15, 2007 to respond to Plaintiff's Complaint.

6.      No previous request for extension has been made by this Defendant in the above-entitled action.

7.      Attached herein as Exhibit A is a Proposed Order Extending Defendant's Time in Which to Answer or Otherwise Plead.

WHEREFORE, for the foregoing reasons, Defendant Sedo.com, LLC, respectfully requests that the Court extend until September 15, 2007, the date by which it must answer or otherwise plead to the Class Action Complaint.

> Respectfully submitted,
> By: /s/Misty R. Martin_____
>      One of Sedo.com, LLC's Attorneys

Jeffrey Singer
Misty R. Martin
Segal McCambridge Singer & Mahoney
233 South Wacker Drive
Sears Tower – Suite 5500
Chicago, IL 60606
(312) 645-7800 (t)
(312) 645-4463 (f)

814610-1