IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC,  ) | |
| Individually and on behalf of all  ) | |
| Others Similarly Situated,  ) | |
|        Lead Plaintiff,  ) | |
| ) | No. 07 CV 3371 |
| Vs.  ) | |
| ) | Judge Kocoras |
| GOOGLE INC., OVERSEE NET,  ) | |
| SEDO, LLC, [misnamed] DOTSTER, INC., AKA  ) | Magistrate Judge Brown |
| INTERNET REIT, INC., d/b/a IREIT, INC.,  ) | |
| And JOHN DOES I-X  ) | |
|        Defendants.  ) | |

**ORDER EXTENDING DEFENDANT, SEDO.COM, LLC's TIME IN WHICH TO
ANSWER OR OTHERWISE PLEAD**

      IT IS HEREBY ORDERED, after consideration of Defendant, Sedo.com, LLC's

(misnamed Sedo, LLC) Motion for Extension of time, that the date for Defendant Sedo.com,

LLC to answer or otherwise respond to Plaintiff's Complaint has been extended to September

15, 2007.

                                      SO ORDERED

                                      This ____ day of _____, 2007

                                      _____
                                      United States District Judge

814680-1