# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Vulcan Golf, LLC

                      Plaintiff,

v.                                                                           Case No.: 1:07−cv−03371
                                                Honorable Charles P. Kocoras

Google Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 25, 2007:

      MINUTE entry before Judge Charles P. Kocoras :Defendant Google, Inc.'s agreed motion [15] for an extension of time to 8/10/2007 to answer or otherwise plead is granted. Defendant Internet Reit, Inc.'s unopposed motion [18] to extend time to 8/10/2007 to answer or otherwise plead is granted. Defendant Seco.com's motion [26] for an extension of time to 9/15/2007 to answer or otherwise plead is denied. Seco.com is given to 8/10/2007 to answer or otherwise plead. Hearing on all pending motions, set for 7/31/2007, is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.