# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 207 CV 3371 |

Vulcan Golf, LLC, Individually and On Behalf Of All Others Similarly Situated, Lead Plaintiff

v.

Google Inc., Oversee.net., Sedo LLC, Dotster, Inc. aka RevenueDirect.com, Internet Reit, Inc. d/b/a Ireit, Inc., and John Does I – X.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Dotster, Inc. aka RevenueDirect.com**

NAME (Type or print)
Alison C. Conlon

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Alison C. Conlon

FIRM  Wildman, Harrold, Allen & Dixon LLP

STREET ADDRESS  225 W. Wacker Drive, 30th Floor

CITY/STATE/ZIP  Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6272083 | TELEPHONE NUMBER 312-201-2000 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 27, 2007, a true and correct copy of the foregoing **Appearance of Alison C. Conlon for Defendants DOTSTER, INC. AKA REVENUEDIRECT.COM,** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

   /s/ Alison C. Conlon
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

Attorney for **Dotster, Inc. aka RevenueDirect.com**