IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC., Individually and On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Lead Plaintiff, | ) ) | No. 07 CV 3371 |
| v. | ) ) | Judge Kocoras |
| GOOGLE INC., OVERSEE.NET, SEDO, LLC, LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM INTERNET REIT, INC. d/b/a IREIT, INC. And JOHN DOES I-X, | ) ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **July 31, 2007 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kocoras, or in his absence, before any other Judge who may be sitting in his stead, in Courtroom 1725 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Agreed Motion For Extension of Time for Defendant Dotster, Inc. aka RevenueDirect.Com to Answer or Otherwise Plead,** which is hereby served upon you.
.

Respectfully submitted,

s/ Alison C. Conlon
One of the Attorneys for
*Dotster, Inc. aka RevenueDirect.com*

Michael Dockterman (03121675)
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:     (312) 201-2555

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 27, 2007, a true and correct copy of the foregoing **Notice of Agreed Motion For Extension of Time for Defendant Dotster, Inc. aka RevenueDirect.Com to Answer or Otherwise Plead,** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    /s/ Alison C. Conlon_____
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:     (312) 201-2555

Attorney for **Dotster, Inc. aka RevenueDirect.com**

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC., Individually and On Behalf Of All Others Similarly Situated, ) ) ) ) | |
| Lead Plaintiff, ) ) | No. 07 CV 3371 |
| v. ) ) | Judge Kocoras |
| GOOGLE INC., OVERSEE.NET, SEDO, LLC, LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM INTERNET REIT, INC. d/b/a IREIT, INC. And JOHN DOES I-X, ) ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. ) | |

## Service List

Robert M. Foote
Stephen William Fung
Foote, Meyers, Mielke & Flowers LLC
28 North First Street
Suite 2
Geneva, IL  60134

Jonathan M. Cyrluk
Joseph J. Duffy
Mariah E Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street
Suite 1200
Chicago, IL 60603-1203

Kathleen Currie Chavez
Chavez Law Firm P.C.
28 North First Street
#2
Geneva, IL 60134

Joseph Gratz
Michael Page
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 9411

| | |
|---|---|
| Jeffrey Singer<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>330 North Wabash Avenue Suite 200<br>Chicago, IL 60611-3514 | Misty Rose Martin<br>Segal, McCambridge, Singer & Mahoney<br>233 South Wacker Drive<br>Suite 5500<br>Chicago, IL 60606 |
| Kenneth P. Held<br>Steven R. Borgman<br>Vinson & Elkins LLP<br>1001 Fannin Street<br>Suite 2500<br>Houston, TX 77002 | Scott Ryan Wiehle<br>Vinson & Elkins<br>Trammel Crow Center<br>2001 Ross Avenue<br>Suite 3700<br>Dallas, TX 75201-2975 |