**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VULCAN GOLF, LLC, )<br>Individually and on behalf of all )<br>others similarly situated, )<br> )<br>            Plaintiff, )<br>  v. )<br> )<br>GOOGLE INC., OVERSEE.NET, )<br>SEDO LLC, DOTSTER, INC., )<br>AKA REVENUEDIRECT.COM, )<br>INTERNET REIT, INC. d/b/a )<br>IREIT, INC., and JOHN DOES I-X, )<br> )<br>            Defendants. ) | Case No. 07 CV 3771<br><br>Judge Charles P. Kocoras |

### AGREED MOTION FOR LEAVE TO EXTEND TIME FOR OVERSEE.NET TO RESPOND TO PLAINTIFF'S COMPLAINT

Oversee.net, by and through its attorneys, hereby move this Court for leave to extend time for Oversee.net to respond to Plaintiff's Complaint. In support thereof, Oversee.net states:

1. The deadline for Oversee.net to respond to Plaintiff's Complaint is August 7, 2007.

2. This motion is uncontested by Plaintiff.

3. Oversee.net and Plaintiff have agreed to extend the deadline for Oversee.net to file a response to Plaintiff's Complaint to August 17, 2007.

4. This extension will not impact any other deadlines set by the Court in this matter.

WHEREFORE, Defendant Oversee.net hereby requests that this Court enter an Order granting leave to extend time for Oversee.net to respond to Plaintiff's Complaint until August 17, 2007.

                Respectfully submitted,

                **OVERSEE.NET, INC.**

Dated: August 3, 2007              By:    <u>s/ Janelle M. Carter</u>
                                                               One of their Attorneys

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: jcarter@winston.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

| | |
|---|---|
| Robert M. Foote<br>Stephen William Fung<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, #2<br>Geneva, Illinois  60134 | Kathleen Currie Chavez<br>Chavez Law Firm P.C.<br>28 North First Street, #2<br>Geneva, Illinois  60134 |
| Jonathan M. Cyrluk<br>Mariah E. Moran<br>Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, Illinois  60603 | Joseph Gratz<br>Michael Page<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California |
| Jeffrey Singer<br>Misty Rose Martin<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>330 North Wabash Avenue, Suite 200<br>Chicago, Illinois  60611 | Alison C. Conlon<br>Michael R. Dockterman<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606 |
| Alexis Elizabeth Payne<br>Bradley Louis Cohn<br>Brett A. August<br>Pattishall, McAuliffe, Newbury,<br>Hilliard & Geraldson LLP<br>311 South Wacker Drive, Suite 5000<br>Chicago, Illinois  60606 | Scott Ryan Hiehle<br>Vinson & Elkins LLP<br>Trammel Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas  75201 |
| Steven R. Borgman<br>Vinson & Elkins LLP<br>2500 First City Tower<br>1001 Fannin Street<br>Houston, Texas  77002 | |

                                                  ___ s/ Janelle M. Carter__