# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Vulcan Golf, LLC

                          Plaintiff,

v.                                          Case No.: 1:07−cv−03371
                                                            Honorable Charles P. Kocoras

Google Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2007:

      MINUTE entry before Judge Charles P. Kocoras :Defendant Oversee.net's agreed motion [45] for an extension of time to 8/17/2007 to answer or otherwise plead is granted. Hearing on said motion, set for 8/9/2007, is stricken. Parties are reminded that the correct case number is 07−cv−3371. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.