# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, )<br>Individually And On Behalf of All Others )<br>Similarly Situated, )<br>       Lead Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE INC., OVERSEE.NET, )<br>SEDO LLC, DOTSTER, INC., AKA )<br>REVENUEDIRECT.COM, )<br>INTERNET REIT, INC. d/b/a IREIT, INC. )<br>and JOHN DOES I-X, )<br>       Defendants. ) | No. 07 CV 3371<br><br>Judge Charles P. Kocoras<br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on August 9, 2007, at 9:30 A.M., Defendant, Internet REIT, Inc., will appear before the Honorable Charles P. Kocoras in Courtroom 1725 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will present the **MOTION OF DEFENDANT INTERNET REIT, INC., FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATION,** a copy of which is attached and hereby served upon you.

| | |
|---|---|
| Date: August 7, 2007 | Respectfully submitted,<br><br>PATTISHALL, McAULIFFE, NEWBURY,<br>  HILLIARD & GERALDSON LLP<br><br>By:   /s/ Alexis E. Payne<br>      Brett A. August (ARDC #  0081345)<br>      Bradley L. Cohn (ARDC # 6224692)<br>      Alexis E. Payne (ARDC # 6270412)<br>      311 South Wacker Drive<br>      Suite 5000<br>      Chicago, Illinois 60606<br>      (312) 554-8000<br><br>VINCENT & ELKINS LLP<br><br>Steve Borgman |

269703v2

        Kenneth Hand
        First City Tower
        1001 Fannin Street
        Suite 2300
        Houston, Texas 77002
        (713) 758-4353

        Scott Wiehle
        2001 Ross Ave., Suite 3700
        Dallas, Texas 75201
        (214) 222-7700

        Attorneys for Defendant Internet Reit, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of Defendant Internet Reit, Inc.'s Notice of Motion was served upon counsel for Plaintiff:

See Attached Service List

on August 7, 2007, via U.S. mail.

/s/ Alexis E. Payne
Alexis E. Payne

## SERVICE LIST

I hereby certify that on August 7, 2007, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

Robert M. Foote
Stephen W. Fung
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603

Aaron D. Van Oort
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Vincent V. Carossimi
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Steven D. Atlee
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Kathleen Currie Chavez
Chavez Law Firm
28 North First Street, Suite 2
Geneva, IL 60134

Michael H. Page
Joseph Kratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606

Jeffrey Singer, Partner
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

Andrew P. Bridges
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111