UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, | ) | |
| Individually And On Behalf of All Others | ) | |
| Similarly Situated, | ) | |
|     Lead Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 3371 |
| | ) | |
| GOOGLE INC., OVERSEE.NET, | ) | Judge Charles P. Kocoras |
| SEDO LLC, DOTSTER, INC., AKA | ) | Magistrate Judge Geraldine Soat Brown |
| REVENUEDIRECT.COM, | ) | |
| INTERNET REIT, INC. d/b/a IREIT, INC. | ) | |
| and JOHN DOES I-X, | ) | |
|     Defendants. | ) | |

**CONSENTED MOTION OF DEFENDANT INTERNET REIT, INC.,
FOR LEAVE TO FILE BRIEFS IN EXCESS OF PAGE LIMITATION**

With Plaintiff's consent, Defendant Internet REIT ("Ireit") moves the Court for leave to file a Memorandum In Support Of Its Motion To Dismiss the Complaint in excess of the page limit stated in Rule 7.1 of the Local Rules for the Northern District of Illinois, up to thirty pages.

1.      In support of its Motion To Dismiss, Ireit's brief addresses all twelve counts of the 121-page Complaint filed by Plaintiff against Ireit and the other defendants.

2.      By its nature, Ireit's brief must address multiple legal standards and explain why, under those standards, all twelve counts should be dismissed against Ireit.

3.      Moreover, the total length of Ireit's brief will be far be less than the combined page total that would be allowed if separate motions were filed to dismiss each of the twelve counts.

    4.     Plaintiff consents to this motion.  Further, Ireit and Plaintiff have mutually consented that Plaintiff may file a brief of up to thirty pages in response to Ireit's Motion To Dismiss, and Ireit may file a reply brief of up to fifteen pages.

    5.     Ireit brings this motion in good faith and submits that granting it will serve the interests of justice.

Wherefore, Ireit requests that this Court enter an order granting: (1) Ireit leave to file a brief of up to thirty pages in support of its Motion To Dismiss; (2) Plaintiff leave to file a brief of up to thirty pages in response to Ireit's Motion To Dismiss; and (3) Ireit leave to file a reply brief of up to fifteen pages.

Date: August 7, 2007                  Respectfully Submitted,

                                  PATTISHALL, McAULIFFE, NEWBURY,
                                    HILLIARD & GERALDSON LLP

                              By:   /s/ Alexis E. Payne
                                  Brett A. August (ARDC #  0081345)
                                  Bradley L. Cohn (ARDC # 6224692)
                                  Alexis E. Payne (ARDC # 6270412)
                                  311 South Wacker Drive, Suite 5000
                                  Chicago, Illinois 60606
                                  (312) 554-8000

VINSON & ELKINS LLP

Steve Borgman
Kenneth Hand
First City Tower
1001 Fannin Street, Suite 2300
Houston, Texas 77002
(713) 758-4353

Scott Wiehle
2001 Ross Ave., Suite 3700
Dallas, Texas 75201
(214) 222-7700

Attorneys for Defendant Internet Reit, Inc