# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Vulcan Golf, LLC

                      Plaintiff,

v.                                       Case No.: 1:07−cv−03371
                                                  Honorable Charles P. Kocoras

Google Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 9, 2007:

     MINUTE entry before Judge Charles P. Kocoras :Motion hearing held on
8/9/2007. Defendant Reit's motion [49] for leave to file brief in excess of page limitation,
is granted. Brief is limited to 30 pages. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.