### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC,  ) | |
| Individually and on behalf of all  ) | |
| Others Similarly Situated,  ) | |
|         Lead Plaintiff,  ) | |
| ) | No. 07 CV 3371 |
| Vs.  ) | |
| ) | Judge Kocoras |
| GOOGLE INC., OVERSEE NET,  ) | |
| SEDO, LLC, [misnamed] DOTSTER, INC., AKA  ) | Magistrate Judge Brown |
| INTERNET REIT, INC., d/b/a IREIT, INC.,  ) | |
| And JOHN DOES I-X  ) | |
|         Defendants.  ) | |

**DEFENDANT SEDO.COM, LLC'S MOTION
FOR LEAVE TO FILE MOTION TO DISMISS IN EXCESS OF 15 PAGES**

Defendant, Sedo.com, LLC, (misnamed Sedo, LLC) ("Sedo"), by its attorneys, hereby requests the court pursuant to Local Rule 7.1 to grant leave to file a motion in excess of 15 pages and in support thereof states as follows:

1. On June 19, 2007, Plaintiff, Vulcan Golf, LLC, filed a 12-Count Class Action Complaint in Law and Equity against the above-captioned defendants alleging violations of RICO under 18 U.S.C. §1962(e) and (d), Cybersquatting under 15 U.S.C. §1125(d), Trademark Infringement under 15 U.S.C. §1114(1), False Designation of Origin under 15 U.S.C. §1125(a), Dilution under 15 U.S.C. §1125(c), Consumer Fraud, Common Law Trademark Violations, Contributory Trademark Infringement, Intentional Interference with Current and Prospective Economic Advantage, and Unjust Enrichment. (See Docket Document #1)

2. Plaintiff's complaint contains 638 paragraphs and comprises more than 120 pages.

3. Defendant, Sedo, intends to file a Motion to Dismiss Plaintiff's Complaint.

4.	Due to the complex nature of the allegations and claims made in this case, the number of legal claims made by Plaintiff, the number of Defendants, and the sheer volume of Plaintiff's Complaint, Defendant, Sedo, respectfully request 30 pages in which to Draft a Motion to Dismiss Plaintiff's Complaint.

5.	Defendant has contacted Plaintiff with this request and Plaintiff has no objection to this motion.

WHEREFORE, Defendant, Sedo, prays this Court grant it leave to file its Motion to Dismiss and Memorandum in Support Thereof in excess of 15 pages.

Respectfully submitted,

By:	/s/ Jeffrey Singer
	On behalf of Sedo.com, LLC

Jeffrey Singer (ARDC # 2670510)
Misty R. Martin (ARDC # 6284999)
Segal McCambridge Singer & Mahoney
233 South Wacker Drive
Sears Tower – Suite 5500
Chicago, IL 60606
(312) 645-7800 (t)
(312) 645-4463 (f)

## Certificate of Service

    I, Misty R. Martin, attorney of record for defendant, certify that on August 10, 2007, a copy of this document was served on counsel of record for the plaintiff via the court's electronic filing system.

                                                        /s/ Misty R. Martin