# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, ) | |
| Individually and on behalf of all ) | |
| Others Similarly Situated, ) | |
|     Lead Plaintiff, ) | |
| ) | No. 07 CV 3371 |
| Vs. ) | |
| ) | Judge Kocoras |
| GOOGLE INC., OVERSEE NET, ) | |
| SEDO, LLC, [misnamed] DOTSTER, INC., AKA ) | Magistrate Judge Brown |
| INTERNET REIT, INC., d/b/a IREIT, INC., ) | |
| And JOHN DOES I-X ) | |
|     Defendants. ) | |

## SEDO.COM'S MOTION TO DISMISS UNDER RULE 12(b)(1) AND (6)

Defendant Sedo.com, LLC (misnamed Sedo, LLC) ("Sedo"), by and through its attorneys, Jeffrey Singer, Esq. and Misty Martin, Esq. respectfully move this Court to Dismiss all Counts of Plaintiff's Complaint against Sedo pursuant to FED.R.CIV.P. 12(b)(1) and (6) because Plaintiff does not have standing to bring any claim against Sedo and because Plaintiff has failed to state a claim upon which relief may be granted against Sedo.

In further support of its motion, Plaintiff incorporates by reference its Memorandum in Support of Its Motion to Dismiss.

WHEREFORE, Sedo.com, LLC requests this Court enter an order dismissing Plaintiff's entire complaint against it under Rule 12(b)(1) and (6).

                                  Respectfully submitted,

                            By:   /s/ Jeffrey Singer
                                  On behalf of Sedo.com, LLC

Jeffrey Singer, Esq. (ARDC # 2670510)
Misty R. Martin, Esq. (ARDC # 6284999)
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive
Sears Tower – Suite 5500
Chicago, IL 60606
(312) 645-7800 (t)
(312) 645-4463 (f)

## Certificate of Service

    I, Misty R. Martin, attorney of record for defendant, certify that on August 10, 2007, a copy of this document was served on counsel of record for the plaintiff via the court's electronic filing system.

                                                                                     /s/ Misty R. Martin