IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, ) | |
| Individually and on behalf of all ) | |
| Others Similarly Situated, ) | |
| Lead Plaintiff, ) | |
| ) | No. 07 CV 3371 |
| Vs. ) | |
| ) | Judge Kocoras |
| GOOGLE INC., OVERSEE NET, ) | |
| SEDO, LLC, [misnamed] DOTSTER, INC., AKA ) | Magistrate Judge Brown |
| INTERNET REIT, INC., d/b/a IREIT, INC., ) | |
| And JOHN DOES I-X ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   All counsel of Record

PLEASE BE ADVISED that on the 21st day of August, 2007 at 9:30 a.m., we will present before the Honorable Judge Kocoras in Room 1725 of US District Court for the Northern District of Illinois, Chicago, Illinois, Defendant, Sedo.com, LLC' Motion for Extension of time To Answer or Otherwise Respond to Plaintiff's Complaint and Defendant, Sedo.com, LLC's Motion to Dismiss Plaintiff's Complaint and Memorandum of Support, copies of which are attached hereto.

SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.

BY:   s/ Misty R. Martin
One of the Attorneys for
Defendant, Sedo.com, LLC

Jeffrey Singer, Esq.
Misty R. Martin, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60611
Tel:   (312) 645-7800
Fax:   (312) 645-7711

814610-1

## PROOF OF SERVICE

    I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the above-mentioned pleading(s) was/were served on the party(ies) by electronic court filing system this 10th day of August, 2007

                                              _____s/ Misty R. Martin_____
                                              Misty R. Martin

814610-1