IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, ) <br> Individually and on behalf of all ) <br> Others Similarly Situated, ) <br>                 Lead Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> GOOGLE INC., OVERSEE NET, ) <br> SEDO, LLC, [misnamed] DOTSTER, INC., AKA ) <br> INTERNET REIT, INC., d/b/a IREIT, INC., ) <br> And JOHN DOES I-X ) <br>                 Defendants. ) | No. 07 CV 3371 <br><br> Judge Kocoras <br><br> Magistrate Judge Brown |

## RE-NOTICE OF MOTION

TO:    All counsel of Record

PLEASE BE ADVISED that on the 21st day of August, 2007 at 9:30 a.m., we will present before the Honorable Judge Kocoras in Room 1725 of US District Court for the Northern District of Illinois, Chicago, Illinois, Defendant, Sedo.com, LLC' Motion to File Brief in Excess of Fifteen Pages and Sedo.com, LLC's Motion to Dismiss Plaintiff's Complaint and Memorandum of Support, copies of which are attached hereto.

                SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.


                BY:    s/ Misty R. Martin
                         One of the Attorneys for
                         Defendant, Sedo.com, LLC

Jeffrey Singer, Esq.
Misty R. Martin, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60611
Tel:    (312) 645-7800
Fax:   (312) 645-7711

814610-1

## PROOF OF SERVICE

    I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the above-mentioned pleading(s) was/were served on the party(ies) by electronic court filing system this 10th day of August, 2007

                                          _____s/ Misty R. Martin_____  
                                          Misty R. Martin

814610-1