IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, <br> Individually and On Behalf Of All <br> Others Similarly Situated, | ) <br> ) <br> ) <br> ) | |
| Lead Plaintiff, | ) <br> ) | No. 07 CV 3371 |
| v. | ) <br> ) | Judge Kocoras |
| GOOGLE INC., OVERSEE.NET, <br> SEDO, LLC, DOTSTER, INC., AKA <br> REVENUEDIRECT.COM <br> INTERNET REIT, INC. d/b/a IREIT, INC. <br> and JOHN DOES I-X, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Magistrate Judge Brown |
| Defendants. | ) | |

### DEENDANT DOTSTER, INC. AKA REVENUEDIRECT.COM'S
### AGREED MOTION FOR LEAVE TO FILE OVERSIZE BRIEF

Defendant Dotster, Inc., aka RevenueDirect.com ("Dotster"), by its attorneys, moves this Honorable Court for leave to file a memorandum in support of its motion to dismiss Plaintiffs' Complaint that does not exceed twenty-five (25) pages. Plaintiffs have agreed to this motion. In support of the motion, Dotster states:

1. The Complaint in this action is 121 pages long, consists of 638 allegations, and alleges twelve (12) counts against Dotster and the other defendants. Plaintiffs assert claims for RICO violations, cybersquatting, statutory and common law trademark infringement and contributory trademark infringement, false designation of origin, dilution, statutory consumer fraud, and intentional interference with current and prospective economic advantage.

2. Dotster plans on moving to dismiss certain counts on August 15, 2007 pursuant to the Court's July 30, 2007 order.

3. Due to the length of the Complaint, the number of claims and the nature of the legal issues, Dotster respectfully requests that it be given leave to exceed the fifteen (15) page

limit set forth in Local Rule 7.1 by ten (10) pages so it can file a supporting memorandum of no more than twenty-five (25) pages.

    4.    Plaintiff's counsel has agreed to this request.

WHEREFORE, Defendant Dotster, Inc. aka RevenueDirect.com respectfully requests that this Court allow it leave to file a memorandum of no more than twenty (25) pages to support its motion to dismiss.

                  Respectfully submitted,

                  s/ Alison C. Conlon
                  One of the Attorneys for
                  ***Dotster, Inc., aka RevenueDirect.com***

Michael Dockterman (03121675)
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:     (312) 201-2555

Dated: August 10, 2007

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 10, 2007, a true and correct copy of the foregoing **Defendant Dotster, Inc., aka RevenueDirect.Com's Agreed Motion for Leave to File Oversize Brief** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    /s/ Alison C. Conlon
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

Attorney for *Dotster, Inc., aka RevenueDirect.com*