# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, Individually And On Behalf Of All Other Similarly Situated, | ) ) ) Case No. 07 CV 3371 |
| Lead Plaintiff, | ) ) ) Hon. Charles P. Kocoras |
| v. | ) ) |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a/ IREIT, INC.; and JOHN DOES 1-X, | ) Magistrate Judge Geraldine Soat Brown ) ) ) ) ) |
| Defendants. | ) ) |

## GOOGLE, INC'S MOTION TO DISMISS

Defendant Google, Inc. ("Google"), by and through its attorneys, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Complaint with prejudice for the reasons fully set forth in the Memorandum of Law, filed simultaneously herewith. In addition, Google adopts and incorporates all arguments of its co-defendants to the extent that they apply to the counts contained in the Complaint alleged against Google.

Dated: August 10, 2007                                Respectfully submitted,

                                                                                               GOOGLE, INC

                                                                                               By: /s/   Mariah E. Moran_____
                                                                                                     One of Its Attorneys

Michael H. Page
Joseph Gratz
Keker & Van Nest, LLP
San Francisco, CA 94111
(415) 391-5400
*Lead Counsel*
*Admitted Pro Hac Vice*

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200