UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, ) | |
| Individually And On Behalf of All Others ) | |
| Similarly Situated, ) | |
|        Lead Plaintiff, ) | |
| ) | |
| v. ) | No. 07 CV 3371 |
| ) | |
| GOOGLE INC., OVERSEE.NET, ) | Judge Charles P. Kocoras |
| SEDO LLC, DOTSTER, INC., AKA ) | Magistrate Judge Geraldine Soat Brown |
| REVENUEDIRECT.COM, ) | |
| INTERNET REIT, INC. d/b/a IREIT, INC. ) | |
| and JOHN DOES I-X, ) | |
|        Defendants. ) | |

## MOTION TO DISMISS

Pursuant to Rule Federal Rules of Civil Procedure 12(b)(1) and (b)(6), Defendant Internet REIT ("Ireit") hereby submits its Motion to Dismiss, together with the Memorandum in Support filed contemporaneously herewith.

1.      Plaintiff asserts against Ireit and the other named defendants claims pursuant or relating to the Lanham Act, 15 U.S.C. § 1051 *et seq.*, including trademark infringement, under 15 U.S.C. § 1114(1), false designation of origin under 15 U.S.C. § 1125(a), dilution under 15 U.S.C. § 1125(c) and cybersquatting under 15 U.S.C. § 1125(a); Racketeering Influenced Corrupt Organizations Act ("RICO") under 18 U.S.C. § 1962(c) and (d); the Illinois Consumer Fraud and Deceptive Business Practices Act under 815 ILCS 505/2; the Illinois Uniform Deceptive Trade Practices Act under ILCS 510/2, and "the identical or substantially similar consumer fraud and fair trade practices acts of the various states, and various states' common law."

2.      Plaintiff's Complaint is subject to dismissal for myriad reasons. As an initial matter, Plaintiff lacks standing to sue Ireit because Plaintiff does not allege that Ireit committed any acts that harmed Plaintiff itself.

270275v1

3. In addition, Plaintiff's RICO and consumer protection claims are not pleaded with particularity as required by Federal Rule of Civil Procedure Rule 9(b).

4. Plaintiff's Complaint also fails to state any claim for relief and is subject to dismissal under Tule 12(b)(6). Specifically, Counts I and II, wherein Plaintiff asserts claims under the Racketeering Influenced Corrupt Organizations Act ("RICO"), should be disssmissed because Plaintiff fails to plead a cognizable RICO claim, Plaintiff lacks standing because it fails to plead direct injury, there is no RICO "enterprise" over which Ireit exerted control, and Plaintiff fails to adequately plead a predicate racketeering activity and conspiracy.

5. Count III should also be dismissed because Plaintiff fails to assert a cybersquatting claim because Ireit does not own any domain name that infringes Plaintiff's rights.

6. Likewise, Counts IV, V, VI, IX, and X must be dismissed because Plaintiff fails to allege that Ireit infringed (either directly or contributorily), falsely designated, or diluted Plaintiff's marks. Accordingly, there has been no actionable trademark infringement, no false designation of origin, or trademark dilution by Ireit.

7. Counts VII and VIII are also subject to dismissal because Plaintiff has no claim for consumer fraud or deceptive trade practices, and Plaintiff has no basis to contend a right to declaratory relief in its favor.

8. Lastly, Counts XI and XII warrant dismissal for failure to adequately plead an intentional interference with any current or prospective adavantage or cognizable unjust enrichment claim against Ireit.

9. While dismissal is warranted for the reasons discussed herein and in the accompanying Memorandum, even if the Court is inclined not to dismiss the Complaint at this time, pursuant to Rule 12(e) this Court should order Plaintiff to provide a more definite statement or make such order as the Court deems just.

For the foregoing reasons, Internet Ireit, Inc. respectfully requests that the Court dismiss Counts I through XII of Plaintiff's Complaint as alleged against Internet Reit, Inc. with prejudice.

Date: August 10, 2007

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP

By: /s/
Brett A. August (ARDC # 0081345)
Bradley L. Cohn (ARDC # 6224692)
Alexis E. Payne (ARDC # 6270412)
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60606
(312) 554-8000

VINCENT & ELKINS LLP

Steve Borgman
Kenneth Hand
First City Tower
1001 Fannin Street
Suite 2300
Houston, Texas 77002
(713) 758-4353

Scott Wiehle
2001 Ross Ave., Suite 3700
Dallas, Texas 75201
(214) 222-7700

Attorneys for Defendant Internet Reit, Inc.

**SERVICE LIST**

I hereby certify that on August 10, 2007, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

Robert M. Foote
Stephen W. Fung
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134

Kathleen Currie Chavez
Chavez Law Firm
28 North First Street, Suite 2
Geneva, IL 60134

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603

Michael H. Page
Joseph Kratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Aaron D. Van Oort
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606

Vincent V. Carossimi
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Jeffrey Singer, Partner
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

Steven D. Atlee
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

Andrew P. Bridges
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601