# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, ) <br> Individually And On Behalf of All Others ) <br> Similarly Situated, ) <br>             Lead Plaintiff, ) <br> ) <br> v.                                                                    ) <br> ) <br> GOOGLE INC., OVERSEE.NET, ) <br> SEDO LLC, DOTSTER, INC., AKA ) <br> REVENUEDIRECT.COM, ) <br> INTERNET REIT, INC. d/b/a IREIT, INC. ) <br> and JOHN DOES I-X, ) <br>             Defendants. ) | No. 07 CV 3371 <br><br> Judge Charles P. Kocoras <br> Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

To:    See Attached Service List

PLEASE TAKE NOTICE that on August 21, 2007, at 9:30 A.M., Defendant, Internet REIT, Inc., will appear before the Honorable Charles P. Kocoras in Courtroom 1725 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will present **INTERNET REIT, INC.'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT,** copies of which are attached and hereby served upon you.

                                        Respectfully submitted,


                                        VINSON & ELKINS L.L.P.

Dated: August 10, 2007           By:  /s/ Steve R. Borgman_____
                                        Steven R. Borgman (admitted pro hac vice)
                                        Kenneth P. Held (admitted pro hac vice)
                                        2500 First City Tower
                                        1001 Fannin Street
                                        Houston, Texas 77002-6760
                                        (713) 758-2222

269703v2

                                        PATTISHALL, McAULIFFE, NEWBURY,
                                           HILLIARD & GERALDSON

Dated: August 10, 2007        By: \_\_/s/ Brett A. August_____
                                             Brett A. August (ARDC #  0081345)
                                             Bradley L. Cohn (ARDC # 6224692)
                                             Alexis E. Payne (ARDC # 6270412)
                                             311 South Wacker Drive
                                             Suite 5000
                                             Chicago, Illinois 60606
                                             (312) 554-8000

                                             Attorneys for Defendant Internet Reit, Inc.

Case 1:07-cv-03371   Document 60   Filed 08/10/2007   Page 2 of 4

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of Defendant Internet Reit, Inc.'s Notice of Motion was served upon counsel for Plaintiff:

See Attached Service List

on August 10, 2007, via U.S. mail.

                                                /s/ Alexis E. Payne
                                                Alexis E. Payne

## SERVICE LIST

I hereby certify that on August 10, 2007, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

Robert M. Foote
Stephen W. Fung
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603

Aaron D. Van Oort
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Vincent V. Carossimi
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Steven D. Atlee
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Kathleen Currie Chavez
Chavez Law Firm
28 North First Street, Suite 2
Geneva, IL 60134

Michael H. Page
Joseph Kratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606

Jeffrey Singer, Partner
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

Andrew P. Bridges
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111