# Appendix A:

# Chart of Claims with Key Grounds for Dismissal

| Count | Cause of Action | Key Ground for Dismissal |
|---|---|---|
| 1 | RICO | No standing under wire and mail fraud statutes. |
| 2 | RICO | No standing under wire and mail fraud statutes. |
| 3 | Cybersquatting | No allegation that Google owns or operates any allegedly infringing domain names |
| 4 | Trademark Infringement | No allegation that Google knew or should have known of trademark infringement. |
| 5 | False Designation of Origin | No allegation that Google uses the domain names "on or in connection with any goods or services." |
| 6 | Trademark Dilution | No allegation that Vulcan's mark is famous. |
| 7 | State Law Deceptive Trade Practices | Lack of subject matter jurisdiction; same grounds for dismissal as Lanham Act claims. |
| 8 | Declaratory Judgment | Redundant with Vulcan's other claims for relief. |
| 9 | Common Law Trademark Violation | Lack of subject matter jurisdiction; same grounds for dismissal as Lanham Act claims. |
| 10 | Contributory Trademark Infringement | No allegation that Google knew or should have known of trademark infringement. |
| 11 | Intentional Interference with Current and Prospective Economic Advantage | Lack of subject matter jurisdiction; no allegation of a business expectancy or contract with a specific third party. |
| 12 | Unjust Enrichment | Lack of subject matter jurisdiction; pleaded alongside legal remedies. |