UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, | ) | |
| Individually And On Behalf of All Others | ) | |
| Similarly Situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 3371 |
| | ) | |
| GOOGLE INC., OVERSEE.NET, | ) | Judge Charles P. Kocoras |
| SEDO LLC, DOTSTER, INC., AKA | ) | Magistrate Judge Geraldine Soat Brown |
| REVENUEDIRECT.COM, | ) | |
| INTERNET REIT, INC. d/b/a IREIT, INC. | ) | |
| and JOHN DOES I-X, | ) | |
| | ) | |
| Defendants. | | |

**AGREED MOTION OF DEFENDANT OVERSEE.NET**
**FOR LEAVE TO FILE BRIEFS IN EXCESS OF PAGE LIMITATION**

With Plaintiff's consent, Defendant OVERSEE.NET ("Oversee") moves the Court for

leave to file a Memorandum In Support Of Its Motion To Dismiss the Complaint in excess of the

page limit stated in Rule 7.1 of the Local Rules for the Northern District of Illinois, up to thirty

pages.

1. In support of its Motion to Dismiss, Oversee's brief addresses all twelve counts of the

121-page Complaint filed by Plaintiff against Oversee and the other defendants.

2. By its nature, Oversee's brief must address multiple legal standards and explain why,

under those standards, all twelve counts should be dismissed against Oversee.

3. Moreover, the total length of Oversee's brief will be far less than the combined page total

that would be allowed if separate motions were filed to dismiss each of the twelve counts.

Dockets.Justia.com

4.   Plaintiff consents to this motion.  Further, Oversee and Plaintiff have mutually consented that Plaintiff may file a brief of up to thirty pages in response to Oversee's Motion To Dismiss, and Oversee may file a reply brief of up to fifteen pages.

5.   Oversee brings this motion in good faith and submits that granting it will serve the interests of justice.

Wherefore, Oversee requests that this Court enter an order granting: (1) Oversee leave to file a brief of up to thirty pages in support of its Motion To Dismiss; (2) Plaintiff leave to file a brief of up to thirty pages in response to Oversee's Motion To Dismiss; and (3) Oversee leave to file a reply brief of up to fifteen pages.

Date:        August 10, 2007                    Respectfully Submitted,

                                                WINSTON & STRAWN LLP


                                                By: ___s/Janelle M. Carter_____
                                                        One of Their Attorneys

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: jcarter@winston.com

Steven Atlee
Winston & Strawn LLP
333 Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
*Pro Hac Vice Application Pending*

Andrew Bridges
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
*Admission Pending*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2007, a true and correct copy of the foregoing

was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

Robert M. Foote
Stephen William Fung
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, Illinois  60134

Kathleen Currie Chavez
Chavez Law Firm P.C.
28 North First Street, #2
Geneva, Illinois  60134

Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, Illinois  60603

Joseph Gratz
Michael Page
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California

Jeffrey Singer
Misty Rose Martin
Segal, McCambridge, Singer & Mahoney, Ltd.
330 North Wabash Avenue, Suite 200
Chicago, Illinois  60611

Alison C. Conlon
Michael R. Dockterman
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, Illinois  60606

Alexis Elizabeth Payne
Bradley Louis Cohn
Brett A. August
Pattishall, McAuliffe, Newbury,
Hilliard & Geraldson LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois  60606

Scott Ryan Hiehle
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201

Steven R. Borgman
Vinson & Elkins LLP
2500 First City Tower
1001 Fannin Street
Houston, Texas  77002

___s/ Janelle M. Carter__