# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, ) <br> Individually and on behalf of all ) <br> others similarly situated, ) <br> ) <br>       Plaintiff, ) <br> v. ) <br> ) <br> GOOGLE INC., OVERSEE.NET, ) <br> SEDO LLC, DOTSTER, INC., ) <br> AKA REVENUEDIRECT.COM, ) <br> INTERNET REIT, INC. d/b/a ) <br> IREIT, INC., and JOHN DOES I-X, ) <br> ) <br>       Defendants. ) | Case No. 07 CV 3371 <br><br> Judge Charles P. Kocoras <br> Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

To:     Attached Service List

**PLEASE TAKE NOTICE** that on Wednesday, August 15, 2007, at 9:30 a.m., or as soon thereafter as counsel can be heard, one of the attorneys for Defendant Oversee.net shall appear before the Honorable Judge Charles P. Kocoras in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Room 1725, Chicago, Illinois, and then and there present the Agreed Motion Of Defendant Oversee.net For Leave To File Briefs In Excess of Page Limitation, a copy of which is hereby served on you.

                Respectfully submitted,

                **OVERSEE.NET, INC.**

Dated: August 10, 2007          By:    s/ Janelle M. Carter
                                                       One of their Attorneys

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: jcarter@winston.com

Steven Atlee
Winston & Strawn LLP
333 Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
*Pro Hac Vice Application Pending*

Andrew Bridges
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
*Admission Pending*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2007, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

|  |  |
|---|---|
| Robert M. Foote<br>Stephen William Fung<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, #2<br>Geneva, Illinois  60134 | Kathleen Currie Chavez<br>Chavez Law Firm P.C.<br>28 North First Street, #2<br>Geneva, Illinois  60134 |
| Jonathan M. Cyrluk<br>Mariah E. Moran<br>Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, Illinois  60603 | Joseph Gratz<br>Michael Page<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California |
| Jeffrey Singer<br>Misty Rose Martin<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>330 North Wabash Avenue, Suite 200<br>Chicago, Illinois  60611 | Alison C. Conlon<br>Michael R. Dockterman<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606 |
| Alexis Elizabeth Payne<br>Bradley Louis Cohn<br>Brett A. August<br>Pattishall, McAuliffe, Newbury,<br>Hilliard & Geraldson LLP<br>311 South Wacker Drive, Suite 5000<br>Chicago, Illinois  60606 | Scott Ryan Hiehle<br>Vinson & Elkins LLP<br>Trammel Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas  75201 |
| Steven R. Borgman<br>Vinson & Elkins LLP<br>2500 First City Tower<br>1001 Fannin Street<br>Houston, Texas  77002 |  |

___s/ Janelle M. Carter__