# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Vulcan Golf, LLC

                Plaintiff,

v.                                        Case No.: 1:07−cv−03371

                                            Honorable Charles P. Kocoras

Google Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 14, 2007:

      MINUTE entry before Judge Charles P. Kocoras :Oversee.net's agreed motion [64] for leave to file briefs in excess of page limitation is granted. Oversee is given leave to file brief of up to 30 pages in support of its motion to dismiss. Plaintiff is given leave to file a brief of up to 30 pages in response to Oversee's motion to dismiss. Oversee is given leave to file reply brief of up to 15 pages. Hearing on Oversee's motion [64] for leave to file briefs in excess of page limitation, set for 8/15/2007, is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.