## United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Case Title:<br><br>VULCAN GOLF, LLC,<br>*Individually and on behalf of all others*<br>*similarly situated,*<br><br>                                                    Plaintiff(s)<br><br>                                    VS.<br><br>GOOGLE INC., OVERSEE.NET,<br>SEDO LLC, DOTSTER, INC., AKA<br>REVENUEDIRECT.COM, INTERNET<br>REIT, INC. d/b/a IREIT, INC.; and<br>JOHN DOES I-X,<br>                                                    Defendant(s) | **RECEIVED**<br><br>AUG - 7 2007<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

| | |
|---|---|
| Case Number:  1:07-cv-03371 | Judge:  Charles P. Kocoras |

I, STEVEN D. ATLEE, hereby apply to the Court under Local Rule 83.14 for permission to

appear and participate in the above-captioned case on behalf of OVERSEE.NET, INC., a

California Corporation, by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| United States Court of Appeals for the Federal Circuit | 02/05/03 |
| United States District Court, Central District of California | 12/04/90 |
| Supreme Court of the State of California | 12/04/90 |
| United States of America Court of Appeals for the Ninth Circuit | 12/04/90 |
| United States District Court, Eastern District of California | 03/07/06 |

I have currently, or within the year preceding the date of this application, made pro hac vice
applications to this Court in the following actions:  VARITALK, LLC v. DAVE LAHOTI, et al.

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing
their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**     Yes  [X]          No  [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

CHI:1954004.1

Dockets.Justia.com

Has the applicant ever been:

| | | | |
|---|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No | X |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No | X |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No | X |
| denied admission to the bar of any court? | Yes ☐ | No | X |
| held in contempt of court? | Yes ☐ | No | X |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were impose, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty that the foregoing is true and correct.

8-3-07
_____
Date

*Steven Atlee*
_____
Signature of Applicant

| Applicant's Name | Last Name: Atlee | First Name: Steven | Middle Name/Initial: D. |
|---|---|---|---|
| Applicant's Law Firm | Winston & Strawn LLP | | |
| Applicant's Address | Street Address: 333 South Grand Avenue | | Room/Suite Number 38th Floor |
| | City: Los Angeles | State: California | ZIP Code: 90071 | Work Phone Number: (213) 615-1750 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. Admission under Rule 83.14 is not effective until such time as the fee has been paid.)

(Fee Stamp)

**PAID**
RECEIPT # 10649255
AUG 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE:    Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice Admission entitles an attorney to appear in a particular case only; and application for such admission must be made in each case; and the admission fee must be paid in each case.

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: AUG 13 2007
8-13-07

*Charles P. Kocoras*
_____
United States District Judge

CHI:1954004.1