IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, Individually and On Behalf Of All Others Similarly Situated,<br><br>                    Lead Plaintiff,<br><br>        v.<br><br>GOOGLE INC., OVERSEE.NET, SEDO, LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM INTERNET REIT, INC. d/b/a IREIT, INC. and JOHN DOES I-X,<br><br>                    Defendants. | No. 07 CV 3371<br><br>Judge Kocoras<br><br>Magistrate Judge Brown |

## **DEFENDANT DOTSTER, INC.'S LOCAL RULE 3.2 STATEMENT**

Pursuant to Local Rule 3.2 of the Federal Rules of Civil Procedure, Defendant Dotster, Inc., aka RevenueDirect.com states that it has no publicly held affiliates.

Dated: August 15, 2007           Respectfully submitted,

                    s/ Michael Dockterman
                    One of the Attorneys for
                    *Dotster, Inc., aka RevenueDirect.com*

| | |
|---|---|
| Michael Dockterman (03121675) | Vincent V. Carissimi (pro hac vice app. pending) |
| Alison C. Conlon (6272083) | Robert L. Hickok (pro hac vice app. pending) |
| Wildman, Harrold, Allen & Dixon LLP | Joanna J. Cline (pro hac vice app. pending) |
| 225 West Wacker Drive, Suite 2800 | Pepper Hamilton LLP |
| Chicago, Illinois 60606-1229 | 3000 Two Logan Square |
| Phone: (312) 201-2000 | Eighteenth and Arch Streets |
| Fax: (312) 201-2555 | Philadelphia, Pennsylvania 19103-2799 |

**CERTIFICATE OF SERVICE**

   The undersigned certifies that on August 15, 2007, a true and correct copy of the foregoing **Defendant Dotster, Inc.'s Local Rule 3.2 Statement** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

               /s/ Michael Dockterman
               Wildman, Harrold, Allen & Dixon LLP
               225 West Wacker Drive, Suite 2800
               Chicago, Illinois  60606-1229
               Phone:  (312) 201-2000
               Fax:  (312) 201-2555

               Attorney for ***Dotster, Inc., aka RevenueDirect.com***