IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, ) | | |
| Individually and On Behalf Of All ) | | |
| Others Similarly Situated, ) | | |
| ) | | |
| Lead Plaintiff, ) | No. 07 CV 3371 | |
| ) | | |
| v. ) | Judge Kocoras | |
| ) | | |
| GOOGLE INC., OVERSEE.NET, ) | Magistrate Judge Brown | |
| SEDO, LLC, DOTSTER, INC., AKA ) | | |
| REVENUEDIRECT.COM ) | | |
| INTERNET REIT, INC. d/b/a IREIT, INC. ) | | |
| and JOHN DOES I-X, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **August 21, 2007 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kocoras, or in his absence, before any other Judge who may be sitting in his stead, in Courtroom 1725 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Dotster, Inc.'s Motion to Dismiss Plaintiff's RICO Claims, and Other Non-Trademark Related Claims, in the Class Action Complaint and Supporting Memorandum of Law**, which are hereby served upon you.

Dated: August 15, 2007            Respectfully submitted,

                                  __s/ Michael Dockterman_____

                                  One of the Attorneys for
                                  *Dotster, Inc., aka RevenueDirect.com*

| | |
|---|---|
| Michael Dockterman (03121675) | Vincent V. Carissimi (pro hac vice app. pending) |
| Alison C. Conlon (6272083) | Robert L. Hickok (pro hac vice app. pending) |
| Wildman, Harrold, Allen & Dixon LLP | Joanna J. Cline (pro hac vice app. pending) |
| 225 West Wacker Drive, Suite 2800 | Pepper Hamilton LLP |
| Chicago, Illinois 60606-1229 | 3000 Two Logan Square |
| Phone: (312) 201-2000 | Eighteenth and Arch Streets |
| Fax:   (312) 201-2555 | Philadelphia, Pennsylvania 19103-2799 |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on August 15, 2007, a true and correct copy of the foregoing **Defendant Dotster, Inc.'s Notice of Motion, Motion to Dismiss Plaintiff's RICO Claims, and Other Non-Trademark Related Claims, in the Class Action Complaint and Supporting Memorandum of Law** were electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Michael Dockterman
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555

Attorney for ***Dotster, Inc., aka RevenueDirect.com***

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Lead Plaintiff, | ) ) | No. 07 CV 3371 |
| v. | ) ) | Judge Kocoras |
| GOOGLE INC., OVERSEE.NET, SEDO, LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM INTERNET REIT, INC. d/b/a IREIT, INC. and JOHN DOES I-X, | ) ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## Service List

Robert M. Foote
Stephen William Fung
Foote, Meyers, Mielke & Flowers LLC
28 North First Street, Suite 2
Geneva, IL  60134
(630) 232-6333
Email: rmf@foote-meyers.com
Email: sfung@foote-meyers.com

**For Plaintiff**

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Struent
Suite 1200
Chicago, IL 60603-1203
(312) 338-0200
Email: jduffy@stetlerandduffy.com
Email: cyrluk@stetlerandduffy.com
Email: mmoran@stetlerandduffy.com

**For Google, Inc.**

Kathleen Currie Chavez
Chavez Law Firm P.C.
28 North First Street, #2
Geneva, IL 60134
(630) 232-4480
Email: gkeg4@aol.com

**For Plaintiff**

Michael H. Page
Joseph C. Gratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 9411
(415) 391 5400
Email: mhp@kvn.com
Email: jgratz@kvn.com

**For Google, Inc.**

3

Jeffrey Singer
Misty Martin
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711
Email: jsinger@smsm.com
Email: mmartin@smsm.com

**For Sedo LLC**

Brett A. August
Bradley Louis Cohn
Alexis Elizabeth Payne
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive
Suite 5000
Chicago, IL 60606
(312) 554-8000
Email: baugust@pattishall.com
Email: bcohn@pattishall.com
Email: aep@pattishall.com

**For Internet Reit, Inc**.

Steven R. Borgman
Kenneth P. Held
Vinson & Elkins LLP
1001 Fannin Street
Suite 2500
Houston, TX 77002
713 758 4353

**For Internet Reit, Inc.**

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: rrothstein@winston.com
Email: jcarter@winston.com

**For Oversee.Net**

Scott Ryan Wiehle
Vinson & Elkins
Trammel Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX 75201-2975
(214) 220-7700
Email: swiehle@velaw.com

**For Internet Reit, Inc**.