## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, Individually And On Behalf of All Others Similarly Situated,<br>           Lead Plaintiff,<br><br>v.<br><br>GOOGLE, INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC. and JOHN DOES I-X.,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 07 CV 3371<br>)<br>) Judge Charles P. Kocoras<br>) Magistrate Judge Geraldine Soat Brown<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT INTERNET REIT, INC.'S LOCAL RULE 3.2 STATEMENT

Pursuant to Local Rule 3.2 of the Federal Rules of Civil Procedure, Defendant Internet Reit, Inc. ("Ireit") states that it has no publicly held affiliates.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

Dated: August 16, 2007           By: s/ Kenneth P. Held
                                                     Steven R. Borgman (admitted pro hac vice)
                                                     Kenneth Held (admitted pro hac vice)
                                                     2500 First City Tower, 1001 Fannin
                                                     Houston, Texas 77002-6760
                                                     (713) 758-2222

**PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON**

Dated: August 16, 2007           By: s/ Brett A. August
                                                     Brett A. August (ARDC # 0081345)
                                                     Bradley L. Cohn (ARDC # 6224692)
                                                     Alexis E. Payne (ARDC # 6270412)
                                                     311 South Wacker Drive, Suite 5000
                                                     Chicago, Illinois 60606
                                                     (312) 554-8000

*Attorneys for Defendant Internet Reit, Inc.*

-2-

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 16, 2007, a copy of the foregoing document was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system.


s/ Kenneth P. Held
Kenneth P. Held

-2-

Houston 3351076v.1