IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC., ) | |
| Individually and on behalf of all ) | |
| Others Similarly Situated, ) | |
|               Lead Plaintiff, ) | |
| ) | No. 07 CV 3371 |
| v. ) | |
| ) | Judge Kocoras |
| GOOGLE INC., OVERSEE.NET, ) | |
| SEDO LLC, DOTSTER, INC., AKA ) | Magistrate Judge Brown |
| REVENUEDIRECT.COM ) | |
| INTERNET REIT, INC. d/b/a IREIT, INC., ) | |
| and JOHN DOES I-X, ) | |
| ) | |
|               Defendants. ) | |

## DEFENDANT GOOGLE, INC.'S LOCAL RULE 3.2 STATEMENT

Pursuant to Local Rule 3.2 of the Federal Rules of Civil Procedure, Defendant Google, Inc., by and through its attorneys, states that it has no publicly held affiliates.

                                          Respectfully submitted,

                                          GOOGLE, INC.

                                          By: /s/ Mariah E. Moran
                                                One of Its Attorneys

Michael H. Page
Joseph Gratz
Keker & Van Nest, LLP
San Francisco, CA 94111
(415) 391-5400
*Lead Counsel – Admitted Pro Hac Vice*

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200

## CERTIFICATE OF SERVICE

I, Mariah E. Moran, an attorney, certify that I caused copies of the foregoing **Defendant Google Inc's Local Rule 3.2 Statement** to be served via the Court's CM/ECF system this 17th day of August, 2007.

/s/  Mariah E. Moran
Mariah E. Moran