# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, Individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) v. ) ) GOOGLE INC., OVERSEE.NET, ) SEDO LLC, DOTSTER, INC., ) AKA REVENUEDIRECT.COM, ) INTERNET REIT, INC. d/b/a ) IREIT, INC., and JOHN DOES I-X, ) ) Defendants. ) | Case No. 07 CV 3371<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Geraldine Soat Brown |

## DEFENDANT OVERSEE.NET'S MOTION TO DISMISS

Defendant Oversee.net, Inc. ("Oversee"), by and through it attorneys, hereby moves this honorable Court to dismiss Plaintiff Vulcan Golf, LLC's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

1. Plaintiff's Complaint consists of twelve (12) counts against Oversee and its co-defendants, alleging the following: RICO violations of 18 U.S.C. § 1962(c) (Count I); RICO violations of 18 U.S.C. § 1962(d) (Count II); cybersquatting in violation of 15 U.S.C. § 1125(d) (Count III); trademark infringement in violation of 15 U.S.C. § 1141(1) (Count IV); false designation of origin in violation of 15 U.S.C. § 1125(a) (Count V); dilution in violation of 15 U.S.C. § 1125(c) (Count VI); Illinois consumer fraud and deceptive business practices act under 815 ILCS 505/2, Illinois uniform deceptive trade practices act 815 ILCS 510/2, and similar or identical state statutes of the various states (Count VII); declaratory judgment (Count VIII); common law trademark violation (Count IX); contributory trademark infringement (Count X);

intentional interference with current and prospective economic advantage (Count XI); and unjust enrichment (Count XII).

2.      Plaintiff's claims should be dismissed, pursuant to Federal Rule of Civil Procedure 12(b)(1), because Plaintiff is without standing to assert such claims.  Plaintiff has not and cannot allege that it has been directly harmed by any illegal acts of Oversee.

3.      Furthermore, Plaintiff's claims—counts I through XII—should be dismissed, pursuant to Federal Rule of Civil Procedure 12(b)(6), since Plaintiff fails to state a claim upon which relief may be granted.  Moreover, Plaintiff's pleading failures cannot be cured as there are no facts that can be alleged to support its allegations against Oversee.

4.      Accordingly, Plaintiff's complaint should be dismissed with prejudice for the reasons set forth herein and set forth fully in the accompanying Memorandum of Law in Support of Oversee.net's Motion to Dismiss as well as the motions of all co-defendants hereby adopted by Defendant Oversee where applicable.

For the foregoing reasons, Defendant Oversee respectfully requests that this Court dismiss Counts I through XII of Plaintiff's Complaint with prejudice.

                    Respectfully submitted,

                    **OVERSEE.NET, INC.**

Dated: August 17, 2007         By:   s/ Janelle M. Carter
                                                  One of their Attorneys

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: jcarter@winston.com

Steven Atlee
Winston & Strawn LLP
333 Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750

Andrew Bridges
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
*Admission Pending*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2007, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

| | |
|---|---|
| Robert M. Foote<br>Stephen William Fung<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, #2<br>Geneva, Illinois  60134 | Kathleen Currie Chavez<br>Chavez Law Firm P.C.<br>28 North First Street, #2<br>Geneva, Illinois  60134 |
| Jonathan M. Cyrluk<br>Mariah E. Moran<br>Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, Illinois  60603 | Joseph Gratz<br>Michael Page<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California |
| Jeffrey Singer<br>Misty Rose Martin<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>330 North Wabash Avenue, Suite 200<br>Chicago, Illinois  60611 | Alison C. Conlon<br>Michael R. Dockterman<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606 |
| Alexis Elizabeth Payne<br>Bradley Louis Cohn<br>Brett A. August<br>Pattishall, McAuliffe, Newbury,<br>Hilliard & Geraldson LLP<br>311 South Wacker Drive, Suite 5000<br>Chicago, Illinois  60606 | Scott Ryan Hiehle<br>Vinson & Elkins LLP<br>Trammel Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas  75201 |
| Steven R. Borgman<br>Vinson & Elkins LLP<br>2500 First City Tower<br>1001 Fannin Street<br>Houston, Texas  77002 | |

___s/ Janelle M. Carter__