(Revised 02/01/01)

## United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Case Title: | VULCAN GOLF, LLC, Individually and On Behalf Of All Others Similarly Situated<br><br>VS.<br><br>GOOGLE INC., DOTSTER INC. a/k/a REVENUEDIRECT.COM, et al. Defendant(s) |
| Case Number: 07 CV 3371 | Judge: Kocoras ~~Magistrate Judge Geraldine Soat Brown~~ |

RECEIVED AUG 16 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

I, __Robert L. Hickok__ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of __Defendant, Dotster, Inc.__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| **Please see attached list** | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☑ |
| denied admission to the bar of any court? | Yes ☐ | No ☑ |
| held in contempt of court? | Yes ☐ | No ☑ |

NOTE: If the answer to any of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

08/14/07
Date

_/s/ M ?. H__
Signature of Applicant

| Applicant's Name | Last Name Hickok | First Name Robert | Middle Name/Initial L. |
|---|---|---|---|
| Applicant's Law Firm | Pepper Hamilton LLP | | |
| Applicant's Address | Street Address (include suite or room number) 3000 Two Logan Square, 18th and Arch Streets | | State Bar Number 30101 |
| | City Philadelphia | State PA | ZIP Code 19103 | Work Phone Number 215-981-4583 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

(Fee Stamp)
PAID
RECEIPT # L09 1136 2
AUG 1 5 2007
Aug 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: AUG 17 2007
Aug 17 2007

_Charles P. Kocoras_
United States District Judge

(Vulcan Golf, et al. v. Google Inc., et al., No. 07-CV-3371)

Robert L. Hickok
Application for Leave to Appear Pro Hac Vice

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of Pennsylvania | 10/15/79 |
| U.S. District Court, Eastern District of Pennsylvania | 10/17/79 |
| U.S. Court of Appeals, Third Circuit | 01/08/80 |
| U.S. Court of Appeals, District of Columbia | 07/17/81 |
| Supreme Court of New Jersey | 05/31/95 |
| U.S. District Court, District of New Jersey | 06/01/95 |
| U.S. Supreme Court | 04/03/02 |
| U.S. District Court, Middle District of Pennsylvania | 01/10/05 |

## CERTIFICATE OF SERVICE

    I, Susan Hardt, a non-attorney, certify that I served a copy of the foregoing **Defendant Dotster, Inc.'s Pro Hac Vice Application of Robert L. Hickok** on all Counsel of Record, listed on the attached Service list, by sending them via First Class Mail on August 15, 2007, before 5:00 p.m.

_____

[x]    Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth herein are true and correct.

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Lead Plaintiff, | ) ) | No. 07 CV 3371 |
| v. | ) ) | Judge Kocoras |
| GOOGLE INC., OVERSEE.NET, SEDO, LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM INTERNET REIT, INC. d/b/a IREIT, INC. and JOHN DOES 1-X, | ) ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## Service List

Robert M. Foote
Stephen William Fung
Foote, Meyers, Mielke & Flowers LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333
Email: rmf@foote-meyers.com
Email: sfung@foote-meyers.com

**For Plaintiff**

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street
Suite 1200
Chicago, IL 60603-1203
(312) 338-0200
Email: jduffy@stetleranddufty.com
Email: cyrluk@stetleranddufty.com
Email: mmoran@stetleranddufty.com

**For Google, Inc.**

Kathleen Currie Chavez
Chavez Law Firm P.C.
28 North First Street, #2
Geneva, IL 60134
(630) 232-4480
Email: gkcg4@aol.com

**For Plaintiff**

Michael H. Page
Joseph C. Gratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 9411
(415) 391 5400
Email: mhp@kvn.com
Email: jgratz@kvn.com

**For Google, Inc.**

Jeffrey Singer
Misty Martin
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711
Email: jsinger@smsm.com
Email: mmartin@smsm.com

**For Sedo LLC**

Brett A. August
Bradley Louis Cohn
Alexis Elizabeth Payne
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive
Suite 5000
Chicago, IL 60606
(312) 554-8000
Email: baugust@pattishall.com
Email: bcohn@pattishall.com
Email: aep@pattishall.com

**For Internet Reit, Inc.**

Steven R. Borgman
Kenneth P. Held
Vinson & Elkins LLP
1001 Fannin Street
Suite 2500
Houston, TX 77002
713 758 4353

**For Internet Reit, Inc.**

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: rrothstein@winston.com
Email: jcarter@winston.com

**For Oversee.Net**

Scott Ryan Wiehle
Vinson & Elkins
Trammel Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX 75201-2975
(214) 220-7700
Email: swiehle@velaw.com

**For Internet Reit, Inc.**

2