# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC,  )<br>Individually and on behalf of all  )<br>Others Similarly Situated,  )<br>              Lead Plaintiff,  )<br>  )<br>Vs.  )<br>  )<br>GOOGLE INC., OVERSEE NET,  )<br>SEDO, LLC, [misnamed] DOTSTER, INC., AKA  )<br>INTERNET REIT, INC., d/b/a IREIT, INC.,  )<br>And JOHN DOES I-X  )<br>              Defendants.  ) | No. 07 CV 3371<br><br>Judge Kocoras<br><br>Magistrate Judge Brown |

## SEDO.COM'S LOCAL RULE 3.2 STATEMENT

Pursuant to Local Rule 3.2 of the Federal Rules of Civil Procedure, Defendant Sedo.com, LLC ("Sedo"), states that it is the wholly owned subsidiary of Sedo Gmbh.

Respectfully submitted,

**SEGAL MCCAMBRIDGE SINGER & MAHONEY**

Dated: August 20, 2007

By: s/ Misty Martin
Jeffrey Singer, Esq. (ARDC # 2670510)
Misty R. Martin, Esq. (ARDC # 6284999)
233 South Wacker Drive
Sears Tower – Suite 5500
Chicago, IL 60606
(312) 645-7800 (t)
(312) 645-4463 (f)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 20, 2007, a copy of the foregoing document was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system.

s/ Misty R. Martin

831278v1