# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Vulcan Golf, LLC

                              Plaintiff,

v.                                         Case No.: 1:07−cv−03371
                                         Honorable Charles P. Kocoras

Google Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 21, 2007:

      MINUTE entry before Judge Charles P. Kocoras :Status and motion hearing held on 8/21/2007. Plaintiff is given leave to file an amended complaint on or before 9/18/2007. All pending motions to dismiss [52] [58] [59] [70] [75] are denied without prejudice. All pending motions for leave to file in excess of fifteen pages [51] [57] are moot. Discovery is stayed until the pleadings are in order. Hearing on defendant Oversee.net's motion [75] to dismiss, set for 8/28/2007, is stricken as moot.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.