# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3371 | **DATE** | 9/20/2007 |
| **CASE TITLE** | Vulcan Golf, LLC vs. Google Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 11/29/2007 at 11:00 a.m. Discovery is stayed until the next status. Rule 26(a) disclosures shall be made by 11/5/2007. Defendant to answer or otherwise plead to the amendments by 10/18/2007. Defendants' oral motion for leave to file brief in excess of 15 pages up to 35 pages is granted. Defendants shall file a consolidated motion to dismiss and reply. Plaintiffs' consolidated response to defendants' motion to dismiss to be filed by 11/5/2007. Plaintiff granted same page limit for its response. Defendants' reply to be filed by 11/13/2007.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rs |
|---|---|---|

Dockets.Justia.com