# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTYGROUP, INC., and VINCENT E. "BO" JACKSON, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) ) ) | |
| Lead Plaintiffs, ) ) | No. 07 CV 3371 |
| v. ) ) | Judge Blanche M. Manning |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC. and JOHN DOES I-X, ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on October 4, 2007, at 11:00 A.M., defendants will appear before the Honorable Blanche M. Manning in Courtroom 2125 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will present **DEFENDANT'S AGREED JOINT AND UNOPPOSED MOTION FOR LEAVE TO FILE SEPARATE MOTIONS AND SUPPORTING BRIEFS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT,** copies of which are attached and hereby served upon you.

                                        Respectfully submitted,
                                        SEGAL MCCAMBRIDGE SINGER &MAHONEY

                              By:    /s/ Misty R. Martin
                                        Jeffrey Singer
                                        Misty R. Martin
                                        Segal McCambridge Singer & Mahoney
                                        Sears Tower
                                        233 S. Wacker Drive, Suite 5500
                                        Chicago, IL 60606
                                        **On Behalf of Sedo.com LLC**

269703v2

-2-

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of defendants' Notice of Motion was served upon all counsel of record listed on the attached service list this 28th day of September, 2007, via the United States District Court, Northern District of Illinois' ECF system.

/s/ Misty R. Martin

**SERVICE LIST**

I hereby certify that on September 28, 2007, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

| | |
|---|---|
| Robert M. Foote<br>Stephen W. Fung<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, Suite 2<br>Geneva, IL 60134 | Kathleen Currie Chavez<br>Chavez Law Firm<br>28 North First Street, Suite 2<br>Geneva, IL 60134 |
| William J. Harte<br>Dana Marie Pesha<br>111 W. Washington St.<br>Suite 11000<br>Chicago, IL 60602 | Joseph J. Duffy<br>Jonathan M. Cyrluk<br>Mariah E. Moran<br>Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, IL 60603 |
| Aaron D. Van Oort<br>Faegre & Benson, LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901 | Michael H. Page<br>Joseph Kratz<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704 |
| Vincent V. Carossimi<br>Joanna J. Cline<br>Robert J. Hickok<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 | Michael Dockterman<br>Alison C. Conlon<br>Wildman, Harrold, Allen & Dixon LLP<br>225 West Wacker Drive, Suite 2800<br>Chicago, IL 60606 |
| Steven D. Atlee<br>Winston & Strawn LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA  90071 | Jeffrey Singer<br>Misty R. Martin<br>Segal McCambridge Singer & Mahoney<br>Sears Tower<br>233 S. Wacker Drive, Suite 5500<br>Chicago, IL 60606 |
| Ronald Y. Rothstein<br>Janelle M. Carter<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | Andrew P. Bridges<br>Winston & Strawn LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111 |