# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3371 | **DATE** | 9/20/2007 |
| **CASE TITLE** | Vulcan Golf, LLC vs. Google Inc., et al. | | |

**DOCKET ENTRY TEXT**

  Status hearing held and continued to 11/29/2007 at 11:00 a.m.  Discovery is stayed until the next status.  Rule 26(a) disclosures shall be made by 11/5/2007.  Defendant to answer or otherwise plead to the amendments by 10/18/2007.  Defendants' oral motion for leave to file brief in excess of 15 pages up to 35 pages is granted.  Defendants shall file a consolidated motion to dismiss and reply.  Plaintiffs' consolidated response to defendants' motion to dismiss to be filed by 11/5/2007.  Plaintiff granted same page limit for its response.  Defendants' reply to be filed by 11/13/2007.

Docketing to mail notices.

00:05

| Courtroom Deputy Initials: | rs |
|---|---|

07C3371 Vulcan Golf, LLC vs.  Google Inc., et al.                                    Page 1 of  1

Dockets.Justia.com