IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC., JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated<br>       Lead Plaintiff,<br><br>v.<br><br>GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X,<br>       Defendants. | No. 07 CV 3371<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

TO: See Attached Service List

  **PLEASE TAKE NOTICE** that on Thursday, October 4, 2007 at 11:00 a.m., or as soon thereafter as we my be heard, undersigned counsel shall appear before the Honorable Blanche M. Manning in Courtroom 2125 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Google's Unopposed Motion for Leave to File a Separate Motion and Supporting Brief to Dismiss Plaintiffs' First Amended Complaint**, a copy of which is attached hereto and served upon you.

            GOOGLE, INC.

            By: /s/ Mariah E. Moran
              One of Its Attorneys

Michael H. Page
Joseph Gratz
Keker & Van Nest, LLP
San Francisco, CA 94111
(415) 391-5400
*Lead Counsel – Admitted Pro Hac Vice*

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E.Moran
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200

## **CERTIFICATE OF SERVICE**

      I, Mariah E. Moran, an attorney, certify that I caused copies of the foregoing **Notice of Motion** and **Defendant Google's Unopposed Motion for Leave to File a Separate Motion and Supporting Brief to Dismiss Plaintiffs' First Amended Complaint** to be served via the Court's CM/ECF system this 28th day of September, 2007.

                                                       /s/    Mariah E. Moran

**SERVICE LIST**

Robert Foote
Stephen W. Fung
Foote Meyers Meilke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134

Kathleen C. Chavez
Chavez Law Firm, P.C.
28 North First Street, Suite 2
Geneva, IL 60134

William J. Harte
Dana Marie Pesha
111 W. Washington St.
Suite 1100
Chicago, IL 60602

Jeffrey Singer
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

Steve Borgman
Kenneth P. Held
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760

Scott Wiehle
2001 Ross Ave.
Suite 3700
Dallas, TX 75201

Steven D. Atlee
Winston & Strawn, LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

Andrew P. Bridges
Winston & Strawn, LLP
101 California Street, Suite 3900
San Francisco, CA 94111

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606

Vincent V. Carissimi
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Brett August
Bradley Cohn
Alexis Payne
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive, Suite 5000
Chicago, IL 60613