# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Vulcan Golf, LLC, et al.

                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−03371
                                                      Honorable Blanche M. Manning

Google Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2007:

      MINUTE entry before Judge Blanche M. Manning :Defendants' motions for leave to file separate motions [93] [94] are granted in part and denied in part. The court intended to require the defendants to file a consolidated motion to dismiss to the extent possible and to allow them to file separate supplemental briefs addressing any individual issues. The court regrets any confusion. The defendants seek to file five separate 35−page briefs. Assuming that they use all of these pages, they will file a total of 175 pages which may contain duplicative arguments or factual summaries. The record does not show that this extraordinary number of pages is necessary. Accordingly, the court directs the defendants to file a consolidated brief to the extent possible that contains any common arguments (between all or some of the defendants) as well as a joint summary of relevant facts. Contrary to its statements in open court, they may then file separate briefs addressing individual arguments, not to exceed 20 pages each. If any defendant believes that additional pages are necessary, it must file a motion articulating specific bases for such a request. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com