# Appendix

| Count | Cause of Action | Movants |
|---|---|---|
| I | RICO | All Defendants (Consolidated Memorandum)<br>Sedo, Ireit (Supplemental Memoranda) |
| II | RICO | All Defendants (Consolidated Memorandum)<br>Sedo, Ireit (Supplemental Memoranda) |
| III | Cybersquatting | Google, Oversee, Sedo, Ireit (Supplemental Memoranda) |
| IV | Trademark Infringement | Google, Oversee, Sedo, Ireit (Supplemental Memoranda) |
| V | False Designation of Origin | Google, Oversee, Sedo, Ireit (Supplemental Memoranda) |
| VI | Trademark Dilution | Google, Oversee, Sedo, Ireit (Supplemental Memoranda) |
| VII | Consumer Fraud and Deceptive Trade Practices Acts | All Defendants (Consolidated Memorandum)[1]<br>Google, Sedo, Ireit (Supplemental Memoranda) |
| VIII | Declaratory Judgment | All Defendants (Consolidated Memorandum)<br>Sedo, Ireit (Supplemental Memoranda) |
| IX | Common Law Trademark Violation | Google, Oversee, Sedo, Ireit (Supplemental Memoranda) |
| X | Contributory Trademark Infringement | Google, Oversee, Sedo, Ireit (Supplemental Memoranda) |
| XI | Vicarious Trademark Infringement | Google, Oversee, Sedo, Ireit (Supplemental Memoranda) |
| XII | Intentional Interference with Current and Prospective Economic Advantage | All Defendants (Consolidated Memorandum)<br>Sedo, Ireit (Supplemental Memoranda) |
| XIII | Unjust Enrichment | All Defendants (Consolidated Memorandum)<br>Sedo, Ireit (Supplemental Memoranda) |
| XIV | Civil Conspiracy | All Defendants (Consolidated Memorandum)<br>Sedo, Ireit (Supplemental Memoranda) |

---

[1] As to Consumer Fraud Act only.