# Appendix A:
# Google's Chart of Claims with Key Grounds for Dismissal

| Count | Cause of Action | Key Ground for Dismissal |
|---|---|---|
| 1 & 2 | RICO | No enterprise; no control; fraud not pleaded with particularity; no pattern; no conspiracy; no reliance; no proximate causation. |
| 3 | Cybersquatting | No allegation that Google owns or operates any allegedly infringing domain names. |
| 4 | Trademark Infringement | No allegation that Google knew or should have known of trademark infringement. |
| 5 | False Designation of Origin | No allegation that Google uses the domain names "on or in connection with any goods or services." |
| 6 | Trademark Dilution | No allegation that Plaintiffs' marks are famous. |
| 7 | State Law Deceptive Trade Practices | Same grounds for dismissal as Lanham Act claims. |
| 8 | Declaratory Judgment | Redundant with Plaintiffs' other claims for relief. |
| 9 | Common Law Trademark Violation | Same grounds for dismissal as Lanham Act claims. |
| 10 | Contributory Trademark Infringement | No allegation that Google knew or should have known of trademark infringement. |
| 11 | Vicarious Trademark Infringement | Plaintiffs' theory of liability was rejected by the Seventh Circuit in the *Hard Rock Cafe* case. |
| 12 | Intentional Interference with Current and Prospective Economic Advantage | No allegation of a particular business expectancy or contract with a specific third party. |
| 13 | Unjust Enrichment | Based upon inadequately-pleaded allegations of fraud. |
| 14 | Civil Conspiracy | Based upon inadequately-pleaded allegations of fraud. |