# EXHIBIT A

**List of Infringing Domains Registered After Filing of the Complaint**

BoJackson.net
BoJacksonautograph.com
BoJacksonknows.com
BoJacksonsneakers.com
wwwBoJackson.com
BoJackonshoes.com
BoJackson40yarddash.com
BoJacksonkickz.com
BoJacksonshootout.com
classicBoJackson.com
BoJacksonmovie.com
BoJacksons.com
BoJacksonracing.net

Fischernuts.com
Fisherspeanuts.com
EvonsNut.com
FisherNutcompany.com
FisherNutdivision.com
FishersNuts.com
rFisherNut.com
wwwFisherNuts.com
wwwJBSSinc.com
JBSSi8nc.com
JBSSquote.com
JBSSchart.com
JBSSine.com
jobs2JBSSinc.com
johnbsanfilippo.com

BlitzRealty.com

VulconGolf.com
VolcanGolf.com
wwwVulcanGolf.com
VulcnaGolf.com
VulcanGolfClubs.com
VulcanGolfTechnology.com
VulconGolf.com
VulganGolf.com
VulgonGolf.com