# EXHIBIT C

Dockets.Justia.com

**EXHIBIT "C"**

**"SUMMARY OF DEFENDANTS MTDs"**

| Count | Re: | MTD | No MTD | Memo |
|-------|-----|-----|--------|------|
| 1 | RICO 1962(c) | All; SEDO re JBSS, Blitz; IREIT re all | | All; SEDO as MTD; IREIT as MTD |
| 2 | RICO 1962(d) | All; SEDO re JBSS, Blitz; IREIT re Vulcan, Blitz, Jackson | IREIT re JBSS | All; SEDO as MTD; IREIT as MTD |
| 3 | Cybersquatting | Google; Oversee; SEDO re all; IREIT re Vulcan, Blitz, Jackson | DOTSTER; IREIT re JBSS | Google; Oversee; SEDO re all; IREIT as MTD |
| 4 | Trademark Infringement | Google; Oversee; SEDO re all; IREIT re Vulcan, Blitz, Jackson | DOTSTER; IREIT re JBSS | Google; Oversee; SEDO re all; IREIT as MTD |
| 5 | False Designation of Origin | Google; Oversee; SEDO re all; IREIT re Vulcan, Blitz, Jackson | DOTSTER; IREIT re JBSS | Google; Oversee; SEDO re all; IREIT as MTD |
| 6 | Dilution | Google; Oversee; SEDO re all; IREIT re Vulcan, Blitz, Jackson | DOTSTER; IREIT re JBSS | Google; Oversee; SEDO re all; IREIT as MTD |
| 7 | Consumer Fraud/ Deceptive Practices | All re ILCS 505/2; Google re ILCS 510/2; Oversee; SEDO re all; IREIT re Vulcan, Blitz, Jackson | IREIT re JBSS | All; Google; SEDO re all; IREIT as MTD |
| 8 | For Declaratory Judgment | All; SEDO re JBSS, Blitz; IREIT re Vulcan, Blitz, Jackson | IREIT re JBSS | All; SEDO as MTD; IREIT as MTD |
| 9 | Common Law Trademark Violation | Google; Oversee; SEDO re all; IREIT re Vulcan, Blitz, Jackson | DOTSTER; IREIT re JBSS | Google; Oversee; SEDO re all; IREIT as MTD |
| 10 | Contributory Trademark Infringement | Google; Oversee; SEDO re all; IREIT re Vulcan, Blitz, Jackson | DOTSTER; IREIT re JBSS | Google; Oversee; SEDO re all; IREIT as MTD |
| 11 | Vicarious Trademark Infringment | Google; Oversee; SEDO re all; IREIT re Vulcan, Blitz, Jackson | DOTSTER; IREIT re JBSS | Google; Oversee; SEDO re all; IREIT as MTD |
| 12 | Intentional Interference | All; SEDO re JBSS, Blitz; IREIT re Vulcan, Blitz, Jackson | IREIT re JBSS | All; SEDO as MTD; IREIT as MTD |
| 13 | Unjust Enrichment | All; SEDO re JBSS, Blitz; IREIT re Vulcan, Blitz, Jackson | IREIT re JBSS | All; SEDO as MTD; IREIT as MTD |
| 14 | Civil Conspiracy | All; SEDO re JBSS, Blitz; IREIT re Vulcan, Blitz, Jackson | IREIT re JBSS | All; SEDO as MTD; IREIT as MTD |