# EXHIBIT E

abecrombieandfitch.com
abecromieandfitch.com
abercombie-fitch.com
abercombieoutlet.com
abercombieco.com
abercomcbieandfitch.com
abercomby.com
abercomibeandfitch.com
abercreombieandfitch.com
abercorbie.com
abercrobe.com
abercrmobiekids.com
abercrombieandficht.com
abercrombieandfiche.com
abercrombieandfilch.com
abercrombieandfitnch.com
abercrombieandfinchco.com
abercrombieanfinch.com
abercrombiefactory.com
abercrombiemodles.com
abercrombiel.com
abercrombyandfinch.com
abercrombirfitch.com
abercromibekids.com
abercrombyfitch.com

ballystotalfiness.com
ballystotlafitness.com
ballystotalfitnessgym.com
ballystototalfitness.com
ballystottalfitness.com
ballytatalfitness.com
ballytoatalfitness.com
ballytotalfifness.com
ballytotalfirness.com
ballytotalfinnes.com
ballytotalfitenss.com
ballytotallyfitness.com

cinglarcellphone.com
cinglarwirerless.com
cinglartogo.com
cinglarone.com
cingliar.com
cingller.com
cinglawireless.com
cingluarwirelss.com
cingluarrefill.com
cingluaranswertones.com
cinglura.com
cingualrrefill.com

cinguaar.com
cinglurringtones.com
cinguiler.com
cingula1.com
cingulairsounds.com
cingulaaar.com
cingulairringtones.com
cingular-discounts.com
cingularbuisnessonline.com
cingular-referral.com
cingularcar-kit.com
cingularexrtas.com
cingularefill.com
cingularmusictone.com
cingularlwireless.com
cingularlodomusicfestival.com
cingularphonecovers.com
cingularonlinecare.com
cingularmybill.com
cingularphoneprices.com
cingularphons.com
cingularpimps.com
cingularprimer.com
cingularpremiere.com
cingularrealtones.com
cingularringbacktones.com
cingularreferal.com
cingularprimier.com
cingularsamsung.com
cingularsextras.com
cingulartogophones.com
cingulartogophone.com
cingularwhireles.com
cingularvireless.com
cingularwirelessplans.com
cingularwirelessl.com
cingulartutorial.com
cingularwireliess.com
cingularwirelesstogo.com
cingulaswelcome.com
cingulearwireless.com
cingularwiweless.com
cingulierwireless.com
cingulerprepaid.com
cingulersounds.com
cingullarone.com
cingullarwirless.com
cingulular.com
cingutar.com

EXHIBIT 6
PAGE 1 OF 10

disnesylandpark.com
disney-dvd.com
disneyblockoutdates.com
disneybowlingballs.com
disneybed.com
disneycannael.com
disneycampground.com
disneycahanel.com
disneycarriers.com
disneycaribbeanbeach.com
disneychaal.com
disneychammle.com
disneychainal.com
disneychanelchanel.com
disneychanela.com
disneychaneeel.com
disneychanne4l.com
disneychannel-games.com
disneychanelsohotsummer.com
disneychannelcastingcalls.com
disneychannelauditions.com
disneychannel-sohotsummer.com
disneychannelcoloringpages.com
disneychannelkidsisland.com
disneychannelhotsummer.com
disneychannelfathersday.com
disneychannelnnel.com
disneychannelshows.com
disneychannelsohotsummer.com
disneychannelssohotsummer.com
disneychannelt.com
disneychannelwww.com
disneychannlegame.com
disneychjanel.com
disneycruiceline.com
disneycomputergames.com
disneyelectroics.com
disneydiscover.com
disneyfonts.com
disneyemployee.com
disneyfireworks.com
disneygamees.com
disneygaems.com
disneygrandcaliforniahotel.com
disneyghanel.com
disneyintervalworld.com
disneyhotmail.com
disneyladresort.com
disneykingdomheart.com
disneylandcharacters.com
disneylandcaliforniaadventures.com

disneylandcaliforniaadventure.com
disneylandgo.com
disneylandinparis.com
disneylandcruises.com
disneyland.com
disneylandthempark.com
disneylandland.com
disneylandy.com
disneylenox.com
disneymivieclub.com
disneymembers.com
disneymagicalkingdom.com
disneymoviecluc.com
disneymovieclob.com
disneymusichall.com
disneymusicchoice.com
disneymovieclum.com
disneypainting.com
disneyoutletstores.com
disneyoriginalmovie.com
disneypartyfavors.com
disneypicturs.com
disneyphtotpass.com
disneyphototopass.com
disneypopcenturyhotel.com
disneyplaygames.com
disneypicyures.com
disneyporncollection.com
disneyprencess.com
disneyprincessparties.com
disneyracords.com
disneysallstarsportsresort.com
disneyrestorts.com
disneyresourt.com
disneyscrapbook.com
disneyscrapbooking.com
disneysgrandcaliforniahotel.com
disneyshanle.com
disneyshighschoolmusical.com
disneyshoppinggo.com
disneysprincesses.com
disneysohotsummer.com
disneystorre.com
disneystors.com
disneytinkerbellpictures.com
disneytire.com
disneytours.com
disneytoo.com
disneyvisa15.com
disneyviedo.com
disneyworldcampgrounds.com

EXHIBIT 6
PAGE 2 OF 10

disneyworldkids.com
disneyvacatonclub.com
disneyworldpassholder.com
disnly.com
disnnyland.com

expediaorbitz.com
expediaia.com
expedied.com
expediean.com
expediatetravel.com
expediran.com
expediita.com
expeditravel.com
expeidai.com
expedyia.com
expemidia.com
expendiatravel.com

fisher-orice.com
fisherfrice.com
fisherfrice.com
fisherfrice.com
fisherpriceoutlet.com
fisherpriceonlinegames.com
fisherpricetoystore.com
fisherprince.com

gogleseach.com
gogoolearth.com
gogooleearth.com
gogoolearth.com
gogooleearth.com
googgleworld.com
googglobe.com
google-eath.com
google-satellite.com
googlcw.com
googlesexoffender.com
googloeearth.com
googolemap.com
googoggle.com
googlwww.com
googooole.com
googoogals.com
gooleaerth.com
gooleeath.com
gooooooooooooogl.com
gooolges.com
goopleearth.com

halllmarkflowers.com
hallmarka.com
hallmaarkcards.com
hallmarkd.com
hallmarkfreegreetingcards.com
hallmarkespanol.com
hallmarkfreecard.com
hallmarkpublishers.com
hallmarkprintablecards.com
hallmarksgreetingcards.com
hallmartgreetings.com

ikeaa-usa.com
ikea0usa.com
ikea-home.com
ikeapaloalto.com
ikeaoffice.com
ikeacareers.com
ikia-usa.com

jcpenneportraits.com
jcpenneykidsrooms.com
jcpenneybride.com
jcpenneyoutletonline.com
jcpenneystorecatalog.com
jcpenneypowderline.com
jcpenneyweb.com
jcpenny3.com
jcpenniys.com
jcpennpy.com
jcpennyaccount.com
jcpennybigandtall.com
jcpennybridalregistry.com
jcpennycarees.com
jcpennycarreers.com
jcpennyclearance.com
jcpennycorporation.com
jcpennygiftregistry.com
jcpennydresses.com
jcpennyjewelry.com
jcpennyhairsalon.com
jcpennyhomecollection.com
jcpennylocations.com
jcpennyporraits.com
jcpennyoutletstores.com
jcpennyportiat.com
jcpennysco.com
jcpennysbedding.com
jcpennysale.com
jcpennyslipcovers.com
jcpennysportaitstudio.com

EXHIBIT 6
PAGE 3 of 10

jcpennyscrubs.com
jcpennyswarehouse.com
jcpennyu.com
jcpennysshoes.com
jcpoptical.com
jcpmastercard.com
jcpennywarehouse.com

kelleyblookbook.com
kelleybluebookcamper.com
kelleybluebookc.com
kelleybluebo.com
kelleybluebooy.com
kelleybluebookmotorhomes.com
kelleybluebooki.com
kelleybluebox.com
kelleybluebpok.com
kelleybluebppk.com
kelleybluelook.com
kelleybookvalue.com
kelleysblueblook.com
kelleysblueboock.com
kellibluebook.com
kelllblue.com

louisviution.com
louisvuitan.com
louisvonton.com
louisvotion.com
louisvuittonglasses.com
louisvuittonairforceones.com
louisvuito.com
louisvuttonbags.com
louisvuttonluggage.com
louiveton.com
louisvuittonicons.com
louisvuttionpurses.com
louivuittion.com

marriotcypressharbor.com
marriotcouryard.com
marriotmonterey.com
marriotmiami.com
marriotmarquee.com
marriotresidentinn.com
marriotresidentsinn.com
marriotneworleans.com
marriotsgrandevista.com
marriotseaview.com
marriotsawgrass.com
marriottcasamagnacancun.com

marriottbycourtyard.com
marriotshadowridge.com
marriottevergreen.com
marriottdesertspringsvillas.com
marriottcopleysquare.com
marriotthotelinniagarafalls.com
marriotthotelandsuites.com
marriottglobalsource.com
marriottlv.com
marriottmarco.com
marriottresidencinn.com
marriottorlandoworld.com
marriottrewarrds.com
marriottreweards.com
marriottsreward.com
marriottsresorts.com
marriottthotel.com
marriottvacationsclub.com
marriottvacationtimeshares.com
marrittwaikiki.com
marrittehotel.com
marriotvail.com

nehmanmarcus.com
neimanmaracus.com
neimanmarcurs.com
neimanmarcuse.com
neimenmarus.com
neimumarcus.com
nelmanmarcus.com
nemammarcus.com
nemimarcus.com
niumanmarcus.com
niumanmarcus.com

oldnauy.com
oldnavycatalog.com
oldnavyco.com
oldnavy-outlet.com
oldnavypayment.com
oldnavyoutlit.com
oldnavyfactory.com
oldneave.com
oldnavyplus.com
oldnavyt.com

playboibunny.com
playboybunni.com
playboyclubtv.com
playboylayouts.com
playboyjokes.com

EXHIBIT 6
PAGE 4 OF 10

playboyfreevideos.com
playboymagazen.com
playboymanision.com
playboymanchon.com
playboymembers.com
playboymansoin.com
playboymanssion.com
playboypictorials.com
playboypets.com
playboypitures.com
playboypinthouse.com
playboysexmovies.com

quicksillver.com
quicksilverboardcompany.com
quicksilvercompany.com
quicksilverskate.com
quicksilvershirts.com
quiksilversnowboarding.com
quiksilversurfing.com
quiksiliver.com

randlemcnally.com
randmcannaly.com
randmally.com
randmacnaly.com
randmcnalty.com
randmccally.com
randmcnailey.com
randmcneally.com
randmcnanlly.com
randmcnanally.com
randmcneilly.com
randmicnaly.com
randmcneely.com

searportaitstudio.com
searportaits.com
sears-hardware.com
searrewards.com
searportiat.com
sears89.com
sears88sears.com
sears888.com
searsaccountline.com
searsappliancestore.com
searsappliancecenter.com
searsautomobiles.com
searsbankcard.com
searsapplicance.com
searsbigmens.com

searscardcenter.com
searscardpayment.com
searsbillpay.com
searschargecard.com
searscarrer.com
searschiocerewards.com
searschoicerewars.com
searschoicerewareds.com
searscraftmans.com
searscrafstman.com
searscraftmanclub.com
searscreditunion.com
searscreditcardpayment.com
searsdentalcenter.com
searsdriversed.com
searsdiscover.com
searsdepartment.com
searsessentails.com
searseportrait.com
searsemployees.com
searsfurnitureoutlet.com
searsflorist.com
searsessintials.com
searshelathandwellness.com
searsgarden.com
searshomegoods.com
searshomeshopping.com
searshomeessentials.com
searsgamefisher.com
searsjobline.com
searshr.com
searshomesiding.com
searslogin.com
searslife.com
searslawnmowers.com
searsmyaccount.com
searsmethodist.com
searsmaster.com
searsonlinepayment.com
searsoirtrait.com
searsone.com
searsoortrait.com
searsopical.com
searsopticals.com
searsoptiical.com
searsoptics.com
searsopticle.com
searsoverstock.com
searsoutlett.com
searspartsandrepaircenter.com
searspest.com

EXHIBIT 6
PAGE 5 OF 10

searspartsstore.com
searspartsonline.com
searsphotes.com

toyotaargentina.com
toyota355.com
toyotaadm.com
toyotaattheavenues.com
toyotaatthelake.com
toyotaautomotive.com
toyotaautomall.com
toyotaautoland.com
toyotacarcompany.com
toyotacapitol.com
toyotabodyshop.com
toyotacenterstadium.com
toyotacenterboxoffice.com
toyotaclaremont.com
toyotaconnet.com
toyotacleveland.com
toyotacorrola.com
toyotacheapparts.com
toyotaepay.com
toyotaelmonte.com
toyotaedmunds.com
toyotafinace.com
toyotafinacail.com
toyotafairfax.com
toyotafinacing.com
toyotafinanceservice.com
toyotagreer.com
toyotafinicialservices.com
toyotafindley.com
toyotaira.com
toyotahomestead.com
toyotalexis.com
toyotahickory.com
toyotakilleen.com
toyotalombard.com
toyotaliberty.com
toyotalouisville.com
toyotamanual.com
toyotamelodi.com
toyotan.com
toyotaofauburn.com
toyotaofanaheim.com
toyotanorwalk.com
toyotaofcolumbia.com
toyotaofcarson.com
toyotaofbartlesville.com
toyotaofdublin.com

toyotaofdenton.com
toyotaofdarthmouth.com
toyotaoffife.com
toyotaofgreensburgh.com
toyotaofduram.com
toyotaofkissimmee.com
toyotaofjacksonville.com
toyotaofhurst.com
toyotaoflaurel.com
toyotaofnorthampton.com
toyotaofmontclair.com
toyotaofmanhatten.com
toyotaoforland.com
toyotaofsouthernmaryland.com
toyotaofrunemede.com
toyotaofraynham.com
toyotaofvineland.com
toyotaofvisalia.com
toyotaoftorrance.com
toyotaownersoline.com
toyotaoorange.com
toyotaofwestchester.com
toyotaplus.com
toyotapreformance.com
toyotaracingdevlopment.com
toyotapressromm.com
toyotapartsonly.com
toyotarinke.com
toyotarentals.com
toyotaracingdevolpment.com
toyotarv.com
toyotasanford.com
toyotariverside.com
toyotastuart.com
toyotastamford.com
toyotatruckperformance.com
toyotatruckcalifornia.com
toyotatrickshots.com
toyotatustin.com
toyotatruks.com
toyotausecars.com
toyotocenter.com
toyotitres.com
toyotawinterhaven.com
toyotodealers.com
toyotodealer.com
toyotooforlando.com
toyotoownersonline.com

unitedairairlines.com
unitedaire.com

EXHIBIT 6
PAGE 6 OF 10

unitedairlineas.com
unitedairlilne.com
unitedairlienes.com
unitedairplan.com

veriizionwireless.com
verionwirelessrebates.com
verionringbacktones.com
verisenwierless.com
veririzon.com
veriozion.com
verisoncell.com
verisionworeless.com
verisontones.com
verisonringtons.com
verisozwireless.com
verisonwriless.com
verizewireless.com
verizanwierless.com
verixonwirelss.com
verizionwieless.com
verizionwerless.com
verizinewireless.com
verizionwirelessringbacktones.com
verizionwirelessrebate.com
verizionworeless.com
verizomworeless.com
verigonwireless.com
veriizionwireless.com
verionwirelessrebates.com
verionringbacktones.com
verisenwierless.com
veririzon.com
veriozion.com
verisoncell.com
verisionworeless.com
verisontones.com
verisonringtons.com
verisonwireliss.com
verisonwireliess.com
verisonwirelessrbt.com
verisozwireless.com
verisonwriless.com
verizewireless.com
verizanwierless.com
verixonwirelss.com
verizionwieless.com
verizionwerless.com
verizinewireless.com
verizionwirelessringbacktones.com
verizionwirelessrebate.com

verizionworeless.com
verizomworeless.com
verizonairlines.com
verizomdsl.com
verizonamplitheater.com
verizonbroadban.com
verizonawards.com
verizoncarrers.com
verizoncental.com
verizoncellphoneplans.com
verizondhl.com
verizonciticard.com
verizondslemail.com
verizonds.com
verizondiamond.com
verizonesuperpages.com
verizonephones.com
verizonephone.com
verizonewirelss.com
verizongo.com
verizonhotmail.com
verizonhumanresources.com
verizonewierless.com
verizonlandline.com
verizonlgringtone.com
verizonmyprepay.com
verizonolinedsl.com
verizonnetlearn.com
verizonontheweb.com
verizononlinepages.com
verizononilne.com
verizonpennsylvania.com
verizonpage.com
verizonreup.com
verizonphonelistings.com
verizonphonecompany.com
verizonringones.com
verizonringbacktunes.com
verizonring.com
verizonsweepstakes.com
verizonsw.com
verizontunes.com
verizontracker.com
verizontampa.com
verizonvierless.com
verizonweriles.com
verizonweirles.com
verizonwereles.com
verizonwier.com
verizonwhirless.com
verizonwerilles.com

EXHIBIT 6
PAGE 7 OF 10

verizonwierlessarena.com
verizonwireless-ringbacktones.com
verizonwireerless.com
verizonwirelessamphatheater.com
verizonwirelessaccessories.com
verizonwireless-stcloud.com
verizonwirelessbill.com
verizonwirelessaphitheater.com
verizonwirelessampitheather.com
verizonwirelessimpulse.com
verizonwirelessfreeringtones.com
verizonwirelessenespanol.com
verizonwirelessringers.com
verizonwirelesspictures.com
verizonwirelesspimp.com
verizonwirelesswallpapers.com
verizonwirelessss.com
verizonwirewireless.com
verizonwiressless.com
verizonwireness.com
verizonwirlessphones.com
verizonwirlessprepaid.com
verizonwirlless.com

walmaket.com
walmartbenfets.com
walmart-sams.com
walmarmart.com
walmartcareercenter.com
walmartbridal.com
walmartbeniefits.com
walmartcerditcard.com
walmartceditcard.com
walmartcds.com
walmartconnection.com
walmartcommect.com
walmartclassrings.com
walmartcrediccard.com
walmartcrdeitcard.com
walmartdigitalphoto.com
walmartcreditcardservice.com
walmartcorporate.com
walmartdownloadmusic.com
walmartdigitalphotos.com
walmartdistributioncenters.com
walmarthawaii.com
walmarthalloweencostumes.com
walmartexpress.com
walmartjewlery.com
walmarthomepage.com
walmartjobopenings.com

walmartmail.com
walmartjods.com
walmartjobopportunities.com
walmartpa.com
walmartphones.com
walmartofontarioclifornia.com
walmartportraitgallery.com
walmartportraitstuido.com
walmartpipline.com
walmartpotraitstudio.com
walmartsholarship.com
walmartshoppingcenter.com
walmartreno.com
walmarttire.com
walmartsuperceter.com

xmsalite.com
xmratio.com
xmraideo.com
xmsatelitradio.com
xmsatliteradio.com
xmsatalightradio.com
xmsattalite.com
xmsattaliteradio.com

yahoglan.com
yahollagains.com
yahollings.com
yahoo-cn.com
yahoo-motor.com
yahoo2000.com
yahoo0mail.com
yahooadress.com
yahoo2go.com
yahooaddresses.com
yahooamericangrettings.com
yahooanti-virus.com
yahooarcadegames.com
yahooalagains.com
yahooavtars.com
yahooastology.com
yahooautogroups.com
yahoobetamessenger.com
yahoobank.com
yahoobackgrounds.com
yahooblocker.com
yahoobreafcase.com
yahoochatfree.com
yahoochatforteens.com
yahoocahtrooms.com
yahoocodes.com

EXHIBIT 6
8 OF 10

yahoocheapfares.com
yahoochatlines.com
yahoodefinitions.com
yahoodc.com
yahoodateing.com
yahoodogs.com
yahoodirectories.com
yahoodirectios.com
yahoodrivingdriections.com
yahoodrivingdirectons.com
yahoodownloadmusic.com
yahooemel.com
yahooearthmap.com
yahoofanstyfootball.com
yahooengine.com
yahoodslsbc.com
yahoofinancing.com
yahoofantisyfootball.com
yahoofinanice.com
yahoofindpeople.com
yahoofinder.com
yahoofincance.com
yahoofolder.com
yahoogamestexttwist.com
yahoofreecreditreport.com
yahoogetmap.com
yahoogetdirections.com
yahoogourps.com
yahoogops.com
yahoogolines.com
yahoogreeatings.com
yahoogretingcards.com
yahoogroupos.com
yahoohmusic.com
yahoogreetngs.com
yahooilagians.com
yahooizzle.com
yahooinstantmessanging.com
yahooinstant.com
yahookides.com
yahoolaga.com
yahookidz.com
yahookidgames.com
yahoolagiansgames.com
yahoolagiins.com
yahoolangins.com
yahoolahgans.com
yahoolagine.com
yahoolegend.com
yahoolegons.com
yahoolgroups.com

yahoolgings.com
yahooliansgames.com
yahooligansecards.com
yahooligant.com
yahooligaus.com
yahooligane.com
yahooligeans.com
yahooligenes.com
yahooligent.com
yahooligous.com
yahooliginsgames.com
yahoolikins.com
yahoolo.com
yahoomailindia.com
yahooliggns.com
yahoomapps.com
yahoomausic.com
yahoomathgames.com
yahoomalil.com
yahoomeesanger.com
yahoomep.com
yahoomenssenger.com
yahoomel.com
yahoomessageer.com
yahoomessengerhelp.com
yahoomesseneger.com
yahoomessengericons.com
yahoomexicano.com
yahoomessnager.com
yahoomuice.com
yahoomoters.com
yahoomotels.com
yahoomuiscvideos.com
yahoomuics.com
yahoomusicchannel.com
yahoomusiclaunchcast.com
yahoomusicaenespanol.com
yahoomusicvedios.com
yahoomusicunlimited.com
yahoomusicyahoo.com
yahoomusicvidos.com
yahooomusice.com
yahooodds.com
yahoomusicvideoes.com
yahoooweather.com
yahoopeoplesearch.com
yahoopeopleserch.com
yahooorbitz.com
yahoophot.com
yahoopuppies.com
yahoorealistate.com

EXHIBIT 6
PAGE 9 OF 10

yahoorealastate.com
yahoorapmusic.com
yahoorsonals.com
yahoosbcmail.com
yahooreality.com
yahooscholarships.com
yahoosearhc.com
yahoosightbuilder.com
yahoosearce.com
yahoospanishmusic.com
yahoosmap.com
yahootag.com
yahoospywear.com
yahoosreach.com
yahooticket.com
yahootolbar.com
yahootyping.com
yahoowallpaper.com
yahooviedos.com
yahooverzion.com
yahooyahoolagains.com
yahoowearher.com
yahoteenchat.com

zalediamonds.com
zalesdimonds.com
zalesjewerlers.com
zalesonlinepayment.com
zalesjewely.com
zalesoutlets.com

DJS IRV1096110.2-'-05/8/06 1:51 PM

Exhibit 6
PAGE 10 OF 10