## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SON, INC., BLITZ REALTYGROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, § § § § § § § | |
| Lead Plaintiffs, § | Civil Action No. 07 CV 3371 |
| v. § § | Honorable Blanche M. Manning |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, § § § § § § § § | Magistrate Judge Geraldine Soat Brown |
| Defendants. § | |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* BRIEF IN EXCESS OF THIRTY-FIVE PAGES

NOW COME Plaintiffs, Vulcan Golf, LLC, John B. Sanfilippo & Son, Inc., Blitz Realty Group, Inc., and Vincent E. "Bo" Jackson, by and through their attorneys, and as for their Motion for Leave to File *Instanter* Brief in Excess of Thirty-Five Pages, state as follows:

1.     On September 20, 2007, this Court granted Defendants' oral motion for leave to file a brief in excess of 15 pages.  The Court entered an order allowing Defendants to file a brief "up to 35 pages".  The Court's September 20, 2007 Order further provided, "Plaintiff[s] granted same page limit for its response."  (A copy of the Court's September 20, 2007 Order is attached as Exhibit A.)

2.      On October 3, 2007, this Court additionally granted Defendants leave to file "separate briefs addressing individual arguments, not to exceed 20 pages each", in addition to a consolidated brief in support of their Motion to Dismiss of thirty-five (35) pages.  At that time, the Court did not address the number of additional pages Plaintiffs would be granted to respond to all of the arguments raised by Defendants in their individual briefs.  (A copy of the Court's October 3, 2007 Order is attached hereto as Exhibit B.)

3.      On October 18, 2007, Defendants filed a consolidated Motion to Dismiss and a Memorandum in Support of Consolidated Motion to Dismiss.  Additionally, Defendants Google, Inc., Oversee.net, Sedo, LLC, and Internet Reit, Inc. each filed an individual memorandum in support of the Motion to Dismiss, addressing in those briefs individual arguments for each Defendant.

4.      The total number of pages in all of Defendants' briefs, including both the Memorandum in support of the Consolidated Motion to Dismiss as well as the Individual Memoranda, is ninety-five (95) pages.

5.      Plaintiffs intend to file one Consolidated Response addressing both the Defendants' arguments in the Memorandum in Support of Consolidated Motion to Dismiss and each Defendant's individual arguments in their individual Memoranda in Support of Motion to Dismiss.

6.      Plaintiffs now move this Honorable Court to allow Plaintiff to file one Consolidated Response in excess of thirty-five (35) pages to Defendants' Motion to Dismiss.

7.      Plaintiffs file this Motion in accordance with United States District Court, Northern District of Illinois Local Rule 7.1.

8.    Given the total length of Defendants' Memorandum in Support of Consolidated Motion to Dismiss and the four additional memoranda filed by Defendants, Plaintiffs will require additional pages to properly address all arguments asserted by Defendants.

9.    Accordingly, Plaintiffs request leave to file a ninety-five (95) page response to Defendants' Motion to Dismiss, which equals the total number of pages (95) used by Defendants.

10.    Defendants would not be unfairly prejudiced by the Court granting Plaintiffs leave to file a brief in excess of fifteen (15) pages.

11.    Counsel for all Defendants have indicated they do not object to the requested relief.

WHEREFORE, Plaintiffs hereby move this Honorable Court to enter an Order allowing the following relief:

1.    Granting leave to Plaintiff to file a Response to Defendants' Motion to Dismiss totaling ninety-five (95) pages, *instanter*;

2.    Any other relief as appropriate and just.

Dated:  November 5, 2007                    Respectfully submitted,

/s/Robert M. Foote
Robert Foote, Esq. #03214325
Stephen W. Fung #06289522
Mark A. Bulgarelli #06284703
Foote, Meyers, Mielke & Flowers, LLC
28 North First St.
Suite 2
Geneva, IL 60134
630-232-6333

Kathleen C. Chavez, Esq. #6255735

Chavez Law Firm, P.C.
28 North First St.
Suite 2
Geneva, IL  60134
630-232-4480

William J. Harte
Dana Pesha
Joan M. Mannix
William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, Illinois 60602
312-726-5015

Benjamin G. Edelman
Law Office of Benjamin Edelman
27a Linnaean Street
Cambridge, MA 02138
617-359-3360

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B.<br>SANFILIPPO & SON, INC.,<br>BLITZ REALTYGROUP, INC.,<br>and VINCENT E. "BO" JACKSON,<br>Individually and on Behalf of All<br>Others Similarly Situated,<br><br>Lead Plaintiffs,<br><br>v.<br><br>GOOGLE INC., OVERSEE.NET,<br>SEDO LLC, DOTSTER, INC., AKA<br>REVENUEDIRECT.COM,<br>INTERNET REIT, INC. d/b/a IREIT, INC.,<br>and JOHN DOES I-X,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 07 CV 3371<br>§<br>§<br>§ Honorable Blanche M. Manning<br>§<br>§ Magistrate Judge Geraldine Soat Brown<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2007, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Brett A. August
baugust@pattishall.com

Michael H. Page
mhp@kvn.com

Mariah Moran
mmoran@stetleranduffy.com
edocket@stetleranduffy.com

Kenneth P. Held
kheld@velaw.com

Steven Borgman
sborgman@velaw.com
jwarren@velaw.com
steveborgman@gmail.com
yshumaker@velaw.com

Janelle M. Carter
jcarter@winston.com
ECF_CH@winston.com

Bradley L. Cohn
bcohn@pattishall.com

Alison Conlon
conlon@wildmanharrold.com
ecf-filings@wildmanharrold.com
hardt@wildmanharrold.com

Jonathan M. Cyrluk
cyrluk@stetleranduffy.com
edocket@stetleranduffy.com

Joseph Gratz
jgratz@kvn.com

Misty Martin
mmartin@smsm.com

Alexis Payne
aep@pattishall.com

Ronald Rothstein
rrothsstein@winston.com
ECF_CH@winston.com
mconroy@winston.com

Jeffrey Singer
jsinger@smsm.com

Scott R. Wiehle
swiehle@velaw.com

Michael R. Dockterman
dockterman@wildmanharrold.com
ecf-filings@wildmanharrold.com
eckertm@wildmanharrold.com

Joseph Duffy
jduffy@stetleranduffy.com
bdorgan@stetleranduffy.com
edocket@stetleranduffy.com

William J. Harte
wharte@williamharteltd.com
mccarey@williamharteltd.com

Dana Marie Pesha
dpesha@williamharteltd.com
mccarey@williamharteltd.com

Scott Ryan Wiehle
swiehle@velaw.com

Aaron Van Oort
mavanoort@faegre.com

I certify that I have served the foregoing document by emailing a copy to the following individuals:

Steven Atlee
SAtlee@winston.com

Vincent V. Carissimi
carissimiv@pepperlaw.com

Joanna J. Cline
clinej@pepperlaw.com

Robert J. Hickok
hickokr@pepperlaw.com

s/Robert M. Foote

# EXHIBIT A

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3371 | **DATE** | 9/20/2007 |
| **CASE TITLE** | Vulcan Golf, LLC vs. Google Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 11/29/2007 at 11:00 a.m. Discovery is stayed until the next status. Rule 26(a) disclosures shall be made by 11/5/2007. Defendant to answer or otherwise plead to the amendments by 10/18/2007. Defendants' oral motion for leave to file brief in excess of 15 pages up to 35 pages is granted. Defendants shall file a consolidated motion to dismiss and reply. Plaintiffs' consolidated response to defendants' motion to dismiss to be filed by 11/5/2007. Plaintiff granted same page limit for its response. Defendants' reply to be filed by 11/13/2007.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rs |
|---|---|---|

**EXHIBIT B**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois −
## Eastern Division

Vulcan Golf, LLC, et al.

Plaintiff,

v.

Case No.: 1:07−cv−03371
Honorable Blanche M. Manning

Google Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2007:

    MINUTE entry before Judge Blanche M. Manning :Defendants' motions for leave to file separate motions [93] [94] are granted in part and denied in part. The court intended to require the defendants to file a consolidated motion to dismiss to the extent possible and to allow them to file separate supplemental briefs addressing any individual issues. The court regrets any confusion. The defendants seek to file five separate 35−page briefs. Assuming that they use all of these pages, they will file a total of 175 pages which may contain duplicative arguments or factual summaries. The record does not show that this extraordinary number of pages is necessary. Accordingly, the court directs the defendants to file a consolidated brief to the extent possible that contains any common arguments (between all or some of the defendants) as well as a joint summary of relevant facts. Contrary to its statements in open court, they may then file separate briefs addressing individual arguments, not to exceed 20 pages each. If any defendant believes that additional pages are necessary, it must file a motion articulating specific bases for such a request. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.