# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTYGROUP, INC., and VINCENT E. "BO" JACKSON, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) ) ) ) | |
| | No. 07 CV 3371 |
| Lead Plaintiffs, ) ) ) | |
| | Judge Blanche M. Manning |
| v. ) ) | |
| | Magistrate Judge Geraldine Soat Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC. and JOHN DOES I-X, ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:     See attached service list


PLEASE TAKE NOTICE that on January 2, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Joint Initial Status Report**, copies of which are attached hereto and hereby served upon you.

    Respectfully submitted,

    PATTISHALL, McAULIFFE, NEWBURY,
     HILLIARD & GERALDSON LLP

    By:     /s/ Alexis Payne
        Brett A. August (ARDC #  0081345)
        Bradley L. Cohn (ARDC # 6224692)
        Alexis E. Payne (ARDC # 6270412)
        311 South Wacker Drive
        Suite 5000
        Chicago, Illinois 60606
        (312) 554-8000

## SERVICE LIST

Robert M. Foote
Stephen W. Fung
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134

Kathleen Currie Chavez
Chavez Law Firm
28 North First Street, Suite 2
Geneva, IL 60134

William J. Harte
Dana Marie Pesha
111 W. Washington St.
Suite 11000
Chicago, IL 60602

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603

Aaron D. Van Oort
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Michael H. Page
Joseph Kratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Vincent V. Carissimi
Joanna J. Cline
Robert J. Hickok
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606

Steven D. Atlee
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071

Jeffrey Singer
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

Andrew P. Bridges
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111

-3-

Steve Borgman
Kenneth P. Held
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, Texas 77002-6760

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this 2nd day of January, 2008, a true and correct copy of the foregoing was served by U.S. mail, postage prepaid, as follows:

TO:  See attached service list

                                        /s/ Alexis E. Payne
                                          Alexis E. Payne