# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTYGROUP, INC., and VINCENT E. "BO" JACKSON, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) ) ) ) | |
| | No. 07 CV 3371 |
| Lead Plaintiffs, ) ) ) | |
| | Judge Blanche M. Manning |
| v. ) ) | |
| | Magistrate Judge Geraldine Soat Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC. and JOHN DOES I-X, ) ) ) ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing **NOTICE OF FILING** and

**DEFENDANTS' JOINT INITIAL STATUS REPORT** were served upon the attached service

list on January 2, 2008, via the Electronic Case Filing System:

Date: January 2, 2008            Respectfully submitted,

                                       PATTISHALL, McAULIFFE, NEWBURY,
                                          HILLIARD & GERALDSON LLP

                              By:  /s/ Alexis Payne
                                     Brett A. August (ARDC # 0081345)
                                   Bradley L. Cohn (ARDC # 6224692)
                                   Alexis E. Payne (ARDC # 6270412)
                                   311 South Wacker Drive
                                   Suite 5000
                                   Chicago, Illinois 60606
                                   (312) 554-8000

**SERVICE LIST**

Robert M. Foote
Stephen W. Fung
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, IL 60134

Kathleen Currie Chavez
Chavez Law Firm
28 North First Street, Suite 2
Geneva, IL 60134

William J. Harte
Dana Marie Pesha
111 W. Washington St.
Suite 11000
Chicago, IL 60602

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603

Aaron D. Van Oort
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Michael H. Page
Joseph Kratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Vincent V. Carissimi
Joanna J. Cline
Robert J. Hickok
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606

Steven D. Atlee
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

Jeffrey Singer
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Andrew P. Bridges
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111

-3-

Steve Borgman
Kenneth P. Held
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, Texas 77002-6760