# EXHIBIT A

Dockets.Justia.com

**Robert Foote**

| | |
|---|---|
| **From:** | Susan Weber |
| **Sent:** | Thursday, October 04, 2007 11:13 AM |
| **To:** | mpage@kvn.com; dockterman@wildman.com; satlee@winston.com; kheld@velaw.com; jsinger@smsm.com |
| **Cc:** | Robert Foote; GKEG4@aol.com; Kathleen Chavez; Mark Bulgarelli; sarpaia@rochester.rr.com |
| **Subject:** | Re: Vulcan Golf, LLC v. Google, Inc. et al. |

Dear Counsel:

As a follow up to the e-mail sent this morning, we remind you of your duty to act diligently and use appropriate filtering and blocking technology to avoid further infringements of named Plaintiffs and the putative class members' distinctive and valuable marks (as defined in the Amended Complaint).

As stated in the e-mail, your commercial use of deceptive domains has willfully continued even after the filing of our original complaint, amended complaint, and verbal and written notice.

It is not our duty to monitor your companies and prevent your illegal conduct. It is your duty to take all steps necessary to stop this egregious conduct. If further infringements occur, we will have no option but to seek the Court's assistance on this matter. Thank you very much for your cooperation.

Sincerely,


Robert M. Foote


FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street
Suite 2
Geneva, IL 60134
(630) 232-6333
(630) 845-8982

# EXHIBIT B







**Bojacksonnaked.com**
What you need, when you need it

November 30, 2007
Make this your homepage : Bookmark this page

Keyboards
New Movie Releases
Movie Tv
Movie Theater
Movie Times
Dvd Movie Club
Films
Dvd
Movie Film

| Travel | Finance | Home |
|---|---|---|
| Airline tickets | Free credit report | Foreclosures |
| Hotels | Online Payment | Houses For Sale |
| Car rental | Credit Card Application | Mortgage |
| Flights | Car insurance | People Search |
| South Beach Hotels | Health insurance | Real Estate Training |

Search:







































Wwwevonsnuts.com
*What you need, when you need it*

**Hot**
- Gift Basket
- Christmas Gift Basket
- Gift Baskets
- Recipes
- Black Gospel Music
- Low Carb Diet
- Flowers
- Christian Music
- Gospel Music

**Popular**
- Free Recipes
- Gourmet Gift Basket
- Christmas Card
- Unique Gift
- Christmas Decorations
- Flowers Online

Wwwevonsnuts.com favorites: Unique Gift | Christmas Decorations | Flowers Online | Free Recipe | Gourmet Popcorn | Wife Swapping







**Vulcanputters.com**
*What you need, when you need it*

*Hot*
- Putter
- Golf Club
- Put
- Putt
- Gutters
- Golf Ball
- Golf Shop
- Cutters
- Loan

*Popular*
- Golf Bag
- Discount Golf Clubs
- Tea
- Golf Equipment
- Golf
- Canes

**Vulcanputters.com favorites:** Golf Equipment | Golf | Canes | Golf Gift | Used Golf Club | Golf Shoe

Monday, November 26, 2007









**Vulkangolf.com**
*What you need, when you need it*

*Hot*

⊕Golf
⊕Kangol
⊕Golf Gift
⊕Golf Ball
⊕Golf Club
⊕Golf Course
⊕Golf Equipment
⊕Golf Accessory
⊕Golf Vacation

*Popular*

Golf Shirt⊕
Golf Bag⊕
Golf Store⊕
Hole In One Insurance⊕
Nike Golf Ball⊕
Golf Apparel⊕

**Vulkangolf.com favorites:** Hole In One Insurance | Nike Golf Ball | Golf Apparel | Gift | Callaway Golf Balls | Discount Golf Clubs









**bojacksoninjury.com**

SEARCH [    ] GO

**Top Features**

- **Car Finance**
- **Bo Jackson Sneakers**
- **Bo jackson injury**
- **Michael Vick**
- **Ray Lewis**
- **Randy Moss**
- **Ricky Williams**
- **Barry Sanders**
- **Football Jersey**

**In Focus**

- Walter Payton
- Deion Sanders
- Oj Simpson
- Larry Bird
- Joe Montana
- Jerry Rice

**Popular Picks**

- Wilt Chamberlain
- Jim Brown
- Julius Erving
- Marcus Allen
- Priest Holmes
- Earl Campbell

Saturday, December 01, 2007



Bojacksonjersies.com
*find something interesting*

**Find what you're looking for**

- Bojackson
- Jackson Hewitt
- Jackson Hole
- Jackson Hotels
- Jackson Travel
- Jackson Hole Wyoming
- Jackson Hole Wy
- Fort Jackson
- Jackson Heights
- North Conway

**Recommended Links**
Jackson Hole Ski, Jackson Wv, Jackson Wyoming

Search [Enter Keyword] Go

**Start your search here** [ ] Go

**Today's most Visited links**
Jackson
Stonewall Jackson
Jackson Memorial Hospital
Jerry Jackson

**Popular Destination**
Kendall Jackson          Jackson N
Michigan                 Jackson Tn
Jackson Communit, College  Mississippi
Jackson Rancheria         Jackson Us

**About Us**

























# EXHIBIT C

| Defendant | Deceptive Domain |
|---|---|
| OVERSEE.NET/GOOGLE | NudeBoJackson.com<br>BoJacksonNaked.com<br>bltizrealtygrouphomes.com<br>fishernutsgiftbaskets.com<br>vulcanputters.com<br>wwwevonsnuts.com<br>wwwvulcongolf.com<br>bojackson.net<br>bojacksonelitesports.com |
| Unnamed Parking Company/Google (Google has already notified this parking company using the domain and name servers cnomy.com for other domains in the complaint) | BlitzRealtyGeneva.com<br>BlitzRealtyGroupIllinois.com<br>BlitzRealtyGrup.com<br>BoJacksonNude.com<br>BoJacksonSex.com<br>BoJacksonPorn.com<br>NakedBoJackson.com<br>bojacksonjersies.com<br>bojacksonposters.com<br>bojacksonshirts.com<br>chefsnaturals.com<br>fisherchefsnaturals.com<br>fishernutsonline.com<br>jbssincc.com<br>saladbuddies.com<br>buyfishernuts.com<br>evvonsnuts.com<br>fisherflavortree.com<br>fisherfusions.com<br>fishernutscompany.com<br>fishernutsjobs.com<br>jobsfishernuts.com<br>jobsjbssinc.com<br>johnbsanfilliposandsons.com<br>orderfishernuts.com<br>vulgangolf.com<br>salladbuddies.com<br>saladbuddies.com<br>vulcingolf.com<br>vulcengolf.com<br>buyevonsnuts.com<br>blitzrealtygrop.com<br>bojacksonpics.com |
| SEDO/GOOGLE | Jbssi8nc.com |

# EXHIBIT D

















**Welcome to tompetty.info**

**Related Searches**
- Tom Petty
- Wild Flower
- Kiss Concert Ticket
- Tom Petty The Heartbreakers
- Tom Petty Ticket
- Tom Petty Concert
- Tool
- Breeders
- Nickelback
- Evanescence
- Green Day
- Revolution
- Millionaire
- Message Bottle
- Gwen Stefani

**Indie Music Recordings**
Tool
Breeders
Green Day
Gwen Stefani
Cross Canadian Ragweed

**Jazz Tickets**
Chris Botti
Pat Metheny
Manhattan Transfer
Jazz Ticket
Jimmy Smith

**Langston Hughes**
Hughes
Langston Hughes
Langston Hughes Biography
Langston Hughes Poem
Poem By Langston Hughes

**Classical Music Tickets**
Ballet
BPO
Classical
Rachmaninoff
HSO

**Country Music Tickets**
Tim McGraw
Faith Hill
Brooks and Dunn
Shania Twain
Trace Adkins

**Hard Rock and Metal Recordings**
Heart
Metallica
Blink 182
Ozzfest
Motley Crue

**Search:** [_____] [Search]

CTRL-D to Bookmark This Page | Link This Link To Your Home Button

Terms Of Use



**Samscloub.com**
What you need, when you need it

| Hot | Popular |
|-----|---------|
| Computers | Flat Screen/dvd Combo |
| Jewelry | Discount Shopping |
| Online Shopping | Cell Phones |
| Tires | Computer |
| Shopping | |
| Car Insurance | |
| Psp | |
| New Cars | |
| Fkat | |

Samscloub.com favorites: Computer









