IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SON, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, <br><br> Defendants. | Case No. 07CV3371 <br><br> Judge Manning <br><br> Magistrate Judge Brown |

## NOTICE OF CHANGE OF ADDRESS

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT the law firm of Segal McCambridge Singer & Mahoney, Ltd., previously moved its Chicago office to:

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, Illinois 60606
Ph: (312) 645-7800
Fx: (312) 645-7711

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.


By:/s/Misty R. Martin_____
One of the attorneys for Defendant, Sedo.com

Dated: January 4, 2008

**Firm ID: 13681**

Jeffrey Singer, Esq.
Misty Martin, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive
Chicago, Illinois 60606
Ph:  (312) 645-7800
Fax:  (312) 645-7711

## PROOF OF SERVICE

The undersigned, on oath, state that I served this Notice of Change of Address via the Court's electronic filing system to all counsel of record on January 4, 2008.

/s/ Misty R. Martin

901828-1