# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Vulcan Golf, LLC, et al.

                        Plaintiff,

v.                                        Case No.: 1:07−cv−03371
                                        Honorable Blanche M. Manning

Google Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge Geraldine Soat Brown : Status hearing held and continued to 02/05/08 at 11:30 a.m. Motion hearing held. For the reasons stated on the record, plaintiff's motion to compel Rule 26 disclosures [121] is stricken without prejudice. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.