# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, § <br> Individually And On Behalf Of All § <br> Others Similarly Situated, § <br> § <br> Lead Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE INC., OVERSEE.NET, § <br> SEDO LLC, DOTSTER, INC., AKA § <br> REVENUEDIRECT.COM § <br> INTERNET REIT, INC. d/b/a IREIT, INC.; § <br> and JOHN DOES I-X, § <br> § <br> § <br> Defendants. § | Civil Action No. 07 CV 3371 <br><br> Judge Manning <br><br> Magistrate Judge Brown |

## NOTICE OF MOTION AND SUPPLEMENT TO MOTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on February 5, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manning, or her absence, before any other Judge who may be sitting in her stead, in Courtroom 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff's Motion for Preliminary Injunction and Supplement to Plaintiffs' Motion for Preliminary Injunction**, which are hereby served upon you.

Dated: January 25, 2008            Respectfully submitted,

                                   s/Robert M. Foote
                                   One of Their Attorneys

                                   Robert M. Foote, Esq. (#03214325)
                                   Stephen W. Fung, Esq. (#06289522)
                                   Mark A. Bulgarelli, Esq. (#06284703)
                                   Foote, Meyers, Mielke & Flowers, LLC
                                   28 North First St.
                                   Suite 2
                                   Geneva, IL 60134

Dockets.Justia.com

630-232-6333

Kathleen C. Chavez, Esq. (#06255735)
Chavez Law Firm, P.C.
28 North First St.
Suite 2
Geneva, IL  60134
630-232-4480

William J. Harte, Esq.
Dana Pesha, Esq.
Joan M. Mannix, Esq.
William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL 60602
312-726-5015

Benjamin G. Edelman, Esq.
Law Office of Benjamin Edelman
27a Linnaean Street
Cambridge, MA 02138
617-359-3360

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2008, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

| | |
|---|---|
| Brett A. August<br>baugust@pattishall.com | Kenneth P. Held<br>kheld@velaw.com |
| Michael H. Page<br>mhp@kvn.com | Steven Borgman<br>sborgman@velaw.com<br>jwarren@velaw.com |
| Mariah Moran<br>mmoran@stetleranduffy.com<br>edocket@stetleranduffy.com | steveborgman@gmail.com<br>yshumaker@velaw.com |
| Janelle M. Carter<br>jcarter@winston.com<br>ECF_CH@winston.com | Bradley L. Cohn<br>bcohn@pattishall.com |
| Alison Conlon<br>conlon@wildmanharrold.com<br>ecf-filings@wildmanharrold.com<br>hardt@wildmanharrold.com | Jonathan M. Cyrluk<br>cyrluk@stetleranduffy.com<br>edocket@stetleranduffy.com |
| Joseph Gratz<br>jgratz@kvn.com | Misty Martin<br>mmartin@smsm.com |
| Alexis Payne<br>aep@pattishall.com | Ronald Rothstein<br>rrothsstein@winston.com<br>ECF_CH@winston.com |
| Jeffrey Singer<br>jsinger@smsm.com | mconroy@winston.com |
| Anastasios Foukas<br>afoukas@smsm.com | Scott R. Wiehle<br>swiehle@velaw.com |
| Michael R. Dockterman<br>dockterman@wildmanharrold.com<br>ecf-filings@wildmanharrold.com<br>eckertm@wildmanharrold.com | Joseph Duffy<br>jduffy@stetleranduffy.com<br>bdorgan@stetleranduffy.com<br>edocket@stetleranduffy.com |

| | |
|---|---|
| William J. Harte<br>wharte@williamharteltd.com<br>mccarey@williamharteltd.com | Dana Marie Pesha<br>dpesha@williamharteltd.com<br>mccarey@williamharteltd.com |
| Scott Ryan Wiehle<br>swiehle@velaw.com | Aaron Van Oort<br>mavanoort@faegre.com |

I certify that I have served the foregoing document by emailing a copy to the following individuals:

| | |
|---|---|
| Steven Atlee<br>SAtlee@winston.com | Vincent V. Carissimi<br>carissimiv@pepperlaw.com |
| Joanna J. Cline<br>clinej@pepperlaw.com | Robert J. Hickok<br>hickokr@pepperlaw.com |

 

                                                  s/Robert M. Foote