| | | | |
|---|---|---|---|
| Order Form (01/2005) | Case 1:07-cv-03371 | Document 130 | Filed 02/01/2008 | Page 1 of 1 |

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3371 | **DATE** | February 1, 2008 |
| **CASE TITLE** | *Vulcan Golf, LLC, et al. v. Google* | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the court directs the parties to file short position papers as to the timing of the class certification motion. The defendants shall file a joint position paper. The parties' position papers shall be no more than 7 pages in length and should be filed no later than Wednesday, February 13, 2008.

■[ For further details see text below.]

00:00

### STATEMENT

The plaintiffs have brought a purported class action against several defendants. The defendants have moved to dismiss, both as a group and individually, various claims asserted against them. Federal Rule of Civil Procedure 23(c)(1)(A) states that "[a]t an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action." After having had the opportunity to perform an in-depth review of the First Amended Complaint and the briefing on the motions to dismiss, the court believes that exploration of the timing of the class certification motion is appropriate and invites the parties to inform the court of their positions on the timing of class certification. Accordingly, the court directs the parties to file short position papers regarding this issue, including whether such a motion should be considered prior to a ruling on the motion to dismiss. The defendants shall file a joint position paper. The parties' position papers shall each be no more than 7 pages in length and should be filed no later than Wednesday, February 13, 2008.

RH/p

Dockets.Justia.com