# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Vulcan Golf, LLC, et al.

                Plaintiff,

v.                                    Case No.: 1:07−cv−03371
                                             Honorable Blanche M. Manning

Google Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge Geraldine Soat Brown: Status hearing held. No later than 7 days following the ruling on the pending motions to dismiss, lead counsel for the parties shall meet to discuss a schedule for discovery and the motion for class certification. No later than 3 business days after that meeting, the parties shall submit the proposed discovery schedule, noting the subjects on which they agree and noting the subjects on which there is a difference. A further status before this Court will be set by an order.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.