# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Vulcan Golf, LLC, et al.

                      Plaintiff,

v.                                     Case No.: 1:07−cv−03371
                                               Honorable Blanche M. Manning

Google Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge Blanche M. Manning : Status hearing held on 2/5/2008. Motion hearing held. For the reasons discussed in open court, the plaintiffs' motion for preliminary injunction [122−1] and motion to supplement the preliminary injunction [127−1] are stricken without prejudice as premature. Given the discussion in open court regarding the timing of the class certification motion, the court's February 1, 2008, order is vacated. Thus, no briefs regarding the timing of a class certification motion are to be filed on February 13, 2008. The court will rule on the pending motions to dismiss as expeditiously as possible. New dates will be in the ruling.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.