IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC., ) <br> Individually and on behalf of all ) <br> Others Similarly Situated, ) <br>                      Lead Plaintiff, ) <br>                               ) <br> v.                               ) <br>                               ) <br> GOOGLE INC., OVERSEE.NET, ) <br> SEDO LLC, DOTSTER, INC., AKA ) <br> REVENUEDIRECT.COM, ) <br> INTERNET REIT, INC. d/b/a IREIT, INC., ) <br> and JOHN DOES I-X, ) <br>                               ) <br>                      Defendants. ) | No. 07 CV 3371 <br><br> Honorable Blanche M. Manning <br> Mag. Judge Geraldine Soat Brown |

## **AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendant Google, Inc. ("Google"), by and through its attorneys, respectfully moves this Court to enter the Stipulated Pre-Trial Protective Order ("Agreed Protective Order") tendered to the Court at the February 5, 2008 - status hearing, pursuant to Fed. R. Civ. P. 26(c) and L.R. 26.2. In support of this motion, Google states as follows:

1. The parties have stipulated to the terms of the Agreed Protective Order and jointly request the Court enter the Agreed Protective Order to protect certain trade secrets and other confidential information from the public domain.

2. The parties believe the Agreed Protective Order is in accordance with Seventh Circuit case law, the Local Rules of the Northern District of Illinois, and the Standing Order of this Court.

3. The parties submit that this motion is brought in good faith, is not meant to hamper the public's access to the Court system, and submit that the entry of the Agreed Protective order will serve the interests of justice.

WHEREFORE, for the foregoing reasons, Defendant Google, Inc., respectfully requests that the Court enter the Agreed Protective Order, a copy of which was submitted to the Court at the February 5, 2008 - status hearing, and such other and further relief as the Court deems just and proper.

                                          Respectfully submitted,

                                          GOOGLE, INC.

                                          By: /s/ Jonathan M. Cyrluk
                                          One of Its Attorneys

Michael H. Page
Joseph Gratz
Keker & Van Nest, LLP
San Francisco, CA 94111
(415) 391-5400
*Lead Counsel*
*Admitted Pro Hac Vice*

Aaron D. Van Oort
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
612-766-8138

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E.Moran
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200