# Transcripts Are Not Imaged

## See Original Document in

## Files Department

Dockets.Justia.com