IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC., JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated<br>Lead Plaintiff,<br><br>v.<br><br>GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X,<br><br>Defendants. | No. 07 CV 3371<br><br>Hon. Blanche M. Manning<br><br>Mag. Judge Geraldine Soat Brown |

## AMENDED NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on Wednesday, February 27, 2008 at 9:45 a.m., or as soon thereafter as we my be heard, undersigned counsel shall appear before Magistrate Judge Geraldine Soat Brown in Courtroom 1812 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Google Inc.'s Agreed Motion for Entry of Protective Order**, a copy of which is attached hereto and served upon you.

GOOGLE, INC.

By: /s/ Jonathan M. Cyrluk
One of Its Attorneys

Michael H. Page
Joseph Gratz
Keker & Van Nest, LLP
San Francisco, CA 94111
(415) 391-5400
*Lead Counsel – Admitted Pro Hac Vice*

Aaron D. Van Oort
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-8138

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200

Dockets.Justia.com

## CERTIFICATE OF SERVICE

    I, Jonathan M. Cyrluk, an attorney, certify that I caused copies of the foregoing **Notice of Motion** and **Defendant Google's Agreed Motion for Entry of Protective Order** to be served via the Court's CM/ECF system this 19th day of February, 2008.

                                                      /s/    Jonathan M. Cyrluk

**SERVICE LIST**

Robert Foote
Stephen W. Fung
Foote Meyers Meilke & Flowers, LLC
28 N. First Street, Suite 2
Geneva, IL 60134

Steve Borgman
Kenneth P. Held
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760

Steven D. Atlee
Winston & Strawn, LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071

Ronald Y. Rothstein
Janelle M. Carter
Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, IL 60601

Vincent V. Carissimi
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Brett August
Bradley Cohn
Alexis Payne
Pattishall, McAuliffe, Newbury,
   Hilliard & Geraldson, LLP
311 S. Wacker Drive, Suite 5000
Chicago, IL 60613

Kathleen C. Chaves
Chavez Law Firm, P.C.
28 North First Street
Suite 2
Geneva, IL 60134

Scott Wiehle
2001 Ross Avenue
Suite 3700
Dallas, TX 75201

Andrew P. Bridges
Winston & Strawn, LLP
101 California Street
Suite 3900
San Francisco, CA 94111

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon, LLP
225 W. Wacker Drive, Suite 2800
Chicago, IL 60606

Jeffrey Singer
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606