## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Vulcan Golf, LLC, et al.

                Plaintiff,

v.                                      Case No.: 1:07−cv−03371
                                              Honorable Blanche M. Manning

Google Inc., et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Geraldine Soat Brown:Motion hearing held. Defendants' motion for protective order [133] is denied without prejudice to the parties submitting a revised protective order reflecting the Court's comments on the record. Motion hearing set for 02/27/08 is stricken.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.