# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SON, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) ) ) | No. 07 CV 3371 |
| Lead Plaintiffs, ) ) | |
| | Honorable Blanche M. Manning |
| v. ) ) | |
| | Magistrate Judge Geraldine Soat Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IReit, INC. and JOHN DOES I-X, ) ) ) ) ) ) | |
| Defendants. ) | |

## MOTION FOR WITHDRAWAL OF APPEARANCE AS COUNSEL

I, Janelle Carter, request the withdrawal of my appearance as counsel for Oversee.net in the above-captioned case. The other attorneys from Winston & Strawn LLP with appearances on file will continue to represent Oversee.net.

Respectfully Submitted,

Dated: February 22, 2008          By:   /s/ Janelle M. Carter
                                        One of the Attorneys for Oversee.net

Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: jcarter@winston.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

| | |
|---|---|
| Mark Anthony Bulgarelli<br>Robert M. Foote<br>Stephen William Fung<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, #2<br>Geneva, Illinois  60134 | Kathleen Currie Chavez<br>Chavez Law Firm P.C.<br>28 North First Street, #2<br>Geneva, Illinois  60134 |
| Henry M. Baskerville<br>Jonathan M. Cyrluk<br>Joseph J. Duffy<br>Mariah E. Moran<br>Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, Illinois  60603 | Joseph Gratz<br>Michael Page<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California |
| Jeffrey Singer<br>Misty Rose Martin<br>Anastasios T. Foukas<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>233 South Wacker Drive, Suite 5500<br>Chicago, Illinois  60606 | Alison C. Conlon<br>Michael R. Dockterman<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606 |
| Alexis Elizabeth Payne<br>Bradley Louis Cohn<br>Brett A. August<br>Pattishall, McAuliffe, Newbury,<br>Hilliard & Geraldson LLP<br>311 South Wacker Drive, Suite 5000<br>Chicago, Illinois  60606 | Scott Ryan Wiehle<br>Vinson & Elkins LLP<br>Trammel Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas  75201 |
| Steven R. Borgman<br>Vinson & Elkins LLP<br>Kenneth P. Held<br>2500 First City Tower<br>1001 Fannin Street<br>Houston, Texas  77002 | Vincent V. Carissimi<br>Joanna J. Cline<br>Robert L. Hickok<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA  19103 |
| William J. Harte<br>Dana Marie Pesha<br>William J. Harte, Ltd.<br>111 West Washington, Suite 1100<br>Chicago, Illinois  60602 | Aaron Daniel Van Oort<br>Faegre & Benson LLP<br>90 South Seventh Street, Suite 2200<br>Minneapolis, MN  55113 |

|  |  |
|---|---|
| Dominic J. Rizzi<br>Nyran Rose Pearson<br>Cafferty Faucher LLP<br>30 North LaSalle Street<br>Suite 3200<br>Chicago, Illinois  60602 | Bryan L. Clobes<br>Cafferty Faucher, LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, Pennsylvania  19103 |

   /s/ Janelle M. Carter