# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. ) <br> SANFILIPPO & SON, INC., BLITZ ) <br> REALTY GROUP, INC., and VINCENT ) <br> E. "BO" JACKSON, Individually And ) <br> On Behalf of All Others Similarly Situated, ) <br> ) <br> Lead Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE INC., OVERSEE.NET, ) <br> SEDO LLC, DOTSTER, INC., AKA ) <br> REVENUEDIRECT.COM, ) <br> INTERNET REIT, INC. d/b/a IReit, INC. ) <br> and JOHN DOES I-X, ) <br> ) <br> Defendants. ) | No. 07 CV 3371 <br><br> Honorable Blanche M. Manning <br><br> Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

To:     Attached Service List

**PLEASE TAKE NOTICE** that on Thursday, February 28, 2008, at 11:00 a.m., or as soon thereafter as counsel can be heard, one of the attorneys for Defendant Oversee.net shall appear before the Honorable Judge Blanche M. Manning in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn, Room 1725, Chicago, Illinois, and then and there present the Motion For Withdrawal Of Appearance As Counsel, a copy of which is hereby served on you.

                                                        Respectfully Submitted,

Dated: February 22, 2008                By:    /s/ Janelle M. Carter _____
                                                                One of the Attorneys for Oversee.net

Janelle M. Carter
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: jcarter@winston.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2008, a true and correct copy of the foregoing was served in accordance with Rule 5, Federal Rules of Civil Procedure, on the following:

| | |
|---|---|
| Mark Anthony Bulgarelli<br>Robert M. Foote<br>Stephen William Fung<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, #2<br>Geneva, Illinois  60134 | Kathleen Currie Chavez<br>Chavez Law Firm P.C.<br>28 North First Street, #2<br>Geneva, Illinois  60134 |
| Henry M. Baskerville<br>Jonathan M. Cyrluk<br>Joseph J. Duffy<br>Mariah E. Moran<br>Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, Illinois  60603 | Joseph Gratz<br>Michael Page<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California |
| Jeffrey Singer<br>Misty Rose Martin<br>Anastasios T. Foukas<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>233 South Wacker Drive, Suite 5500<br>Chicago, Illinois  60606 | Alison C. Conlon<br>Michael R. Dockterman<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606 |
| Alexis Elizabeth Payne<br>Bradley Louis Cohn<br>Brett A. August<br>Pattishall, McAuliffe, Newbury,<br>Hilliard & Geraldson LLP<br>311 South Wacker Drive, Suite 5000<br>Chicago, Illinois  60606 | Scott Ryan Wiehle<br>Vinson & Elkins LLP<br>Trammel Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas  75201 |
| Steven R. Borgman<br>Vinson & Elkins LLP<br>Kenneth P. Held<br>2500 First City Tower<br>1001 Fannin Street<br>Houston, Texas  77002 | Vincent V. Carissimi<br>Joanna J. Cline<br>Robert L. Hickok<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA  19103 |
| William J. Harte<br>Dana Marie Pesha<br>William J. Harte, Ltd.<br>111 West Washington, Suite 1100<br>Chicago, Illinois  60602 | Aaron Daniel Van Oort<br>Faegre & Benson LLP<br>90 South Seventh Street, Suite 2200<br>Minneapolis, MN  55113 |

<table>
<tr><td>Dominic J. Rizzi<br>Nyran Rose Pearson<br>Cafferty Faucher LLP<br>30 North LaSalle Street<br>Suite 3200<br>Chicago, Illinois  60602</td><td>Bryan L. Clobes<br>Cafferty Faucher, LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, Pennsylvania  19103</td></tr>
</table>

   /s/ Janelle M. Carter