# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Vulcan Golf, LLC, et al.

                        Plaintiff,

v.                                        Case No.: 1:07−cv−03371

                                            Honorable Blanche M. Manning

Google Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: The defendants' motions to dismiss [98−1] are granted in part and denied in part. The plaintiffs are given 21 days to replead all dismissed counts provided they can do so within the confines of Fed. R. Civ. P. 11. In the meantime, the court deems it appropriate to begin briefing on the motion for class certification. The court instructs the parties to meet and confer regarding a briefing schedule and to file with the clerk a joint proposed briefing schedule no later than April 2, 2008. Enter Memorandum and Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.