# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>          Class Plaintiffs,<br><br>v.<br><br>GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X,<br><br>          Defendants. | Civil Action No. 07 CV 3371<br><br>Honorable Blanche M. Manning<br><br>Magistrate Judge Geraldine Soat Brown |

## JOINT STATUS REPORT

In response to the Court's March 20, 2008 Order, the Parties submit the following Joint Status Report:

1. The Parties conferred regarding scheduling in this matter.

2. Plaintiffs shall file an amended Complaint on or before April 10, 2008.

3. The Parties agree that the issue of Class Certification should be addressed after resolution by the Court of any subsequent Motions to Dismiss filed by Defendants and addressed to Plaintiffs' Second Amended Complaint.

4. The Parties further agree that all discovery should be stayed while the Motions to Dismiss are under consideration by the Court, and that upon resolution of the renewed Motions to dismiss the parties should discuss and agree to the timing of discovery related to class certification and to the merits.

5. In light of the Court's order denying all Defendants' Motions to Dismiss Count Three, for violations of the ACPA, 15 U.S.C. § 1125(d), Plaintiffs will seek leave of Court to timely re-file their Motion for Preliminary Injunctive Relief, and will file their motion for leave to re-file their Motion on or before April 10, 2008. Plaintiffs shall also seek leave

for expedited limited discovery necessary and related to their Motion for Preliminary Injunctive Relief. Defendants will oppose any motion for preliminary injunctive relief, and do not believe discovery is required in order to dispose of such a motion.

Respectfully Submitted:

By: _____
Robert M. Foote, Esq. #03214325
Stephen W. Fung, Esq. #06289522
Mark A. Bulgarelli, Esq. #06284703
Foote Meyers Mielke & Flowers, LLC
28 North First St.
Suite 2
Geneva, IL 60134
630-232-6333

Kathleen C. Chavez, Esq. #06255735
Chavez Law Firm, P.C.
28 North First St.
Suite 2
Geneva, IL 60134
630-232-4480

William J. Harte, Esq.
Dana Pesha, Esq.
Joan M. Mannix, Esq.
William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL 60602
312-726-5015

Benjamin G. Edelman, Esq.
Law Office of Benjamin Edelman
27a Linnaean Street
Cambridge, MA 02138
617-359-3360

Bryan L Clobes
Cafferty Faucher, LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

Nyran Rose Pearson
Dominic J. Rizzi
Cafferty Faucher LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

ATTORNEYS FOR PLAINTIFFS

By: *Michael Page /sd/*
Henry M. Baskerville
Jonathan M. Cyrluk
Joseph J. Duffy
Mariah E. Moran
Stelter & Duffy, Ltd.
11 S. LaSalle
Suite 1200
Chicago, IL 60603

Michael Page
Joseph Gratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 9411

Aaron Daniel Van Oort
Faegre & Benson LLP
90 South Seventh Street
Suite 2200
Minneapolis, MN 55113

ATTORNEYS FOR DEFENDANT GOOGLE INC.

By: *Steve Atlee*
Steven D. Atlee   satlee@winston.com
Winston & Strawn LLP
333 South Grand Avenue
38th Floor
Los Angeles, CA 90071

Marlon Emile Lutfiyya
Ronald Y. Rothstein
Thomas Joseph Wiegand   twiegand@winston.com
Winston & Strawn LLP

35 West Wacker Drive
Chicago, IL 60601-9703

ATTORNEYS FOR DEFENDANT OVERSEE.NET

By: /s/ Brett A. August
Brett A. August
Bradley Louis Cohn
Alexis Elizabeth Payne
Pattishall, McAuliffe, Newbury, Hillard & Geraldson
311 South Wacker Drive
Suite 5000
Chicago, IL 60606

Steven R. Borgman
Kenneth P. Held
Vinson & Elkins LLP
2500 First city Tower
1001 Fannin Street
Houston, TX 77002-6760

Scott Ryan Wiehle
Vinson & Elkins
Trammel Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX 75201-2975

ATTORNEYS FOR DEFENDANT INTERNET REIT, INC.

By: /s/ Vincent Carissimi
Vincent V. Carissimi
Joanna J. Cline
Robert L. Hickok
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Alison C. Conlon
Michael R. Dockterman
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive
Suite 3000

Chicago, IL 60606-1229

ATTORNEYS FOR DEFENDANT DOTSTER, INC.

By: _Misty Martin/SDD_
Anastasios T. Foukas
Misty Rose Martin
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive
Chicago, IL 60606

Jeffrey Singer
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue Suite 200

ATTORNEYS FOR DEFENDANT SEDO, LLC