## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Lead Plaintiffs,<br><br>　v.<br><br>GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 07 CV 3371<br>§<br>§<br>§ Honorable Blanche M. Manning<br>§<br>§ Magistrate Judge Geraldine Soat Brown<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF MOTION

TO:　　SEE ATTACHED SERVICE LIST

　　PLEASE TAKE NOTICE that on Tuesday, April 15, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manning, or his absence, before any other Judge who may be sitting in his stead, in Courtroom 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT IN LAW AND EQUITY**, which is hereby served upon you.

| | |
|---|---|
| Dated: <u>April 9, 2008</u> | Respectfully submitted,<br><br>/s/Robert M. Foote<br>Robert Foote, Esq. (#03214325)<br>Stephen W. Fung, Esq. (#06289522)<br>Mark A. Bulgarelli, Esq. (#06284703)<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First St., Suite 2<br>Geneva, IL 60134<br>Tel. No.: (630) 232-6333 |

Kathleen C. Chavez, Esq. (#6255735)
Chavez Law Firm, P.C.
28 North First St., Suite 2
Geneva, IL 60134

William J. Harte, Esq.
Dana Pesha, Esq.
William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL 60602

Benjamin G. Edelman, Esq.
Law Office of Benjamin Edelman
27a Linnaean Street
Cambridge, MA 02138
Tel. No.: (617) 359-3360

Bryan L Clobes, Esq.
Cafferty Faucher, LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

Nyran Rose Pearson, Esq.
Dominic J. Rizzi, Esq.
Cafferty Faucher LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

       I hereby certify that on April 9, 2008, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

| | |
|---|---|
| Brett A. August<br>baugust@pattishall.com | Kenneth P. Held<br>kheld@velaw.com |
| Michael H. Page<br>mhp@kvn.com | Steven Borgman<br>sborgman@velaw.com<br>jwarren@velaw.com |
| Mariah Moran<br>mmoran@stetleranduffy.com<br>edocket@stetleranduffy.com | steveborgman@gmail.com<br>yshumaker@velaw.com |
| Bradley L. Cohn<br>bcohn@pattishall.com | Aaron Daniel Van Oort<br>Avanoort@faegre.com |
| Alison Conlon<br>conlon@wildmanharrold.com<br>ecf-filings@wildmanharrold.com<br>hardt@wildmanharrold.com | Jonathan M. Cyrluk<br>cyrluk@stetleranduffy.com<br>edocket@stetleranduffy.com |
| Joseph Gratz<br>jgratz@kvn.com | Misty Martin<br>mmartin@smsm.com |
| Alexis Payne<br>aep@pattishall.com | Ronald Rothstein<br>rrothsstein@winston.com<br>ECF_CH@winston.com<br>mconroy@winston.com |
| Jeffrey Singer<br>jsinger@smsm.com | Scott R. Wiehle<br>swiehle@velaw.com |
| Michael R. Dockterman<br>dockterman@wildmanharrold.com<br>ecf-filings@wildmanharrold.com<br>eckertm@wildmanharrold.com | Joseph Duffy<br>jduffy@stetleranduffy.com<br>bdorgan@stetleranduffy.com<br>edocket@stetleranduffy.com |
| William J. Harte<br>wharte@williamharteltd.com<br>mccarey@williamharteltd.com | Dana Marie Pesha<br>dpesha@williamharteltd.com<br>mccarey@williamharteltd.com |

| | |
|---|---|
| Henry M. Baskerville<br>hbasker@stetleranduffy.com | Marlon Emile Lutfiyya<br>mlutfiyya@winston.com |
| Dominic J. Rizzi<br>drizzi@caffertyfaucher.com | Nyran Rose Pearson<br>npearson@faffertyfaucher.com |
| Thomas J. Wiegand<br>twiegand@winston.com | Anastasios T. Foukas<br>Afoukas@smsm.com |

    I certify that I have served the foregoing document by emailing a copy to the following individuals:

| | |
|---|---|
| Steven Atlee<br>SAtlee@winston.com | Vincent V. Carissimi<br>carissimiv@pepperlaw.com |
| Joanna J. Cline<br>clinej@pepperlaw.com | Robert J. Hickok<br>hickokr@pepperlaw.com |

                                                     s/Robert M. Foote