## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § | |
| | § | Civil Action No. 07 CV 3371 |
| Lead Plaintiffs, | § § | |
| | § | Honorable Blanche M. Manning |
| v. | § | |
| | § | Magistrate Judge Geraldine Soat Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, | § § § § § § | |
| | § | |
| Defendants. | § | |

### NOTICE OF MOTION

TO:     SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, April 15, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manning, or his absence, before any other Judge who may be sitting in his stead, in Courtroom 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION FOR LEAVE TO REFILE MOTION FOR PRELIMINARY INJUNCTIVE RELIEF AND SUPPLEMENT AND TO CONDUCT EXPEDITED LIMITED DISCOVERY**, which is hereby served upon you.

Dated: <u>April 9, 2008</u>                    Respectfully submitted,

                              <u>/s/Robert M. Foote</u>
                              Robert Foote, Esq. (#03214325)
                              Stephen W. Fung, Esq. (#06289522)
                              Mark A. Bulgarelli, Esq. (#06284703)
                              Foote, Meyers, Mielke & Flowers, LLC
                              28 North First St., Suite 2
                              Geneva, IL 60134
                              Tel. No.: (630) 232-6333

Kathleen C. Chavez, Esq. (#6255735)
Chavez Law Firm, P.C.
28 North First St., Suite 2
Geneva, IL  60134

William J. Harte, Esq.
Dana Pesha, Esq.
William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL 60602

Benjamin G. Edelman, Esq.
Law Office of Benjamin Edelman
27a Linnaean Street
Cambridge, MA 02138
Tel. No.: (617) 359-3360

Bryan L Clobes, Esq.
Cafferty Faucher, LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

Nyran Rose Pearson, Esq.
Dominic J. Rizzi, Esq.
Cafferty Faucher LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Brett A. August
baugust@pattishall.com

Michael H. Page
mhp@kvn.com

Mariah Moran
mmoran@stetlerandduffy.com
edocket@stetlerandduffy.com

Bradley L. Cohn
bcohn@pattishall.com

Alison Conlon
conlon@wildmanharrold.com
ecf-filings@wildmanharrold.com
hardt@wildmanharrold.com

Joseph Gratz
jgratz@kvn.com

Alexis Payne
aep@pattishall.com

Jeffrey Singer
jsinger@smsm.com

Michael R. Dockterman
dockterman@wildmanharrold.com
ecf-filings@wildmanharrold.com
eckertm@wildmanharrold.com

William J. Harte
wharte@williamharteltd.com
mccarey@williamharteltd.com

Kenneth P. Held
kheld@velaw.com

Steven Borgman
sborgman@velaw.com
jwarren@velaw.com
steveborgman@gmail.com
yshumaker@velaw.com

Aaron Daniel Van Oort
Avanoort@faegre.com

Jonathan M. Cyrluk
cyrluk@stetlerandduffy.com
edocket@stetlerandduffy.com

Misty Martin
mmartin@smsm.com

Ronald Rothstein
rrothsstein@winston.com
ECF_CH@winston.com
mconroy@winston.com

Scott R. Wiehle
swiehle@velaw.com

Joseph Duffy
jduffy@stetlerandduffy.com
bdorgan@stetlerandduffy.com
edocket@stetlerandduffy.com

Dana Marie Pesha
dpesha@williamharteltd.com
mccarey@williamharteltd.com

Henry M. Baskerville
hbasker@stetleranduffy.com

Marlon Emile Lutfiyya
mlutfiyya@winston.com

Dominic J. Rizzi
drizzi@caffertyfaucher.com

Nyran Rose Pearson
npearson@faffertyfaucher.com

Thomas J. Wiegand
twiegand@winston.com

Anastasios T. Foukas
Afoukas@smsm.com

I certify that I have served the foregoing document by emailing a copy to the following individuals:

Steven Atlee
SAtlee@winston.com

Vincent V. Carissimi
carissimiv@pepperlaw.com

Joanna J. Cline
clinej@pepperlaw.com

Robert J. Hickok
hickokr@pepperlaw.com

s/Robert M. Foote