# UNITED STATES DISTRICT COURT
# FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
# Eastern Division

Vulcan Golf, LLC, et al.

                Plaintiff,

v.                                      Case No.: 1:07−cv−03371
                                    Honorable Blanche M. Manning

Google Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Geraldine Soat Brown: At the parties' request, status hearing previously set for 4/15/08 at 9:45 a.m. is stricken and reset to 04/15/08 at 11:30 a.m. following the motion hearing before the District Judge. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.