# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Vulcan Golf, LLC, et al.

                     Plaintiff,

v.                                        Case No.: 1:07−cv−03371

                                            Honorable Blanche M. Manning

Google Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

        MINUTE entry before Judge Honorable Geraldine Soat Brown:In light of the District Judge's order of 04/14/08 staying discovery, status hearing set for 04/15/08 is stricken to be reset at a later time.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.