# EXHIBIT A

Dockets.Justia.com



Related Searches | Nike shoes | MP3s | Loans | Jobs | Music | Internet | Flowers | Shopping | Fitness | Education |

# NIKESSHOES.COM

Sponsored listings

## Dunks, Court Force & More
Shop Sneakers for Men & Women Get Unique Sneakers at Urban.
www.UrbanOutfitters.com

## Jordan Shoes $46.88
Jordan Shoes Bape Hoody Evisu Jeans Top Quality Team Service. Fast Ship
www.GetBestGear.com

## Shox shoes
200,000+ Shoes. Search Visually. Find shox shoes
Like.com/shox_shoes

## NikeAdidasJordan shoes
Supply you the best quality shoes and t-shirt soccer jerseys jeans
www.china-made-trade.com

## jordan shoes
Find Jordan 1-23 s Online On Sale From $69. Place Your Order Now!
Nisskicks.com/Jordan Shoes

## Dunks Sneakers
Bargain Prices, Smart Deals. Save on Dunks Sneakers!
Shopzilla.com

Language  English

### RELATED SEARCHES

» Nike shoes
» MP3s
» Loans
» Jobs
» Music
» Internet
» Flowers
» Shopping
» Fitness
» Education

Search

Done

start      Inbox - Microsoft Out...      Nikesshoes.com - nik...      1:05 PM

EXHIBIT B



**Fordmotors.com**
*What you need, when you need it*

| New Car Prices | Ford Dealerships | Ford Motor Company | Ford Truck | New Cars | Used Cars | Ford Dealers | Ford Parts |

English

*Related Searches:*

**Related Searches**

- New Car Prices
- Ford Dealerships
- Ford Motor Company
- Ford Truck
- New Cars

**Related Searches**

| New Car Prices | Ford Motor Company | Ford Parts |
| Ford Dealerships | Used Cars | Ford Dealer |
| Ford Truck | Ford Dealers | Mustang Ford |
| New Cars | | |

**Popular Categories**

| Finance | Travel | Home |
| Free credit report | Airline tickets | Foreclosures |
| Online Payment | Hotels | Houses For Sale |
| Credit Card Application | Car rental | Mortgage |
| Car Insurance | Flights | People Search |
| Health insurance | South Beach Hotels | Real Estate Training |

# EXHIBIT C



Mozilla Firefox 3 Beta 5

File   Edit   View   History   Bookmarks   Tools   Help

Smart Bookmarks   Latest Headlines   hotSler - Domain Search

http://angelinajolies.com/

**angelinajolies.com**

English

Related searches

Finance | Film | Home Entertainment | Pamela Anderson Video | Wallpaper Entertainment | Wall Paper | Britney Spears Poster

Related Searches

- **Finance**
- **Film**
- **Home Entertainment**
- **Pamela Anderson Video**
- **Wallpaper**

Sponsored Listings

**Chartering State Banks**
How feasible is your market? Attend a workshop in your Community
www.startabank.com

**Borrow More, Better Rates**
When trade receivables are insured, banks can lend more at better rates
www.eulerhermes.com/usa

**3 Stocks Set to Explode**
3 Penny Stocks Could Turn $200 Into $1.2 Million- Free Report...
www.PennySleuth.com/Stock_Report

**Stock Market**
Trade stocks, options, futures and Bonds online with optionsXpress.
optionsXpress.com

**Stock Quotes**
Find real-time & Free Stock Quotes and Stock Research.
SponsoredListingsAds.info

**Yahoo Finance Stock Quote**
Free Yahoo Finance Stock Quote info Find what you're looking for!
www.ixquick.com

Done

Start   Inbox - Microsoft Out...   Mozilla Firefox 3 Beta 5   1:17 PM

EXHIBIT D

| VulcnaGolf.com | Dotster, Google | Registered and Used After Complaint Filed |
|---|---|---|
| VulcanGolfClubs.com | Oversee.net, Google | Registered and Used After Complaint Filed, Deleted, Registered and Used After MTD Filed, Currently in use. |
| VulcanGolfTechnology.com | Oversee.net, Google | Registered and Used After Complaint Filed |
| VulconGolf.com | Oversee.net, Google | Registered and Used After Complaint Filed |
| VulganGolf.com | Dotster, Google | Registered and Used After MTD Filed |
| VulgonGolf.com | Dotster, Google | Registered and Used After MTD Filed |
| Vulcanogolf.com | Sedo, Google | Registered and Used Prior To and After Complaint Filed |
| **JOHN B. SANFILIPPO & SON, INC.** | | |
| wwwfishernuts.com | Dotster, Google | |
| fishersnuts.com | IREIT, Google | |
| fisherpeanuts.com | Dotster, Google | |
| fisherpeanut.com | Dotster, Google | |
| fishernutrecipes.com | Dotster, Google | |
| fischernuts.com | Oversee.net, Google | |
| wwwjbssinc.com | Oversee.net, Google | |
| johnsanfilliposons.com | Dotster, Google | |
| **BO JACKSON** | | |
| nobojackson.com | Sedo, Google | |
| aintnobojackson.com | Sedo, Google | |
| **BLITZ REALTY GROUP** | | |
| BlitzRealty.com | Oversee.net, Google | |

## F.    The Putative Class

66.    The Class of Plaintiffs (collectively, the "Class") consists of the owners of the Distinctive and Valuable Marks which have been infringed by one or more of the Defendants through the Deceptive Domain Scheme described herein.

## G.    Defendants



# Blitzrealty.com

What you need, when you need it

April 25, 2008 | Make an offer   English
Make this your homepage | Bookmark this page

Related Searches

Credit Card Application   Mortgage Quote   Las Vegas Real Estate   Geneva Illinois Homes For Sale   Homes   Blitz

Related Searches

**Credit Card Application**

**Mortgage Quote**

**Las Vegas Real Estate**

**Geneva Illinois Homes For Sale**

**Homes**

**Blitz**

**Nike**

**Vulcan**

**Car Insurance**

Popular Categories

**Finance**
Free credit report
Online Payment
Credit Card Application
Car Insurance
Health Insurance

**Travel**
Airline tickets
Hotels
Car rental
Flights
South Beach Hotels

**Home**
Foreclosures
Houses For Sale
Mortgage
People Search
Real Estate Training

Search:                    [ Search ]

| Defendant | Deceptive Domain |
|---|---|
| OVERSEE.NET/GOOGLE | NudeBoJackson.com<br>BoJacksonNaked.com<br>bltizrealtygrouphomes.com<br>fishernutsgiftbaskets.com<br>vulcanputters.com<br>wwwevonsnuts.com<br>wwwvulcongolf.com<br>bojackson.net<br>bojacksonelitesports.com |
| Unnamed Parking Company/Google (Google has already notified this parking company using the domain and name servers cnomy.com for other domains in the complaint) | BlitzRealtyGeneva.com<br>BlitzRealtyGroupIllinois.com<br>BlitzRealtyGrup.com<br>BoJacksonNude.com<br>BoJacksonSex.com<br>BoJacksonPorn.com<br>NakedBoJackson.com<br>bojacksonjersies.com<br>bojacksonposters.com<br>bojacksonshirts.com<br>chefsnaturals.com<br>fisherchefsnaturals.com<br>fishernutsonline.com<br>jbssinc.com<br>saladbuddies.com<br>buyfishernuts.com<br>evvonsnuts.com<br>fisherflavortree.com<br>fisherfusions.com<br>fishernutscompany.com<br>fishernutsjobs.com<br>jobsfishernuts.com<br>jobsjbssinc.com<br>johnbsanfilliposandsons.com<br>orderfishernuts.com<br>vulgangolf.com<br>salladbuddies.com<br>saladbuddies.com<br>vulcingolf.com<br>vulcengolf.com<br>buyevonsnuts.com<br>blitzrealtygrop.com<br>bojacksonpics.com |
| SEDO/GOOGLE | Jbssi8nc.com |



# BOJACKSONJERSIES.COM

Sponsored listings

Related Searches  Bisexual Sex | Shemale Video | Sex Swinger | Asian Blow Job | Bbw Sex | Blow Job Video | Oral Sex | Cam Sex | Party Sex Toy | Adult Personals |

Related Searches  Bisexual Sex | Shemale Video | Sex Swinger | Asian Blow Job | Bbw Sex | Blow Job Video | Oral Sex | Cam Sex | Party Sex Toy | Adult Personals |

**RELATED SEARCHES**

- Bisexual Sex
- Shemale Video
- Sex Swinger
- Asian Blow Job
- Bbw Sex
- Blow Job Video
- Oral Sex
- Cam Sex
- Party Sex Toy
- Adult Personals



EXHIBIT E

# BUYFISHERNUTS.COM

Sponsored listings

Related Searches: Bisexual Sex | Shemale Video | Sex Swinger | Asian Blow Job | Bbw Sex | Blow Job Video | Oral Sex | Cam Sex | Party Sex Toy | Adult Personals |

**RELATED SEARCHES**

- Bisexual Sex
- Shemale Video
- Sex Swinger
- Asian Blow Job
- Bbw Sex
- Blow Job Video
- Oral Sex
- Cam Sex
- Party Sex Toy
- Adult Personals

Related Searches: Bisexual Sex | Shemale Video | Sex Swinger | Asian Blow Job | Bbw Sex | Blow Job Video | Oral Sex | Cam Sex | Party Sex Toy | Adult Personals |



EXHIBIT F

The domain realtyblitz.com is for sale. To purchase, call BuyDomains.com at 781-839-7903 or 866-866-2700.



# realtyblitz.com

| RELATED SEARCHES: | Sponsored listings: |
|---|---|
| Realty | **Real Estate Mls**<br>View Homes for Sale Nationwide! MLS, New Houses, & Foreclosures.<br>www.HomeListings-USA.com |
| Real Estate Agent | |
| Realtor | |
| MLS Listing | **Realty Listings**<br>Find Realty Listings by City, Area or Zip. Free Service & No Hassles.<br>www.my-homem-price.com |
| MLS | |
| Property Management Software | **Realty**<br>Free Online Real Estate Search to buy the home of your dreams.<br>www.Move.com |
| Registered Agent | |
| Broker | **See Homes for Sale**<br>Free Custom Home Listings Emails Photos Included, No Obligation<br>www.JustListed.com |
| Colorado | |
| Realtor Web Site | |
| Agent Dallas Estate Gay Real | **Residential Property**<br>Search 1000's of Residential Property Listings For Sale/Lease.<br>www.LoopNet.com |
| Coldwell Banker Real Estate | |
| Houston | **Monster Realty & Rentals**<br>Real Estate Professionals Property Management & HOA Services<br>www.monsterrealtc.net |
| Indianapolis | |

**FREE Property Listings**
Reach thousands of new buyers! An Online Real Estate Community





bojacksonfootball.com - Mozilla Firefox 3 Beta 5

File   Edit   View   History   Bookmarks   Tools   Help

http://searchportal.information.com/index.msa?tpl=0112006ZUs9PCiAUXUMVu3BUv3HUqehCi4FVigV43RZU6ZXVgqTQ4tUuAtUav3ZBjxZDA3BOVsNBZ

Smart Bookmarks    Latest Headlines

bojacksonfootball.com

# bojacksonfootball.com
### Well, you need a design too!

| Throwback Jerseys | Baseball Memorabilia | Football Jerseys | Nfl Jerseys | Nfl Apparel | Basketball Jerseys | Football Tickets | Basketball Uniforms |

English

Related Searches:
**Basketball Uniforms**

Bookmark this page | Make this my homepage

## Related Searches

- Throwback Jerseys
- Baseball Memorabilia
- Football Jerseys
- Nfl Jerseys
- Nfl Apparel

**Related Searches**

| | | |
|---|---|---|
| Throwback Jerseys | Football Jerseys | Basketball Uniforms |
| Baseball Memorabilia | Basketball Jerseys | Football |
| Nfl Jerseys | Football Tickets | Hockey Jerseys |
| Nfl Apparel | | |

**Popular Categories**

| Finance | Travel | Home |
|---|---|---|
| Free credit report | Airline tickets | Foreclosures |
| Online Payment | Hotels | Houses For Sale |
| Credit Card Application | Car rental | Mortgage |
| Car Insurance | Flights | People Search |
| Health insurance | South Beach Hotels | Real Estate Training |

Done

start    Inbox - Microsoft Out...    bojacksonfootball.co...    bojacksonfootball.co...    Fri, 25 Apr 2008  16:19:29



# Mailvulcangolf.com

Related Searches

| Discount Golf Clubs | Golf Clubs | Online Training | Golf Equipment | Discount Golf Equipment | Golf Vacation | Distance Learning |

## Related Searches

**Discount Golf Clubs**
- Online Training
- Golf Vacation
- Online Book Store
- Computer Training
- Management Training

**Golf Clubs**
- Discount Golf Clubs
- Discount Golf Equipment
- Golf Training Aids
- Real Estate Training
- Basketball Tickets
- Colleges

**Golf Equipment**
- Golf Equipment
- Distance Learning
- Online Computer Training
- Map
- Business
- Art Gallery

### Popular Categories

**Travel**
- Airline tickets
- Hotels
- Car rental
- Flights
- South Beach Hotels

**Business**
- Employment
- Work from home
- Reorder Checks
- Used Cars
- Business Opportunities

**Entertainment**
- Games
- Casino
- Music
- Cell Phones
- Ringtones

**Finance**
- Free credit report
- Online Payment
- Credit Card Application
- Car Insurance
- Health Insurance

**Home**
- Foreclosures
- Houses For Sale
- Mortgage
- People Search
- Real Estate Training

**Lifestyle**
- Dating
- Christian Singles
- Jewish Singles
- Engagement Rings
- Chat

Search [        ] [ Search ]

English
April 15, 2008

Related Searches: Discount Golf Clubs | Golf Clubs | Online Training | Golf Equipment | Discount Golf Equipment | Golf Vacation | Distance Learning

Done

Start    | Inbox - Microsoft Out... | Fisgenuts.com - Fis ... | fishetnuts.com - Mozil...    Fri, 25 Apr 2008  17:20:07

fishetnuts.com - Mozilla Firefox 3 Beta 5

File  Edit  View  History  Bookmarks  Tools  Help

http://searchportal.information.com/index.msq?epi=00J-300-1-4||sFX1Y1AIXUM4J3FUR1YOi-h.aE0WQg-QOO5NJ2FQPFSGA1MJ

Smart Bookmarks    Latest Headlines

fishetnuts.com



**Fishetnuts.com**
*What you need, when you need it*

English ▼

Search:

[Search]

*Related Searches*

● Flowers
● Gift Baskets
● Gourmet Gift Basket
● Gourmet Popcorn
● Christmas Gift Basket
● Free Recipes
● Wholesale Gift
● Cheap Flower
● Free Recipe

*Related Searches*

● Unique Gift
● Diamonds
● Home Decor
● Pet Products
● Cheap Flowers
● Recipes

Related Searches:  Pet Products | Cheap Flowers | Recipes | Wholesale | Laptops | Dog Treats



# Fisgernuts.com

*What you need, when you need it*

English ▼

Search:

[ Search ]

### Related Searches

- Engagement Ring
- Stock Prices
- Gourmet Popcorn
- Flowers
- Gift Baskets
- Cheap Laptops
- Gourmet Gift Basket
- Christmas Gift Basket
- Free Recipe

### Related Searches

- Oil Paintings
- Wholesale Gift
- Cheap Laptop
- Laptops
- Drivers
- Home Decor

Related Searches: Laptops | Drivers | Home Decor | Catalogs | Make Money | Dog Treats

Mozilla Firefox 3 Beta 5

File  Edit  View  History  Bookmarks  Tools  Help

Smart Bookmarks  Latest Headlines

http://buyfishernuts.com/

http://buyfishernuts.com/

# BUYFISHERNUTS.COM

Sponsored listings

Related Searches  Bisexual Sex | Shemale Video | Sex Swinger | Asian Blow Job | Bbw Sex | Blow Job Video | Oral Sex | Cam Sex | Party Sex Toy | Adult Personals |

Related Searches  Bisexual Sex | Shemale Video | Sex Swinger | Asian Blow Job | Bbw Sex | Blow Job Video | Oral Sex | Cam Sex | Party Sex Toy | Adult Personals |

**RELATED SEARCHES**

- Bisexual Sex
- Shemale Video
- Sex Swinger
- Asian Blow Job
- Bbw Sex
- Blow Job Video
- Oral Sex
- Cam Sex
- Party Sex Toy
- Adult Personals

