# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. | : | |
| SANFILIPPO & SON, INC., | : | |
| BLITZ REALTY GROUP, INC., | : | |
| and VINCENT E. "BO" JACKSON, | : | Case No. 07 CV 3371 |
| Individually and on Behalf of All | : | |
| Others Similarly Situated, | : | Judge Manning |
| | : | |
| Plaintiffs, | : | Magistrate Judge Brown |
| | : | |
| v. | : | |
| | : | |
| GOOGLE INC., OVERSEE.NET, | : | |
| SEDO LLC, DOTSTER, INC., AKA | : | |
| REVENUEDIRECT.COM, | : | |
| INTERNET REIT, INC. d/b/a IREIT, INC., | : | |
| and JOHN DOES I-X, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF MOTION

TO:     SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **May 1, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manning, or in her absence, before any other Judge who may be sitting in her stead, in Courtroom 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants' Agreed Joint Motion For Leave To File Brief In Excess Of Page Limitation,** which is hereby served upon you.
.

Respectfully submitted,

   /s/  Alison C. Conlon
One of the Attorneys for *Dotster, Inc.*

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229

Dockets.Justia.com

Vincent V. Carissimi
Robert L. Hickok
Joanna J. Cline
Pepper Hamilton LLP
3000 Two Logan Square, 18th & Arch Streets
Philadelphia, Pennsylvania 19103-2799

_/s/ Mariah E. Moran_____
One of the Attorneys for *Google, Inc.*

Joseph J. Duffy
Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, Illinois 60603

Michael H. Page
Joseph C. Gratz
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111-1704

Aaron D. Van Oort
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

__/s/ Jeffrey Singer_____ _____
One of the Attorneys for *Sedo, LLC*

Jeffrey Singer
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 South Wacker Drive, Suite 5500
Chicago, Illinois 60606

__/s/ Thomas J. Wiegand_____
One of the Attorneys for *Oversee.net*

Thomas J. Wiegand
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

Andrew P. Bridges
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, California 94111

Steven D. Atlee
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071

_/s/_Brett A. August_____ _____
One of the Attorneys for *Internet Reit, Inc.*

Brett A. August
Alexis E. Payne
Pattishall, McAuliffe, Newbury, Hilliard &
  Geraldson LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60613

Steven R. Borgman
Kenneth P. Held
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, Texas 77002-6760

Dated: April 28, 2008

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on April 28, 2008, a true and correct copy of the foregoing **Defendants' Agreed Joint Motion For Leave To File Brief In Excess Of Page Limitation** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

      /s/ Alison C. Conlon                              
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Phone:  (312) 201-2000
Fax:      (312) 201-2555

Attorney for *Dotster, Inc., aka RevenueDirect.com*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SON, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, | : : : : : : | Case No. 07CV3371  Judge Manning |
| Plaintiffs, | : : : | Magistrate Judge Brown |
| v. | : : | |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, | : : : : : : | |
| Defendants. | : | |

## Service List

Robert M. Foote
Stephen William Fung
Foote, Meyers, Mielke & Flowers LLC
28 North First Street, Suite 2
Geneva, IL  60134
(630) 232-6333
Email: rmf@foote-meyers.com
Email: sfung@foote-meyers.com

**For Plaintiff**

Kathleen Currie Chavez
Chavez Law Firm P.C.
28 North First Street, #2
Geneva, IL 60134
(630) 232-4480
Email: gkeg4@aol.com

**For Plaintiff**

William J. Harte
Dana M. Pesha
Williams J. Harte, Ltd.
111 W. Washington Street
Suite 1100
Chicago, IL  60603
(312) 726-5015
wharte@williamharteltd.com
dpesha@williamharteltd.com

**For Plaintiff**

Dom J. Rizzi
Nyran Rose Pearson
Cafferty Faucher LLP
30 North LaSalle Street
Suite 3200
Chicago, IL  60602
(312)782-4880
drizzi@caffertyfaucher.com
npearson@caffertyfaucher.com

**For Plaintiff**

4

Bryan L. Cloes
Cafferty Faucher LLP
1717 Arch Street
Suite 3610
Philadelphia, PA  19103
215-864-2800

**For Plaintiff**