# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SON, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, <br><br> Defendants. | Case No. 07CV3371 <br><br> Judge Manning <br><br> Magistrate Judge Brown |

## DEFENDANTS' CONSOLIDATED MOTION TO DISMISS
## THE THIRD AMENDED CLASS ACTION COMPLAINT

Defendants Google, Inc. ("Google"), Oversee.net ("Oversee"), Sedo LLC ("Sedo"), Dotster, Inc., aka RevenueDirect.com ("Dotster"), and Internet Reit, Inc. d/b/a Ireit, Inc. ("Ireit") (collectively "Defendants"), jointly move pursuant to this Court's Order of April 14, 2008 to dismiss with prejudice Plaintiffs' RICO (Counts I-III); unjust enrichment (Count XII); and conspiracy (Count XIII) claims in the Third Amended Class Action Complaint ("TAC"); as well as Plaintiffs' claim under Section 32 of the Lanham Act as to Bo Jackson (Count V); Plaintiffs' dilution claim as to Blitz Realty (Count VII); and portions of Plaintiffs' claim for interference with prospective economic advantage (Count XI); for the reasons set forth in the Consolidated Memorandum of Law filed contemporaneously with this Motion and incorporated herein by reference. In support of this Motion, Defendants state as follows:

  1.  This is a purported class action brought by four plaintiffs who allege that they own various distinctive or valuable trademarks. As they have done since filing their initial complaint on June 15, 2007, Plaintiffs allege that the Defendants infringe Plaintiffs' trademarks

by alleged "cybersquatting" and seek various kinds of relief under a laundry list of theories. Defendants have moved to dismiss each of the iterations of Plaintiffs' claims.

2.  On March 20, 2008, this Court granted Defendants' Motion to Dismiss the following claims, but granted leave to replead: (1) RICO; (2) trademark infringement as to Plaintiff Jackson; (3) dilution of trademark as to Plaintiff Blitz; (4) Illinois Consumer Fraud and Deceptive Trade Practices Act ("ICFDTPA"); (5) declaratory judgment; (6) intentional interference with current economic advantage; (7) unjust enrichment; and (8) civil conspiracy. *Vulcan Golf, LLC v. Google Inc.*, 2008 U.S. Dist. LEXIS 22155, at *85 (N.D. Ill. Mar. 20, 2008).

3.  On April 18, 2008, Plaintiffs filed their Third Amended Complaint ("TAC") which re-alleges the same counts as the (First) Amended Complaint, minus the counts for violation of the ICFDTPA and declaratory judgment, and with an additional RICO count under 18 U.S.C. § 1962(a).

4.  Plaintiffs' TAC fails to remedy the problems which led this Court to dismiss its predecessor. As set forth more fully in the Memorandum of Law in Support of the Consolidated Motion to Dismiss filed contemporaneously with this Motion, Plaintiffs' RICO (Counts I-III); unjust enrichment (Count XII); and conspiracy (Count XIII) counts should be dismissed with prejudice as suggested by the Court's March 20 opinion and order. Plaintiffs' claim under Section 32 of the Lanham Act as to Bo Jackson (Count V); Plaintiffs' dilution claim as to Blitz Realty (Count VII); and portions of Plaintiffs' claim for interference with prospective economic advantage (Count XI) also should be dismissed with prejudice by reason of Plaintiffs' failure on their third try to cure the legal defects in those claims.

WHEREFORE, Defendants respectfully request that this Court grant their Consolidated Motion to Dismiss and dismiss with prejudice the RICO (Counts I-III); unjust enrichment (Count XII); conspiracy (Count XIII); Lanham Act as to Bo Jackson (Count V); dilution as to Blitz Realty (Count VII); and portions of the interference with prospective economic advantage (Count XI) claims and award Defendants such other and further relief as the Court deems just.

Dated: May 2, 2008            Respectfully submitted,

| /s/ Mariah E. Moran | /s/ Thomas J. Wiegand |
|---|---|
| One of the Attorneys for ***Google, Inc.*** | One of the Attorneys for ***Oversee.net*** |

| | |
|---|---|
| Joseph J. Duffy | Thomas J. Wiegand |
| Jonathan M. Cyrluk | Ronald Y. Rothstein |
| Mariah E. Moran | Marlon E. Lutfiyya |
| Stetler & Duffy, Ltd. | Winston & Strawn LLP |
| 11 South LaSalle Street | 35 West Wacker Drive |
| Suite 1200 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | |
| | Andrew P. Bridges |
| Michael H. Page | Winston & Strawn LLP |
| Joseph Gratz | 101 California Street |
| Keker & Van Nest LLP | Suite 3900 |
| 710 Sansome Street | San Francisco, California 94111 |
| San Francisco, California 94111-1704 | |
| | Steven D. Atlee |
| Aaron D. Van Oort | Winston & Strawn LLP |
| Faegre & Benson LLP | 333 South Grand Avenue |
| 2200 Wells Fargo Center | 38th Floor |
| 90 South Seventh Street | Los Angeles, California 90071 |
| Minneapolis, Minnesota 55402 | |

| /s/ Jeffrey Singer | /s/ Michael Dockterman |
|---|---|
| One of the Attorneys for ***Sedo, LLC*** | One of the Attorneys for ***Dotster, Inc.*** |

| | |
|---|---|
| Jeffrey Singer | Michael Dockterman |
| Misty R. Martin | Alison C. Conlon |
| Segal McCambridge Singer & Mahoney | Wildman, Harrold, Allen & Dixon LLP |
| Sears Tower | 225 West Wacker Drive |
| 233 South Wacker Drive | Suite 2800 |
| Suite 5500 | Chicago, Illinois 60606-1229 |
| Chicago, Illinois 60606 | |
| | Vincent V. Carissimi |
| | Robert L. Hickok |
| | Joanna J. Cline |
| | Pepper Hamilton LLP |
| | 3000 Two Logan Square |
| | 18th & Arch Streets |
| | Philadelphia, Pennsylvania 19103-2799 |

   /s/ Brett A. August
One of the Attorneys for ***Internet Reit, Inc.***

Brett August
Bradley Cohn
Alexis Payne
Pattishall, McAuliffe, Newbury, Hilliard &
   Geraldson LLP
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60613

Steve Borgman
Kenneth P. Held
Vinson & Elkins LLP
2500 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

Scott Ryan Wiehle
Vinson & Elkins
2001 Ross Avenue
Suite 3700
Dallas, Texas 75201-2975

# CERTIFICATE OF SERVICE

       The undersigned certifies that on May 2, 2008, a true and correct copy of the foregoing **DEFENDANTS' CONSOLIDATED MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    /s/ Michael Dockterman
Michael Dockterman
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, Illinois 60606-1229
Phone: (312) 201-2000
Fax: (312) 201-2555
Email: dockterman@wildman.com

Attorney for *Dotster, Inc., aka RevenueDirect.com*