Vulcan Golf, LLC v. Google Inc. et al						Doc. 165 Att. 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SON, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, | : : : : : : | |
| | | Case No. 07CV3371 |
| Plaintiffs, | | |
| | : | Judge Manning |
| v. | : | |
| | : | Magistrate Judge Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, | : : : : : | |
| Defendants. | : | |

## NOTICE OF FILING

TO:    All Counsel of Record

**PLEASE TAKE NOTICE THAT** on Friday, May 2, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, **Defendants' Consolidated Motion to Dismiss The Third Amended Class Action Complaint** and **Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss The Third Amended Class Action Complaint**, copies of which are hereby served upon you.

Respectfully submitted,

Dated: May 2, 2008                              /s/ Michael Dockterman

                                                      Michael Dockterman
                                                      Alison C. Conlon
                                                      Wildman, Harrold, Allen & Dixon LLP
                                                      225 West Wacker Drive – Suite 2800
                                                      Chicago, Illinois  60606-1229

Dockets.Justia.com

<div style="margin-left: 50%;">
Vincent V. Carissimi  
Robert L. Hickok  
Joanna J. Cline  
Pepper Hamilton LLP  
3000 Two Logan Squire  
18th & Arch Streets  
Philadelphia, Pennsylvania  19103-2799
</div>

| /s/ Mariah E. Moran | /s/ Thomas J. Wiegand |
|---|---|
| One of the Attorneys for *Google, Inc.* | One of the Attorneys for *Oversee.net* |

| | |
|---|---|
| Joseph J. Duffy | Thomas J. Wiegand |
| Jonathan M. Cyrluk | Ronald Y. Rothstein |
| Mariah E. Moran | Marlon E. Lutfiyya |
| Henry M. Baskerville | Winston & Strawn LLP |
| Stetler & Duffy, Ltd. | 35 West Wacker Drive |
| 11 South LaSalle Street – Suite 1200 | Chicago, Illinois  60601-9703 |
| Chicago, Illinois  60603-1203 | (312) 558-5600 |
| (312) 338-0200 | Email: twiegand@winston.com |
| Email: jduffy@stetleranduffy.com | Email: rrothstein@winston.com |
| Email: cyrluk@stetleranduffy.com | Email: mlutfiyya@winston.com |
| Email: mmoran@stetleranduffy.com | |
| Email: hbasker@stetleranduffy.com | Andrew P. Bridges |
| | Winston & Strawn LLP |
| Michael H. Page | 101 California Street |
| Joseph C. Gratz | Suite 3900 |
| Keker & Van Nest LLP | San Francisco, California |
| 710 Sansome Street | |
| San Francisco, California  9411 | Steven D. Atlee |
| (415) 391 5400 | Winston & Strawn LLP |
| Email: mhp@kvn.com | 333 South Grand Avenue |
| Email: jgratz@kvn.com | 38th Floor |
| | Los Angeles, California  90071 |
| Aaron D. Van Oort | |
| Faegre & Benson LLP | |
| 2200 Wells Fargo Center | |
| 90 South Seventh Street | |
| Minneapolis, Minnesota  55402 | |
| (612) 766-6000 | |
| Email:  avanoort@faegre.com | |

| /s/ Brett A. August | /s/ Jeffrey Singer |
|---|---|
| One of the Attorneys for *Internet Reit, Inc.* | One of the Attorneys for *Sedo, LLC* |

Brett A. August
Bradley L. Cohn
Alexis E. Payne
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive
Suite 5000
Chicago, IL 60606
(312) 554-8000
Email: baugust@pattishall.com
Email: bcohn@pattishall.com
Email: aep@pattishall.com

Steven R. Borgman
Kenneth P. Held
Vinson & Elkins LLP
1001 Fannin Street
Suite 2500
Houston, TX 77002
(713) 758 4353
Fax: (713) 615-5758
Email: sborgman@velaw.com
Email: kheld@velaw.com

Scott Ryan Wiehle
Vinson & Elkins
Trammel Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX 75201-2975
(214) 220-7700
Email: swiehle@velaw.com

Jeffrey Singer
Misty R. Martin
Anastasios T. Foukas
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive – Suite 5500
Chicago, Illinois 60606
(312) 645-7800
Fax: (312) 645-7711
Email: jsinger@smsm.com
Email: mmartin@smsm.com
Email: afoukas@smsm.com