# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SON, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, | : : : : : : | |
| | | Case No. 07CV3371 |
| Plaintiffs, | | |
| | : | Judge Manning |
| v. | : | |
| | : | Magistrate Judge Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, | : : : : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

TO:   All Counsel of Record

**PLEASE TAKE NOTICE THAT** on Friday, May 2, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, **Defendants' Consolidated Motion to Dismiss The Third Amended Class Action Complaint** and **Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss The Third Amended Class Action Complaint**, copies of which are hereby served upon you.

Respectfully submitted,

Dated:  May 2, 2008                                                  /s/ Michael Dockterman

Michael Dockterman
Alison C. Conlon
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive – Suite 2800
Chicago, Illinois  60606-1229

|  |  |
|---|---|
|  | Vincent V. Carissimi<br>Robert L. Hickok<br>Joanna J. Cline<br>Pepper Hamilton LLP<br>3000 Two Logan Squire<br>18th & Arch Streets<br>Philadelphia, Pennsylvania  19103-2799 |
|    /s/ Mariah E. Moran<br>One of the Attorneys for *Google, Inc.* |    /s/ Thomas J. Wiegand<br>One of the Attorneys for *Oversee.net* |
| Joseph J. Duffy<br>Jonathan M. Cyrluk<br>Mariah E. Moran<br>Henry M. Baskerville<br>Stetler & Duffy, Ltd.<br>11 South LaSalle Street – Suite 1200<br>Chicago, Illinois  60603-1203<br>(312) 338-0200<br>Email: jduffy@stetleranduffy.com<br>Email: cyrluk@stetleranduffy.com<br>Email: mmoran@stetleranduffy.com<br>Email: hbasker@stetleranduffy.com | Thomas J. Wiegand<br>Ronald Y. Rothstein<br>Marlon E. Lutfiyya<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois  60601-9703<br>(312) 558-5600<br>Email: twiegand@winston.com<br>Email: rrothstein@winston.com<br>Email: mlutfiyya@winston.com |
| Michael H. Page<br>Joseph C. Gratz<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California  9411<br>(415) 391 5400<br>Email: mhp@kvn.com<br>Email: jgratz@kvn.com | Andrew P. Bridges<br>Winston & Strawn LLP<br>101 California Street<br>Suite 3900<br>San Francisco, California |
| Aaron D. Van Oort<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota  55402<br>(612) 766-6000<br>Email:  avanoort@faegre.com | Steven D. Atlee<br>Winston & Strawn LLP<br>333 South Grand Avenue<br>38th Floor<br>Los Angeles, California  90071 |

| /s/ Brett A. August | /s/ Jeffrey Singer |
|---|---|
| One of the Attorneys for *Internet Reit, Inc.* | One of the Attorneys for *Sedo, LLC* |

| | |
|---|---|
| Brett A. August | Jeffrey Singer |
| Bradley L. Cohn | Misty R. Martin |
| Alexis E. Payne | Anastasios T. Foukas |
| Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP | Segal, McCambridge, Singer & Mahoney |
| 311 South Wacker Drive | 233 South Wacker Drive – Suite 5500 |
| Suite 5000 | Chicago, Illinois 60606 |
| Chicago, IL 60606 | (312) 645-7800 |
| (312) 554-8000 | Fax: (312) 645-7711 |
| Email: baugust@pattishall.com | Email: jsinger@smsm.com |
| Email: bcohn@pattishall.com | Email: mmartin@smsm.com |
| Email: aep@pattishall.com | Email: afoukas@smsm.com |

Steven R. Borgman
Kenneth P. Held
Vinson & Elkins LLP
1001 Fannin Street
Suite 2500
Houston, TX 77002
(713) 758 4353
Fax: (713) 615-5758
Email: sborgman@velaw.com
Email: kheld@velaw.com

Scott Ryan Wiehle
Vinson & Elkins
Trammel Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX 75201-2975
(214) 220-7700
Email: swiehle@velaw.com