# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Lead Plaintiffs, <br><br> v. <br><br> GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 07 CV 3371 ) ) ) ) Honorable Blanche M. Manning ) ) Magistrate Judge Geraldine Soat Brown ) ) ) ) ) ) ) ) |

## APPENDIX TO MOTION FOR PRELIMINARY INJUNCTION

A. Motion for Preliminary Injunction

B. Supplement to Motion for Preliminary Injunctive Relief

C. August 2, 2007 Screenshot of wwwvulcangolf.com

D. August 13, 2007 e-mail to Defendants

E. September 11, 2007 Screenshot of www.vulcangolfclubs.com

F. October 17, 2007 Screenshot of www.Vulcongolf.com

G. Additional Screenshots listed on page 5

H. Additional Screenshots listed in chart on page 5