# EXHIBIT "A"

Dockets.Justia.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. | § | |
| SANFILIPPO & SONS, INC., | § | |
| BLITZ REALTY GROUP, INC., | § | |
| and VINCENT E. "BO" JACKSON, | § | |
| Individually and on Behalf of All | § | |
| Others Similarly Situated, | § | Civil Action No. 07 CV 3371 |
| | § | |
| Lead Plaintiffs, | § | |
| | § | Honorable Blanche M. Manning |
| v. | § | |
| | § | Magistrate Judge Geraldine Soat Brown |
| GOOGLE INC., OVERSEE.NET, | § | |
| SEDO LLC, DOTSTER, INC., AKA | § | |
| REVENUEDIRECT.COM, | § | |
| INTERNET REIT, INC. d/b/a IREIT, INC., | § | |
| and JOHN DOES I-X, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**MOTION FOR PRELIMINARY INJUNCTION**

Class Plaintiffs, individually and on behalf of the putative class, file this Motion for Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.

**I.    INTRODUCTION**

1.    Defendants' ongoing and intentional use and monetization of Deceptive Domains, and associated misconduct (as set forth more fully in the First Amended Complaint (hereinafter "FAC")), has necessitated this Motion for Preliminary Injunctive Relief.  Further, Defendant Google's and Defendant Domain Sponsor's use and monetization of Deceptive Domains that are obscene and pornographic (incorporating Class Plaintiff "Bo Jackson" in the domain name) and, that contain shockingly elicit, offensive, obscene and pornographic words, images, and advertisements require immediate injunctive relief to prevent further irreparable harm to the

1

good reputation of Class Plaintiff Bo Jackson.  Likewise, pornographic and obscene Domain Names that contain putative class members' Distinctive and Valuable Marks are equally injurious to their goodwill, reputations, business and personal property.  Such conduct must be stopped.

2.    Since the filing of the FAC, Class Plaintiffs have both verbally (at the Rule 26 Conference and over the telephone) and in writing, demanded that Defendants cease monetization and use of Deceptive Domains that infringe upon the Class Plaintiffs' and putative class members' Distinctive and Valuable Marks.  After repeated and continued ongoing violations, on October 4, 2007 Class Plaintiffs made a final warning to Defendants to once again cease use and monetization of Deceptive Domains or Class Plaintiffs would be forced to seek Court intervention.  *See Attached Correspondence Between The Parties, Exhibit "A"*.

3.    In response to Class Plaintiffs' October 4, 2007 correspondence, Defendants once again made insincere agreements to cease use and monetization of Deceptive Domains that infringe upon the Distinctive and Valuable Marks belonging to Class Plaintiffs[1], apparently doing so in a calculated attempt to prevent Class Representatives from seeking this Court's intervention.

4.    However, despite repeated verbal and written assurances, Defendants have not stopped use and monetization of Deceptive Domains, but rather, they continue to brazenly taste, register, use, engage in cybersquatting, cyberpiracy, typosquatting, hijacking of traffic, monetization of Deceptive Domains and other clearly injurious and illegal conduct that damages Class Plaintiffs' and the putative class members' property and reputations.  Defendants continue

---

1.    Defendants even made false representations to this Court that they had ceased use and monetization of Deceptive Domains infringing upon Class Plaintiffs' Distinctive and Valuable Marks. *See Google Motion to Dismiss, 2, 5.*

said conduct on an outrageous scale, with millions of violations occurring just since the filing of the FAC.

5.      Defendant Google and Defendant Domain Sponsor have placed obscene and pornographic advertisements on pornographic/obscene Deceptive Domains containing Class Plaintiff Bo Jackson's good name, including:   BoJacksonNude.com; BoJacksonSex.com; BoJacksonPorn.com; xxxbojackson.com; bojacksonxxx.com; and bojacksonsporn.com.   *See attached Exhibit "B".*

6.      Following are just a few examples of Deceptive Domains used and monetized since November 13, 2007 by the Defendants:

> BlitzRealtyGrup.com
> BoJacksonNude.com
> BoJacksonSex.com
> BoJacksonPorn.com
> buyfishernuts.com
> vulgangolf.com
> vulcingolf.com
> vulcengolf.com
> blitzrealtygrop.com
> bojacksonsporn.com
> vulkangolf.com
> bojacksonxxx.com
> xxxbojackson.com
> bojacksonpics.com

The screenshots associated with these Deceptive Domains are attached hereto as *Exhibit "B".*

7.      To demonstrate the sheer egregiousness and deception of Defendants, Class Plaintiffs have chosen to identify Deceptive Domains registered and monetized by Defendants in the very short period since the filing of their Reply Memorandums on November 13, 2007. There are many additional examples that Class Plaintiffs can provide the Court, if desired.  Since

November 13, 2007, one or more of the Defendants have registered and monetized the Deceptive

Domains shown in *Exhibit "C"*.

        8.      Defendants' outrageous conduct, requiring preliminary injunctive relief, includes,

but is not limited to:

        A.    Generating revenue from obscene, elicit, offensive, and pornographic advertisements on Deceptive Domains containing Class Representative Bo Jackson's name, <u>after</u> the filing of the FAC and <u>after</u> the date Defendants represented to this Court (in their briefings in support of their motions to dismiss) that they had ceased monetizing Deceptive Domains that infringe on Class Plaintiffs' Distinctive and Valuable Marks;

        B.    Continued tasting, registration, cybersquatting, typosquatting, kiting, cyberpiracy, monetization and use of Deceptive Domains, and other conduct as alleged in more detail in the FAC, on an ongoing and continuous basis, despite representations to this Court and the Class Plaintiffs that they would and have ceased said conduct; and

        C.    Just since November 13, 2007, the date of Defendants' filing of Reply Memorandums in Support of their Motions to Dismiss, Defendants have registered and monetized **43** Deceptive Domains that blatantly infringe on Class Representatives' Distinctive and Valuable Marks and thousands of Deceptive Domains infringing on the class members' Distinctive and Valuable Marks.

        9.      The nature of the injuries being suffered by Class Plaintiffs and the putative class

(loss of goodwill, reputation, customers, confusion, dilution, etc.), in conjunction with the highly

obscene/offensive/pornographic advertisements placed on many Deceptive Domains, results in

irreparable harm and makes legal remedies inadequate, thus necessitating preliminary injunctive

relief.

**II.**     **<u>DECEPTIVE DOMAINS USED SINCE FILING OF COMPLAINT</u>**

        10.     Each of the above Deceptive Domains share the following common

characteristics:

        i.    Parked Domains (as defined in ¶83.v. of First Amended Complaint);

ii.  Advertising Only/Non-Content sites;

iii.  Domain names in which Defendants have no legitimate business, legal, property, or commercial right;

iv.  Domain Names that contain all or a significant portion of Class Plaintiffs' business or personal names; and

v.  Each Deceptive Domain generates revenue that is used, distributed and shared by Defendants, as set forth in the Deceptive Domain Scheme alleged in the FAC.

11.    Five of the above Deceptive Domains contain highly offensive, elicit, obscene and pornographic language, images, and advertisements both in the Domain Name itself, and on the associated website: Bojacksonsex.com, Bojacksonporn.com, Bojacksonnude.com, NudeBojackson, and BoJacksonNaked.com.

## III.    INJURY TO THE CLASS REPRESENTATIVES

12.    Each Plaintiff owns Distinctive and Valuable Marks that they are entitled to have protected, as plead in the FAC.  (FAC ¶¶22, 27, 31, 36, 66.)

13.    Defendants are, and have been, aware that Class Plaintiffs are the rightful owners of the Distinctive and Valuable Marks.

14.    Defendants knowingly disregard Class Plaintiffs' rights and interests.

15.    Class Plaintiffs are each suffering irreparable harm as a direct and proximate result of Defendants' use and monetization of Deceptive Domains that infringe their Distinctive and Valuable Marks, cyberpiracy, cybersquatting, typosquatting, tasting, kiting, hijacking/redirecting internet traffic away from Class Plaintiffs, and other such illegal conduct as set forth in more detail in the FAC.

16.    Class Plaintiff Bo Jackson has and is suffering irreparable harm to his reputation, good name, and the goodwill associated with his name by Defendants' monetization of

offensive/pornographic Deceptive Domains (containing his name) with elicit, offensive, obscene and pornographic advertisements, including but not limited to:   Teen Pornography, Gay Pornography, Ethnic Pornography (Asian, Black, etc.), "Big Tits," "XXX," "Cheap Porn," "Eva Longoria Nude." *See Exhibit "B."*

17.    Class Plaintiff Bo Jackson does not condone, authorize, or support in any way the sexual exploitation of teens, exploitation of famous people such as "Eva Longoria," exploitation of and promotion of ethnic and racial pornography/obscenities, exploitation of female or male sexuality and degradation of humans through any form of pornography, elicit, and/or obscene material.

18.    Class Plaintiff Bo Jackson did not grant any of the Defendants any rights, licenses, permission, or otherwise support, condone or accept the association of his good name with the highly offensive, obscene, pornographic and elicit material and advertisements on the Deceptive Domains containing the "Bo Jackson" name.

19.    Class Plaintiff Bo Jackson has not been compensated or received any income from the registration, use, and /or monetization of said Deceptive Domains.

20.    There is no adequate remedy at law for the injury to reputation, goodwill, distress and humiliation that Defendant Google and Defendant Domain Sponsor are currently causing Plaintiff Bo Jackson by associating his good name with shocking and offensive obscene material.

21.    All Defendants routinely generate money from use of elicit/obscene/pornographic Deceptive Domains and the placement of obscene and pornographic internet advertisements on Deceptive Domains without the consent or permission of the rightful owner.

## IV.    **INJURY TO THE PUTATIVE CLASS**

22.    Like Class Representatives, each putative class member is and continues to suffer

6

irreparable harm as a direct and proximate result of Defendants' use and monetization of

Deceptive Domains that infringe upon their Distinctive and Valuable Marks, cyberpiracy,

cybersquatting, typosquatting, kiting, tasting, hijacking/redirecting internet traffic away from

Class Plaintiffs, and other illegal conduct as set forth in more detail in the FAC.

23.    Injury and damage to goodwill, reputation, mark value, lost business, diversion of

internet traffic and other such injuries can be difficult to measure, and therefore result in

irreparable harm.

24.    Defendants' ongoing illegal conduct, even since the filing of the FAC, is

egregious and implicates the rights and property of hundreds of thousands of putative class

members.  Just a few examples follow (screenshots of said Deceptive Domains are provided in

*Exhibit "D"*):

| Deceptive Domain | Defendants | Category of Mark | Class Member |
|---|---|---|---|
| BrittneySpears.info | SEDO/GOOGLE | Famous Person | Brittney Spears |
| JustinTimberlake.info | SEDO/GOOGLE | Famous Person | Justin Timberlake |
| expressfshion.com | GOOGLE | Retail Store | Express Fashion |
| applecomputers.com | GOOGLE | Software/PC Manufacturing | Apple |
| sonie.com | SEDO/GOOGLE | Electronics | Sony |
| panasoni.com | GOOGLE | Electronics | Panasonic |
| Guci.com | GOOGLE | Retail Store | Gucci |
| tmobilde.de | SEDO/GOOGLE | Wireless Provider | Tmobile |
| Wii-fitness.co.uk | SEDO/GOOGLE | Video Game Systems | Nintendo |
| Tompetty.info | SEDO/GOOGLE | Famous Person | Tom Petty |
| samscloub.com | OVERSEE | Retail Store | Sam's Club |
| tmewarnercable.com | OVERSEE | Cable Network | Time Warner |
| myspaced.com | IREIT | Social Network | Myspace |
| 2meninatruck.com | DOTSTER | Moving Company | 2 men and a truck |
| diesny.com | DOMAIN SPONSOR | Entertainment | Disney |

25.    Even at this early pre-discovery stage in this litigation, there are literally

thousands of additional Deceptive Domains that Class Plaintiffs can provide the Court, if the

Court so desires, that all share the following common characteristics:

    i.  Parked Domains;

   ii.  Advertising Only/Non-Content sites;

  iii.  Domain names in which Defendants have no legitimate business, legal, property, or commercial right;

  iv.  Domain Names that contain all or a significant portion of Class Plaintiffs' business or personal names; and

   v.  Each Deceptive Domain generates revenue that is used, distributed and shared by Defendants, as set forth in the Deceptive Domain Scheme alleged in the FAC.

## V.  **LEGAL STANDARD**

26.    Class Plaintiffs seek a preliminary injunction against all Defendants pursuant to Rule 65 of the Federal Rules of Civil Procedure. Fed.R.Civ.P. 65. A party seeking a preliminary injunction must demonstrate that it has some likelihood of success on the merits, that there is no adequate remedy at law, and that it will suffer irreparable harm if the injunction is not granted. *Am. Gen. Corp. v. DaimlerChrysler Corp.*, 311 F.3d 796, 803 (7th Cir. 2002); *see also Ty, Inc. v. Jones Group, Inc.*, 237 F.3d 891, 895 (7th Cir. 2001). The Seventh Circuit set forth the applicable standard requiring moving parties: "need only demonstrate at the preliminary injunction stage that it has a 'better than negligible' chance of succeeding on the merits so that injunctive relief would be justified." *Id.*

27.    Preliminary injunctions are appropriate when serious questions are raised and the balance of hardships tips sharply in the moving party's favor. *Sun Microsystems, Inc. v. Microsoft Corp.*, 188 F.3d 1115, 1119 (9th Cir. 1999); *Southwest Voter Registration Educ. Project v. Shelley*, 344 F.3d 914, 917 (9th Cir. 2003).

28.    Preliminary injunctions are often granted in Lanham Act cases involving trademark violations due to the inadequacy of legal remedy for such hard to quantify damages

(loss of goodwill, diversion of business, reputation, etc.). *See Abbott Labs. v. Mead Johnson & Co.*, 971 F.2d 6, 11 (7th Cir. 1992); *International Kennel Club of Chicago, Inc. v. Mighty Star, Inc.*, 846 F.2d 1079, 1084 (7th Cir. 1988); *Ty, Inc. v. Jones Group, Inc.*, 237 F.3d 891 (7th Cir. 2001) citing *Brookfield Communications, Inc. v. West Coast Entm't Corp.*, 174 F.3d 1036, 1045 (9th Cir. 1999) (where the Court explained "[u]sing another's trademark in one's metatags is much like posting a sign with another's trademark in front of one's store" (*Brookfield*, 174 F.3d, at 1064)).

29.    Further, the necessity of preliminary injunctive relief is well-recognized in cybersquatting cases under the Lanham Act, 15 U.S.C. §1115(d). *See Shields v. Zuccarini*, 89 F. Supp. 2d 634, 54 U.S.P.Q.2d (BNA) 1166, 1172 (E.D. Pa. 2000), subs proceedings 2000 WL 1056400 and 2000 WL 1053884 (E.D. Pa. 2000), both aff'd 254 F.3d 476, 59 U.S.P.Q.2d 1207, 1213 (3rd Cir. 2001); *1-800 Contacts, Inc. v. WhenU.com*, 309 F. Supp. 2d 467, 69 U.S.P.Q.2d (BNA) 1337, 195 A.L.R. Fed. 641 (S.D. N.Y. 2003); *Northern Light Technology v. Northern Lights Club*, 97 F. Supp. 2d 96 (D. Mass. 2000), aff'd, 236 F.3d 57 (1st Cir. 2001), cert. denied, 533 U.S. 911, 121 S.Ct. 2263, 150 L. Ed. 2d 247 (2001); *Porsche Cars North America, Inc. v. Spencer*, 55 U.S.P.Q.2d (BNA) 1026, 1032, 2000 WL 641209 (E.D. Cal. 2000); *Advance Magazine Publishers Inc. v. Vogue Intern.*, 123 F. Supp. 2d 790, 801 (D. N.J. 2000); *Electronics Boutique Holdings Corp. v. Zuccarini*, 56 U.S.P.Q.2d (BNA) 1705, 2000 WL 1622760 (E.D. Pa. 2000) (where the court explained that: "It is impossible to determine the number of potential and existing customers diverted from EB's website by Mr. Zuccarini's domain misspellings. A user-friendly website is important to EB's online success. There must be as few steps, or clicks, as possible between initially accessing EB's website and the completion of the transaction, as each computer click represents a significant amount of time. Those who get lost in the advertisements

9

may abandon their intention to purchase from EB.  Others simply may never find EB's website.

These customers may not only be discouraged from shopping at EB online, but may also be

discouraged from shopping at EB's outlets in person as well.  Furthermore, it is impossible to

calculate the loss of reputation and goodwill caused by Mr. Zuccarini's domain misspellings.

…"); *DaimlerChrysler v. The Net, Inc.,* 388 F.3d 201, 203 (6th Cir. 2004), citing *Sporty's Farm*

*L.L.C. v. Sportsman's Market, Inc.,* 202 F.3d 489, 493 (2nd Cir. 2000).

30.    Each Class Plaintiff, as well as the putative class members, will suffer irreparable

injury if this Court does not require Defendants to immediately cease registration, tasting, kiting,

use and monetization of the Deceptive Domains.  *See Larson v. Galliher,* 2007 WL 81930 (D.

Nev. 2007).

31.    **REASONABLE SUCCESS ON THE MERITS:**

A.    Defendants have registered and monetized Deceptive Domains that are

identical to, or confusingly similar to, Class Plaintiffs' Distinctive and Valuable Marks, without

Class Plaintiffs' consent. See 15 U.S.C. §1114(a).  This Court can make a simple comparison of

the name of the Deceptive Domain and Class Plaintiffs' trademarks/distinctive/valuable marks

rather than an assessment of the context in which each is used or the content of the offending

website. *HER, Inc. v. RE/MAX First Choice, LLC* 468 F. Supp. 2d 964 (S.D. Ohio 2007), citing

*Northern Light Technology v. Northern Lights Club,* 97 F. Supp. 2d 96, 117 (D. Mass. 2000);

B.    Defendants violate 15 U.S.C. §1125(d), by their actions in (1) registering,

trafficking in, or using Deceptive Domains that are identical to, or confusingly similar to,

distinctive and valuable marks owned by Class Plaintiffs and/or the class; and (2) committing the

acts with the bad faith intent to profit from Class Plaintiff's marks. *See Rosati's Franchise Sys.,*

*Inc. v. Rosati,* 2006 WL 163145, at *5 (N.D. Ill. 2006) (citing 15 U.S.C. §1125(d)(1)).  Each of

the Deceptive Domains alleged herein are:

    i.  Parked Domains;

    ii.  Advertising Only/Non-Content sites;

    iii.  Domain names in which Defendants have no legitimate business, legal, property, or commercial right;

    iv.  Domain Names that contain all or a significant portion of Class Plaintiffs' business or personal names; and

    v.  Each Deceptive Domain generates revenue that is used, distributed and shared by Defendants, as set forth in the Deceptive Domain Scheme alleged in the FAC.

    C.    Defendants' use of the Deceptive Domains was done with the bad faith intent to profit in violation of 15 U.S.C. §1125(d)(1)(B)(i), in so much as Defendants had no prior use of the domain names for a bona fide offering of goods or services.  See *Victoria's Secret Stores v. Artco Equipment Co., Inc.,* 194 F. Supp. 2d 704, 722 (S.D. Ohio 2002), quoting *E. & J. Gallo Winery v. Gallo Cattle Co.,* 12 U.S.P.Q.2d 1657, 1675 (E.D. Cal. 1989) ("a presumption of bad faith arises in a situation such as this where 'the senior user's trademark is famous in the marketplace and where the junior user was aware of the trademark and of its fame....  In these cases, it is inferrable that the junior user adopted the mark for the purpose of profiting from the aura of goodwill surrounding the senior user's mark.'");

    D.    Additionally, Defendants intend to divert consumers from Class Plaintiffs' and the Putative Class Members' online location to a site accessible under the Deceptive Domain that could harm Class Plaintiffs' and the Putative Class Members' goodwill, reputation, commercial gain, create a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the site, and otherwise damage Class Plaintiffs' and the Putative Class Members' business and property;

E.     Defendants routinely offer to transfer, sell, or otherwise assign Deceptive Domains to the mark owner or any third party for financial gain without having used, or having an intent to use, the domain name in the bona fide offering of any goods or services, or the person's prior conduct indicating a pattern of such conduct;

F.     Defendants routinely provide material and misleading false contact information when applying for registration of Deceptive Domains, and/or intentionally fail to maintain accurate contact information;

G.     Defendants engage in a widespread scheme that involves the registration, tasting, acquisition, monetization, and use of multiple domain names which the Defendants know are identical or confusingly similar to marks of others that are distinctive and valuable for the express purpose of generating advertising revenue from diverted traffic and confusion;

H.     Defendants otherwise act in a manner that demonstrates bad faith intent to commercially profit from the unauthorized use of Deceptive Domains in violation of 15 U.S.C. §1125(d)(1)(B)(i);

I.     Defendants' actions in generating, collecting, transacting in, sharing, and distributing the revenue from their unlawful conduct establishes a RICO violation;

J.     As alleged in detail in the FAC and the Motions to Dismiss, Defendants' use of the internet, electronic transmission, common electronic programs, mails and wire are among the several predicate acts that are undisputed and will form the foundation for RICO liability;

K.     The FAC contains abundant factual allegations supporting and demonstrating a high likelihood of success on each of the alleged legal claims; and

L.     The attached screenshots and specific identification of Deceptive Domains (including Defendants' concerted and intentional unauthorized use and monetization of those

Deceptive Domains) is sufficient to establish liability under each Count of the Complaint.

32.    **NO ADEQUATE REMEDY AT LAW EXISTS**:  The very nature of Class Plaintiffs' and the putative class members' injuries/damages makes it difficult to assess damages associated with loss of goodwill, reputation, prospective business, diverted internet traffic, etc., and, therefore, such damages are considered to have no adequate remedy at law, and to be irreparable (often involving trademark/Lanham Act claims).  *See, e.g., Promatek Indus., Ltd. v. Equitrac Corp.,* 300 F.3d 808, 813 (7th Cir. 2002); *Gateway Eastern Ry. Co. v. Terminal R.R. Ass'n of St. Louis,* 35 F.3d 1134, 1140 (7th Cir. 1994).  Courts in this Circuit have held likewise for cybersquatting claims.  *International Profit Associates, Inc. v. Paisola*, 461 F.Supp.2d 672 (N.D. Ill. 2006).  It is obvious that there is no adequate remedy at law for Class Plaintiff Bo Jackson's unauthorized association with lewd, obscene, offensive and pornographic words, images, and advertisements.  Without question, the balance of hardships tips in favor of Class Plaintiffs and the Putative Class because the preliminary injunction will essentially merely place the infringing Deceptive Domains on "hold" or "block" the use and monetization of said domains pending trial (at most causing Defendants to lose some advertising revenue that they are not entitled to anyway), whereas failure to issue the injunction will cause Class Plaintiffs and the Class to suffer and incur continued lost goodwill, dilution, embarrassment, loss of reputation, loss of business, and related property, personal and business damage.

33.    **THE INJUNCTION WILL NOT HARM THE PUBLIC INTEREST**:  The public interest will be served by requiring Defendants to comply with the law and cease and desist making money from the illegal and unauthorized use of Class Plaintiffs' and the putative class members' property.  "The public interest is always served by requiring compliance with Congressional statutes such as the Lanham Act and by enjoining the use of infringing marks."

*Quantum Fitness Corp. v. Quantum LifeStyle Centers, L.L.C.,* 83 F. Supp. 2d 810, 832 (S.D. Tex. 1999). Notably, injunction was expressly contemplated by Congress as a remedy for trademark infringement. *See* 15 U.S.C. §1125(c)(1); *Pet Silk, Inc. v. Jackson,* 481 F. Supp. 2d 824, 834 (S.D. Tex. 2007).

34. Class Plaintiffs understand that this litigation is in its early pre-discovery stages. However, the damage and injuries being sustained by Class Plaintiffs and the putative class members are irreparable in nature. Unfortunately, Defendants refuse to voluntarily cease said conduct and have chosen blatant disregard for the law, in order to reap the financial benefits of their misconduct.

## VI.   CONCLUSION

35. Defendants are responsible for running their business operations legally, in a manner that complies with federal and state law. Defendants have a duty to design and maintain their programs, systems and operations in a fashion that ensures compliance with the law, respect for the property rights of other citizens, and avoids the taking and use of rights/property that does not belong to Defendants. Like any other business, the responsibility to act legally lies with Defendants. If they cannot run their businesses without myriad ongoing violations, then the internet advertising and monetization aspect of their business must cease. If Defendants are not willing to voluntarily implement the available and appropriate blocking and filtering technologies, or if they posit that such technologies cannot be reasonably employed in their respective current business models/operations, than said operations must end.

## VII.   PRAYER FOR RELIEF

WHEREAS, Defendants refuse to cease and desist their illegal conduct detailed herein and in the FAC, without Court intervention, Class Plaintiffs respectfully request that this Court

enter a Preliminary Injunction against all Defendants, granting relief as follows:

1.  All Defendants ordered to immediately cease and desist tasting, kiting, registration, monetization, sale, trafficking in, cybersquatting, typosquatting, cyberpiracy, and/or other use of Deceptive Domains that infringe on the Class Plaintiffs' and the Putative Class Members' Distinctive and Valuable Marks;

2.  Defendant Google ordered to provide the Court with the domain name and associated reports (traffic statistics, revenue statistics, etc.) of every domain name that has displayed Google controlled advertising, participated in its AdSense for Domains program, been used to generate revenue from advertisements, and/or has otherwise been monetized by Google;

3.  All other Defendants ordered to provide the Court with the domain name and associated reports (traffic statistics, revenue statistics, etc.) of every domain name under their ownership, license, or control that has displayed Google controlled advertisements, participated in the Google AdSense for Domains program, been used to generate revenue from internet advertisements, and/or has otherwise been monetized by one or more of the Defendants;

4.  All Defendants ordered to immediately implement Court-approved, appropriate blocking and filtering technology to prevent use and monetization of Deceptive Domains and the other illegal conduct alleged in the FAC;

5.  If one or more of the Defendants cannot implement appropriate blocking and filtering technologies, those Defendants shall be enjoined from all internet advertising and other monetization of any domains until an appropriate blocking and filtering system can be implemented and approved by the Court;

6.  Order a constructive trust over all revenue generated by any of the Defendants from the use and/or monetization of Deceptive Domains;

7.  Sanction Defendants for their blatant misrepresentations to this Court that they have stopped the registration, use, and monetization of Deceptive Domains that infringe upon Class Plaintiffs;

8.  Award reasonable attorneys' fees and costs associated with the filing of this Motion; and

9.  Award any and all such other relief as this Court deems just and appropriate.

FOOTE, MEYERS, MIELKE & FLOWERS, LLC

By: _/s/ Robert M. Foote_____
        One of Their Attorneys

15

Robert M. Foote, Esq. #03214325
Stephen W. Fung, Esq. #06289522
Mark A. Bulgarelli, Esq. #06284703
Foote, Meyers, Mielke & Flowers, LLC
28 North First St.
Suite 2
Geneva, IL 60134
630-232-6333

Kathleen C. Chavez, Esq. #06255735
Chavez Law Firm, P.C.
28 North First St.
Suite 2
Geneva, IL  60134
630-232-4480

William J. Harte, Esq.
Dana Pesha, Esq.
Joan M. Mannix, Esq.
William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL 60602
312-726-5015

Benjamin G. Edelman, Esq.
Law Office of Benjamin Edelman
27a Linnaean Street
Cambridge, MA 02138
617-359-3360

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, | § § § § § § | |
| | § | Civil Action No. 07 CV 3371 |
| Lead Plaintiffs, | § § | |
| v. | § § | Honorable Blanche M. Manning |
| | § | Magistrate Judge Geraldine Soat Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, | § § § § § § § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Brett A. August
baugust@pattishall.com

Michael H. Page
mhp@kvn.com

Mariah Moran
mmoran@stetlerandduffy.com
edocket@stetlerandduffy.com

Janelle M. Carter
jcarter@winston.com
ECF_CH@winston.com

Kenneth P. Held
kheld@velaw.com

Steven Borgman
sborgman@velaw.com
jwarren@velaw.com
steveborgman@gmail.com
yshumaker@velaw.com

Bradley L. Cohn
bcohn@pattishall.com

Alison Conlon
conlon@wildmanharrold.com
ecf-filings@wildmanharrold.com
hardt@wildmanharrold.com

Jonathan M. Cyrluk
cyrluk@stetlerandduffy.com
edocket@stetlerandduffy.com

Joseph Gratz
jgratz@kvn.com

Misty Martin
mmartin@smsm.com

Alexis Payne
aep@pattishall.com

Ronald Rothstein
rrothsstein@winston.com
ECF_CH@winston.com
mconroy@winston.com

Jeffrey Singer
jsinger@smsm.com

Anastasios Foukas
afoukas@smsm.com

Scott R. Wiehle
swiehle@velaw.com

Michael R. Dockterman
dockterman@wildmanharrold.com
ecf-filings@wildmanharrold.com
eckertm@wildmanharrold.com

Joseph Duffy
jduffy@stetlerandduffy.com
bdorgan@stetlerandduffy.com
edocket@stetlerandduffy.com

William J. Harte
wharte@williamharteltd.com
mccarey@williamharteltd.com

Dana Marie Pesha
dpesha@williamharteltd.com
mccarey@williamharteltd.com

Scott Ryan Wiehle
swiehle@velaw.com

Aaron Van Oort
mavanoort@faegre.com

I certify that I have served the foregoing document by emailing a copy to the following individuals:

Steven Atlee
SAtlee@winston.com

Vincent V. Carissimi
carissimiv@pepperlaw.com

Joanna J. Cline
clinej@pepperlaw.com

Robert J. Hickok
hickokr@pepperlaw.com

s/Robert M. Foote

# EXHIBIT "B"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § | Civil Action No. 07 CV 3371 |
| Lead Plaintiffs, | § § § | Honorable Blanche M. Manning |
| v. | § § | Magistrate Judge Geraldine Soat Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, | § § § § § § § | |
| Defendants. | § | |

## SUPPLEMENT TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Class Plaintiffs respectfully submit this Supplement to Plaintiffs' Motion for Preliminary Injunctive Relief, and in so doing states as follows:

1.    This supplementary filing is necessitated by Defendants' outrageous conduct since the filing of the original Motion for Preliminary Injunctive Relief, which includes: (1) New registrations, tasting, monetization and other use of Deceptive Domains belonging to and/or infringing on Class Plaintiffs' Distinctive and Valuable Marks, (2) Continued use and monetization of Deceptive Domains identified in the Motion for Preliminary Injunctive Relief and correspondence from Class Counsel; and (3) New monetization with *pornographic* advertisements of Deceptive Domains infringing upon Class Plaintiff JBSS. Defendants have blatantly and willfully engaged in the ongoing unauthorized use and monetization, despite

1

repeated notice and the January 3, 2008 filing of the Motion for Preliminary Injunctive relief.

### a. Pornographic Monetization

2.       Defendant Google continues to brazenly disregard their obligations to comport with the law.  Even after the filing of the Motion for Injunctive Relief, they chose to *expand* their monetization of Deceptive Domains with pornographic advertisements beyond Class Plaintiff Bo Jackson to Class Plaintiff JBSS (Fisher Nuts parent company).  Defendant Google monetized the Deceptive Domain www.foshernuts.com (just 1 character deviation from Class Plaintiff JBSS's website www.fishernuts.com) with pornography advertisements.   *Copy of Screenshots are attached hereto as Exhibit A.*

3.       Defendant Google willfully and intentionally generated revenue from the use and monetization (with pornography ads) of the Deceptive Domain www.foshernuts.com, in blatant disregard for the reputation, goodwill, or interests of Class Plaintiff JBSS.

4.       As with Class Plaintiff Bo Jackson, Class Plaintiff JBSS has and is suffering irreparable harm to its reputation, good name, and the goodwill associated with its company by Defendants' monetization of Deceptive Domains with said explicit, offensive, obscene and pornographic advertisements.

5.       Class Plaintiff JBSS does not condone the degradation of humans through any form of pornography, explicit, and/or obscene material.  Class Plaintiff JBSS's Fisher Nuts is in the wholesome business of selling nut products nationwide.  Association with pornography, in any manner, is injurious to its business and reputation.

6.       Class Plaintiff JBSS did not grant any of the Defendants any rights, licenses, permission, or otherwise support, condone or accept the association of its products, good name, goodwill, companies, or other business property and assets with the highly offensive, obscene,

pornographic and explicit material and advertisements on monetized Deceptive Domains containing pornography ads.

7.      Class Plaintiff JBSS has not been compensated or received any income from the advertisements and obscenities associated with pornography ads on Deceptive Domains.

8.      There is no adequate remedy at law for the injury to reputation, goodwill, business, and property that Defendants are causing Plaintiff JBSS by associating its good name with shocking and offensive obscene material.

9.      Defendant Google routinely generates revenue from obscene and pornographic internet advertisements placed on Deceptive Domains without the consent or permission of the rightful owner.  Its actions against Class Plaintiffs Bo Jackson and JBSS are illustrative of its common and substantially similar misconduct toward millions of putative class members.

10.     Without immediate Court intervention, Defendant Google's continued blatant misconduct and disregard for the rights of Class Plaintiffs and the putative class members will unfortunately continue.   In fact, Defendant Google's most recent new monetization with pornographic ads of www.foshernuts.com is demonstrative of its intentions to continue and expand its unauthorized and illegal conduct.

**b. Deceptive Domains Still In Use and New Deceptive Domains**

11.     Defendants continue to use Deceptive Domains contained in the Motion for Injunctive Relief even after the January 3, 2008 filing of the Motion.

12.     Defendants further register, taste, kite, monetize and otherwise use New Deceptive Domains subsequent to the January 3, 2008 filing of the Motion for Injunctive Relief, including but not limited to:

3

| Domain Name | Parking Company | Date Registered |
|---|---|---|
| vulcaingolf.com | Google/Unnamed | Jan. 10, 2008 |
| wwwblitzrealtygroup.com | Google/Unnamed | Jan. 12, 2008 |
| blitzrealtygroupagents.com | Google/Unnamed | Jan. 12, 2008 |
| Fihsernuts.com | Google/Unnamed | Jan. 15, 2008 |
| jbssiinc.com | Google/Unnamed | Jan. 15, 2008 |
| bojacksoncars.com | Google/Unnamed | Jan. 15, 2008 |
| Fisherntus.com | Google/Unnamed | Jan. 15, 2008 |
| fisshernuts.com | Google/DomainSponsor | Jan. 20, 2008 |
| fishernuts.com | Google/DomainSponsor | Jan. 20, 2008 |
| bojacksoncleats.com | Google/Unnamed | Jan. 19, 2008 |
| Fishernurs.com | Google/DomainSponsor | Jan. 20, 2008 |
| foshernuts.com<br>foshernuts.com | Google/DomainSponsor<br>Google/Unnamed<br>*note foshernuts.com was used at 2 parking companies Domainsponsor first and then an unnamed parking company for porn ads | Jan. 20, 2008 |
| Vulcangolfgifts.com | Google/DomainSponsor | Jan. 20, 2008 |
| bojacksontrainershoe.com | Google/Sedo | Jan. 24, 2008 |
| Bitzrealtygroup.com | Google/Unnamed | Jan. 23, 2008 |
| bojacksonfootballs.com | Google/Unnamed | Jan. 22, 2008 |
| bojacksonbaseballcamp.com | Google/Unnamed | Jan. 21, 2008 |
| bojacksonfootballcamp.com | Google/Unnamed | Jan. 22, 2008 |
| bojacksonsfootballcamp.com | Google/Unnamed | Jan. 21, 2008 |
| boojackson.com | Google/Unnamed | Jan. 23, 2008 |
| fishernutssales.com | Google/DomainSponsor | Jan. 19, 2008 |
| fisherspeanuts.com | Google/DomainSponsor | Jan. 18, 2008 |
| fishernuuts.com | Google/Unnamed | Jan. 24, 2008 |
| mailfishernuts.com | Google/Unnamed | Jan. 23, 2008 |

## c. Continued Tasting and Kiting of Deceptive Domains

13.    Defendant Google and the other Defendants continue to "taste," "kite," use and monetize tasted domains. Tasting and kiting of domains is a process where Defendant Google and the other Defendants exploit the Add Grace Period ("AGP" is the five day period from registration of a domain where certain registrars can delete a domain at no cost) by registering millions of temporary sites and then monetizing those sites with advertisements.

4

14.    A large majority of the "tasted" and "kited" domains are Deceptive Domains that infringe upon Class Plaintiffs and the putative class members' Distinctive and Valuable marks. For example, www.bojacksontrainershoe.com is a Deceptive Domain that Defendant Sedo tasted and, in conjunction with Defendant Google, monetized and shared the resultant revenue.

15.    Tasting and kiting allow Defendants to generate revenue (largely from the unauthorized use and monetization of Deceptive Domains) without paying for the Deceptive Domain or maintaining the Deceptive Domain past the AGP period (5 days). By deleting the name during the five day period, Defendants willfully attempt to conceal their connection to the illegal use and monetization of Deceptive Domains.

16.    As part of the Deceptive Domain Scheme set forth in the First Amended Complaint ("FAC"), Defendants engage in a domain tasting cycle where the exact same Deceptive Domains are repeatedly tasted, monetized, and deleted. The tasting cycle perpetuates the deception and fraud, and involves generally Defendants' actions to:    register domains, monetize the registered domains for the 5 day AGP period, delete the domains during the AGP period, reregister the exact same domains, remonetize the exact same domains, and again delete the exact same domains during the AGP period. The cycle is ongoing and occurs with respect to millions of domains. Defendants routinely generate revenue and transact in the revenue from said tasting cycle.

17.    Defendants generate millions of dollars during each five day period from monetizing tasted domains, many of which are Deceptive Domains. Defendants are using tasting as a lucrative revenue generating component of the Deceptive Domain Scheme set forth in Class Plaintiffs' First Amended Complaint.

18.    Despite Class Plaintiffs' FAC, Motion for Preliminary Injunctive Relief, and requests by Class Counsel to Defendants, Defendants persist in tasting Deceptive Domains. Illustrative of Defendants' ongoing tasting is the list of New Deceptive Domains just since January 3, 2008 set forth in the Chart in Paragraph 11 herein.

19.    Class Plaintiffs have requested that Defendants cease use and monetization of tasted domains, cease use and monetization of Deceptive Domains, and have provided Defendants with lists and examples of such. Nevertheless, Defendants continue to use and monetize tasted domains even after Class Plaintiffs' filing of this action, notice to Defendants, and the filing of the Motion for Preliminary Injunctive Relief.

20.    Defendants continued conduct even since the filing of the Motion for Preliminary Injunctive Relief, demonstrates that they are committed to continued use and monetization of tasted domains.

21.    Defendants should be enjoined from monetizing domains during the five (5) day Add Grace Period ("AGP"). Specifically, Defendants should be enjoined from placing advertisements, or generating revenue from advertisements, on Deceptive Domains that are less than five days old.

**d. Conclusion**

22.    In addition to the above lists of Deceptive Domains directly related to Class Plaintiffs, Defendants are continuing to transact in revenue generated from use and monetization of millions of Deceptive Domains adversely impacting all class members.

23.    Defendants' continued refusal to block Deceptive Domains from their respective systems, continued monetization and transaction in revenue derived from Deceptive Domains,

and Defendants' unwillingness to take reasonable action to prevent further violations demonstrates the willfulness of their conduct and necessity for injunctive relief.

24.     Defendants each have an affirmative duty to operate their respective businesses legally. If Defendants cannot engage in a particular business activity without violating the law, then said business activity must cease. In this instance, if Defendants cannot engage in the business of "internet advertising" without the blatant and widespread exploitation, use and monetization of Deceptive Domains that belong to/infringe upon the rights and property of Class Plaintiffs and the putative class, then Defendants have no option but to stop internet advertising. Defendants bear the duty and obligation to run their businesses legally and with respect for the rights and property of other businesses, individuals, and entities.

WHEREFORE, Class Plaintiffs respectfully request that this Court enter a Preliminary Injunction against all Defendants, granting relief as follows:

a. Enjoining Defendants from placement of advertising on, use, monetization, and/or conduct resulting in the generation of revenue on domains less than five (5) days old;

b. All Defendants ordered to immediately cease and desist tasting, registration, monetization, sale, trafficking in, or other use of Deceptive Domains that infringe on the Class Representatives' and the Putative Class Members' Distinctive and Valuable Marks;

c. Defendant Google ordered to provide the Court with the domain name and associated reports (traffic statistics, revenue statistics, etc.) of every domain name (including "tasted domains") that has displayed Google controlled advertising, participated in its AdSense for Domains program, or otherwise been used to generate revenue from advertisements;

d. All other Defendants ordered to provide the Court with the domain name and associated reports (traffic statistics, revenue statistics, etc.) of every domain name that they have tasted, kited, are under their ownership, license, or control, or that they have received any revenue from the displayed of Google controlled advertisements, participated in the Google AdSense for Domains program, or has otherwise been used to generate revenue from internet advertisements;

7

e.  All Defendants ordered to immediately implement Court-approved, appropriate blocking and filtering technology to prevent use and monetization of Deceptive Domains;

f.  If one or more of the Defendants cannot implement appropriate blocking and filtering technologies, enjoin those Defendants from all internet advertising until an appropriate blocking and filtering system can be implemented;

g.  Order a constructive trust over all revenue generated by any of the Defendants from the monetization of Deceptive Domains;

h.  Sanction Defendants for their blatant misrepresentations to this Court that they have stopped the registration, use, and monetization of Deceptive Domains that infringe upon Class Plaintiffs;

i.  Award reasonable attorneys' fees and costs for the filing of this Motion; and

j.  Award any and all such other relief as this Court deems just and appropriate.


Respectfully Submitted,

By: /s/ Robert M. Foote
    One of Their Attorneys


Robert M. Foote, Esq. #03214325
Stephen W. Fung, Esq. #06289522
Mark A. Bulgarelli, Esq. #06284703
Foote, Meyers, Mielke & Flowers, LLC
28 North First St.
Suite 2
Geneva, IL 60134
630-232-6333

Kathleen C. Chavez, Esq. #06255735
Chavez Law Firm, P.C.
28 North First St.
Suite 2
Geneva, IL  60134
630-232-4480

William J. Harte, Esq.
Dana Pesha, Esq.
Joan M. Mannix, Esq.

William J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL 60602
312-726-5015

Benjamin G. Edelman, Esq.
Law Office of Benjamin Edelman
27a Linnaean Street
Cambridge, MA 02138
617-359-3360

ATTORNEYS FOR PLAINTIFFS

9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENT E. "BO" JACKSON, Individually and on Behalf of All Others Similarly Situated, | § § § § § § | |
| | § | Civil Action No. 07 CV 3371 |
| Lead Plaintiffs, | § § | |
| | § | Honorable Blanche M. Manning |
| v. | § § | Magistrate Judge Geraldine Soat Brown |
| GOOGLE INC., OVERSEE.NET, SEDO LLC, DOTSTER, INC., AKA REVENUEDIRECT.COM, INTERNET REIT, INC. d/b/a IREIT, INC., and JOHN DOES I-X, | § § § § § § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Brett A. August
baugust@pattishall.com

Michael H. Page
mhp@kvn.com

Mariah Moran
mmoran@stetlerandduffy.com
edocket@stetlerandduffy.com

Janelle M. Carter
jcarter@winston.com
ECF_CH@winston.com

Kenneth P. Held
kheld@velaw.com

Steven Borgman
sborgman@velaw.com
jwarren@velaw.com
steveborgman@gmail.com
yshumaker@velaw.com

Bradley L. Cohn
bcohn@pattishall.com

Alison Conlon
conlon@wildmanharrold.com
ecf-filings@wildmanharrold.com
hardt@wildmanharrold.com

Joseph Gratz
jgratz@kvn.com

Alexis Payne
aep@pattishall.com

Jeffrey Singer
jsinger@smsm.com

Anastasios Foukas
afoukas@smsm.com

Michael R. Dockterman
dockterman@wildmanharrold.com
ecf-filings@wildmanharrold.com
eckertm@wildmanharrold.com

William J. Harte
wharte@williamharteltd.com
mccarey@williamharteltd.com

Scott Ryan Wiehle
swiehle@velaw.com

Jonathan M. Cyrluk
cyrluk@stetleranduffy.com
edocket@stetleranduffy.com

Misty Martin
mmartin@smsm.com

Ronald Rothstein
rrothsstein@winston.com
ECF_CH@winston.com
mconroy@winston.com

Scott R. Wiehle
swiehle@velaw.com

Joseph Duffy
jduffy@stetleranduffy.com
bdorgan@stetleranduffy.com
edocket@stetleranduffy.com

Dana Marie Pesha
dpesha@williamharteltd.com
mccarey@williamharteltd.com

Aaron Van Oort
mavanoort@faegre.com

     I certify that I have served the foregoing document by emailing a copy to the following individuals:

Steven Atlee
SAtlee@winston.com

Joanna J. Cline
clinej@pepperlaw.com

Vincent V. Carissimi
carissimiv@pepperlaw.com

Robert J. Hickok
hickokr@pepperlaw.com

                                            s/Robert M. Foote    

# EXHIBIT "C"



**wwwvulcangolf.com**

Below are sponsored listings for goods and services related to: wwwvulcangolf.com

Search

**Sponsored Listings**

Callaway Golf Clearance
Official Callaway Pre-Owned Site. Low Prices & Money Back Guarantee
www.CallawayGolfPreowned.com

Great Golf Deals
Get great deals in golf. Delivered directly to you FREE.
www.UniqueGolfProducts.com

Hireko Golf
Hireko Golf specializes in custom clubs, accessories etc.
www.hirekogolf.com

Golf Ball Retriever
Sleek & Unique fits all clubs Pick up wet ball & even your marker
www.erbuck-saver.com

East Coast Golf Sales
Nancy Lopez, Square Two, Tigershark Great Deals and Special Offers!
www.eastcoastgolfsales.com

Low Prices On Golf Clubs
Call 800-Golf-Bhm For A Low Price On Your Next Set Of Golf Clubs!
www.BhmGolf.com

The Golf Warehouse
Buy the Perfect Gear for Your Next Game. Huge Selection, $5 Shipping
www.TGW.com

US Golf Shop in HB
Newest Golf shop in Orange County Great Price and Friendly Service!
us.golfshop.googlepages.com

Golf
Browse a huge selection now. Find exactly what you want today.
www.eBay.com

Custom Logo Golf Clubs
Complete Line of Logo Golf Clubs Customizable at Wholesale Prices
www.TourPureGolf.com

**Popular Categories**

**Related Searches**

Wood Golf Clubs

Golf Balls Equipment

Clone Golf

Golf Factory

WWW Golf

Taylor Made Golf

Diamond Tour Golf

Golf.com

Ladies Left Hand Golf Clubs

Cobra Golf

# EXHIBIT "D"

## Christi Spring

| | |
|---|---|
| **From:** | Christi Spring on behalf of Robert Foote |
| **Sent:** | Monday, August 13, 2007 2:21 PM |
| **To:** | 'Michael Page'; 'dockterman@wildman.com'; 'satlee@winston.com'; 'Held, Kenneth'; 'jsinger@smsm.com' |
| **Cc:** | Robert Foote; 'GKEG4@aol.com'; Kathleen Chavez; Mark Bulgarelli |
| **Subject:** | Vulcan Golf v. Google et al. |
| **Attachments:** | Vulcan Golf Domain Names.doc |

Dear Counsel:

Attached is a list of domain names that we would like blocked. It is our understanding that you will comply with our request to get these names off of your system. As stated in our meeting, we are hopeful that this will avoid our need to seek injunctive relief from the court. This list is not intended to be all inclusive, and we will follow up with any supplements to this list as needed. Thank you very much for your cooperation.

Very truly yours,
Robert M. Foote

# EXHIBIT "E"

http://vulcangolfclubs.com/ - Microsoft Internet Explorer

File    Edit    View    Favorites    Tools    Help

Back    Search    Favorites

Address    http://vulcangolfclubs.com/    Links »

Pop-ups temporarily allowed. To always allow pop-ups from this site, click here...



# Vulcangolfclubs.com
*find something interesting*

Tuesday, September 11, 2007

## Find what you're looking for

* **Macgregor Golf Clubs**
* **Ping Irons**
* **Taylor Made Golf Clubs**
* **Pinemeadow Golf**
* **Golf Club Grips**
* **Country Clubs**
* **Golfballs**
* **Golf Club Head Covers**
* **Golf Balls**
* **Knock Off Golf Clubs**

**Recommended Links**
Ram Golf Clubs, Golf Warehouse, Ping Golf Clubs

Search    Enter Keyword    Go

**Start your search here**    GO

### Today's most Visited links
- Golf Supply
- Golf Clubs
- Ping G2
- Kawasaki Vulcan

### Popular Destination
- Custom Built Golf Clubs
- Golf Course Atlanta
- Nicklaus Golf Clubs
- Ping Golf
- Golfclub
- Chicago Clubs
- Austads Golf
- Clone Golf Clubs

**About Us**
We empower individuals, organizations and businesses with our unique services. Over-delivering being our core strategy, we specialize in Macgregor Golf Clubs , Ping Irons , Taylor Made Golf Clubs and an array of other services. Our mission is to

**EXHIBIT "F"**



## Vulcongolf.com
find something interesting

Wednesday, October 17, 2007

### Find what you're looking for

* Golf Gear
* Golf Photographs
* All For Golf
* Golfers
* Golfsmith Golf Clubs
* Golf Trousers
* Golf Warehouse
* Dormy Golf
* Golf Griffe
* Kzg Golf

Start your search here [        ] Go

**Today's most Visited links**
- Outdoor Games
- Golfclub
- Golf History
- Golf Bidder

**Popular Destination**

| | |
|---|---|
| Nike Driver | Pinemeadow Golf |
| Edwin Watts Golf | Golf Pictures |
| Austads Golf | Golf Country Club |
| Golfclubs | Learning Golf |

**About Us**

We empower individuals, organisations and businesses with our unique services. Diversification being our core strategy, we spread out in Golf Gear, Golf Photographs, All For Golf and an array of other services. Our mission is to provide quality resources.

**Recommended Links**
Equipment Used For Golf, Mura Golf, Pro Golf Irons

Search [Enter Keyword        ] Go

**EXHIBIT "G"**

http://foshernuts.com/ - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back    Search   Favorites

Address  http://foshernuts.com/



Foshernuts.com                    Search                    Spank It!

**Hot Favorites**

- Party Sex Toy
- Asian Babes Cams
- Free Phone Sex Chat
- Flashlight Sex Toy
- Video Phone Sex
- Black Adult Friend Finder
- Porn Film Download
- Adult Sex Websites
- Download Full Porn Movies
- How To Start A Porn Business
- Chinese Anal Sex
- Find Swingers

**Foshernuts.com**
**TODAYS TOP LINKS!!**

> Party Sex Toy
> Asian Babes Cams
> Free Phone Sex Chat
> Video Phone Sex

Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://bojacksoncars.com/

Getting Started  Latest Headlines  Digg  Digg / All News, Video...

# Bojacksoncars.com
find something interesting



**Find what you're looking for**

- Bo Jackson Cards
- Bo Jackson Memorabilia
- Bo Jackson Jerseys
- Bo Jackson Sneaker
- Bo Jackson Auburn
- Bo Jackson Shoes
- Bo Jackson Raiders
- Bo Jackson Baseball
- Bo Jackson Throwback
- Bo Jackson Card

**Recommended Links**
Bo Jackson Signed, Redskin Watch, Pittsburgh Steelers
Football Schedule

Search  Enter Keyword  Go

**Start your search here**  [          ] Go

**Today's most Visited links**
- Bo Jackson Photo
- Bo Jackson Baseball Card
- Bo Jackson
- Bo Jackson Reebok

**Popular Destination**
- Bo Jackson Photos
- Bo Jackson Oakland Raiders
- Bo Jackson Clippers
- Bo Jackson Baseball Cards

- Green Bay Packers
- Bo Jackson
- Bo Jackson Rookie Card
- 49ers Pigskins

**About Us**

Done

start    Inbox - Microsoft Out...    Untitled - Notepad    Document1 - Microsof...                    4:33 PM



# Vulcaingolf.com
*find something interesting*

Monday, January 14, 2008

## Find what you're looking for

* **Trump International Golf Club**
* **City Golf Club**
* **Golf Club Clones**
* **Ansley Golf Club**
* **Silverstone Golf Club**
* **Merion Golf Club**
* **Club Car Golf Cart**
* **Camelback Golf Club**
* **Golf Club Heads**
* **Olivos Golf Club**

**Start your search here** [         ] Go

### Today's most Visited links
* Golf Club Scottsdale
* Meadows Golf Club
* Stonebridge Golf Club
* Bolingbrook Golf Club

### Popular Destination
* Concord Golf Club
* Golf Club Rental
* International Golf Club
* Burhill Golf Club

* Carnoustie Golf Club
* Kendleshire Golf Club
* Bellry Golf Club
* Links Golf Club

**About Us**
We empower individuals, organizations and businesses with our unique services. Diversification being our core strategy, we specialize in Trump International Golf Club , City Golf Club , Golf Club Clones and an array of other services. Our mission is to provide quality resources.

**Recommended Links**
Pacific Golf Club, Channels Golf Club, Trilogy Golf Club

Search   [Enter Keyword        ] Go

Done                                                    Monday, January 14, 2008

start        http://vulcaingolf.co...                  8:42 AM

Address http://searchportal.information.com/index.mas?epl=00760076VfFAXVE0DVWgVVRBeVwMAFQVbC.IYKW1kADFAIXFHWIQBHWhdMSh2SWARDTABXCEBSPl0CCkNIXZW



## Fishernutssales.com
*What you need, when you need it*

English

**Search this site:** [>]

*Hot*
- ● Nut
- ● Nuts
- ● Business Leads
- ● Home Sales
- ● Boats For Sale
- ● Sell Home
- ⊕ Self Publishing
- ● Pay Per Click Program
- ● Postcard Printing

*Popular*
Real Estate Agent ®
Customer Service ®
Real Estate ®
Wholesale Gift ®
Real Estate Marketing ®
Make Money Online ®

**Fishernutssales.com favorites:** Wholesale Gift | Real Estate Marketing | Make Money Online | Pay Per Click | Houses | Business Opportunity

Bookmark this page | Make this your homepage



Getting Started   Latest Headlines   Digg   Digg / All News, Video...

**Bojacksonfootball.com**
*What you want, when you need it*

English

Search this site:

*Hot*

- Throwback Jerseys
- Football
- Video Poker
- Gambling
- Balls
- Poker
- Sportsbook

**Bojacksonfootball.com** favorites:



**Wwwblitzrealtygroup.com**
*And something interesting*

### Find what you're looking for

- Realty Usa Real Estate
- West Usa Realty
- Nj Realty
- Waterfront Realty
- Colorado Realty
- Georgia Realty
- Realty Listings
- Colorado Usa
- Agency Estate
- Realty Agents

**Recommended Links**
West Usa Real Estate, McKean Realty, Realty Agent

Search [Enter Keyword]

**Start your search here**

**Today's most Visited links**
- Broker Realty
- Estate Sale
- Realty Listing
- Mandarin Realty

**Popular Destination**

- Estate Homes
- Coldwell Banker Realtors
- Realty Associates
- Buying Realty

- Realty Agencies
- Name Realty
- Virginia Mls
- Coldwell Realty

**About Us**

**Message Alert**

**You have 1 message waiting for you.**   OK

# bojacksontrainershoe.com



**All Jordan Shoes, $59.60**
Brand New Jordan Shoes W/ Original Box & Retro Card. Free Shipping!
www.KicksFly.com/Jordan

**Nike Air Max at Eastbay**
Shop Nike Air Max Shoes At Eastbay! New & Retro Styles From 1987 - 2006
www.Eastbay.com

**Womens Max Air Shoes**
Slip into Womens max air shoes. Hot Fashions at Prices You Want!
Shopzilla.com NikeAirMax

**Find Cortez shoe**
7,000+ Shoes. Find Discounts. Shop for Shoes by Color & Design
like.com/nike

**Dunks, Court Force & More**
Shop Sneakers for Men & Women Get Unique Sneakers at Urban
www.UrbanOutfitters.com

**plush trainer shoe**
adidas Shoes - Footwear for Active Men, Women & Kids. Shop Now!
www.shopadidas.com

**Shoe Carnival**
Find, compare & buy Shoes Compare & Buy from 1000's of Stores
www.Shopping.com Shoes

**Related Searches**
- Bo Jackson Cross Trainer
- Kobe Shoe
- Nike Air Max
- Nike Basketball Shoe
- Gazelle Cross Trainer Pro
- Trainer Turf
- Nike Sneaker
- Air Diamond Trainer
- X Trainer Shoe
- Retro Nikes

Trademark Contact | Contact

File    Edit    View    History    Bookmarks    Tools    Help

http://searchportal.information.com/index.nex?epl=01040042QV0PLhVCbFdYD0CLQEShxGbDUTCAdFUQ0BDm0FCYEEAYQ00EBAUdUDQSZDAAsGAFADCgHrRBUUdNRL

Getting Started    Latest Headlines    Digg    Digg / All News, Video...



# Fisshernuts.com
*What you need, when you need it*

English ▾

**Hot**

Gourmet Popcorn
Gift Baskets
Flowers
Gourmet Gift Basket
Football Tickets
Wholesale Gift
Christmas Gift Basket
Free Recipe
Dallas Mavericks Ticket

**Popular**

Funeral Flowers
Pet Products
Cheap Laptop
Oil Paintings
Wedding Favors
Basketball Tickets

Search this site

**Fisshernuts.com favorites:**  Oil Paintings | Wedding Favors | Basketball Tickets | Free Recipes | Diamonds | Recipes



**Bojacksoncleats.com**
*find something interesting*

**Find what you're looking for**

- Asics Footwear
- Football Boots
- Puma Footwear
- Turf Football Shoes
- Soccer Footwear
- Nike Football Boots
- Adidas Football
- Football Turf Cleats
- Travel
- Computer Notebooks

**Recommended Links**
Music Download, Online Dating, Education Online

Search [Enter Keyword]

**Start your search here**

**Today's most Visited links**
- Insurance
- Credit Card
- Jobs
- Health and Beauty

**Popular Destination**
- Online Store
- Professional Services
- New Technology
- Health Insurance
- Credit Report
- Lawyers
- Travel
- Online Orlando

**About Us**



vulcangolfgifts.com - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://searchportal.information.com/index.max?epl=011000|4LNraPWVALZVUMVVbYDQkFLqHTCYsFUMHFUfbWXdZFsFcWQKW0gxXQVv4wpcOgsxDBTR14FtGWFQBwwXIv

Getting Started   Latest Headlines   Digg   Digg / All News, Video...



**VulcangolfGifts.com**
*What you need, when you need it*

English

Search this site...

**Hot**
Discount Golf Clubs
Discount Golf Equipment
Golf Equipment
Gift Cards
Golf Clubs
Unique Gift
Online Store
Golf Training Aids
Gift Certificates

**Popular**
Home Decor
Gift Card
Running Shoes
Baby Shower Gift
Gift Baskets
Online Book Store

**Vulcangolfgifts.com favorites:** Baby Shower Gift | Gift Baskets | Online Book Store | Christmas Gift Basket | Online Shopping | Garden Decor

Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://bojacksonsfootballcamp.com/

dipstreaming sp2

Getting Started    Latest Headlines    Digg    Digg / All News, Video...

# Bojacksonsfootballcamp.com

*find something interesting*



### Find what you're looking for

- **Varsity Cheerleaders**
- **Miami Cheerleaders**
- **Ucla Schedule**
- **Camp Cheerleaders**
- **Nba Cheerleaders**
- **Ucla Jersey**
- **Ucla Recruiting**
- **Cheerleaders High School**
- **Ucla Unıversity**
- **Cheerleaders Team**

**Recommended Links**
Ucla Jerseys, San Diego Chargers Cheerleaders, Ucla
Promo

Search   Enter Keyword        Go

**Start your search here**        Go

### Today's most Visited links
- Ucla Lacrosse
- Football Cheerleaders
- Ucla Athletic
- Ucla Tickets

### Popular Destination
- Naked Cheerleaders
- Ucla Bruins
- Ucla Cheerleading
- Cheerleaders Cheers

- Ucla Football Schedule
- Ucla Volleyball
- Ucla Center Frame
- Ucla Team

About Us

Cheerleader    Ucla Cheerleader

Ucla Football  |  Ucla Cheerleaders  |  Ucla Cheerleading  |  Ucla Team  |  Ucla Scope

Dedicated to giving more  |  Make this your homepage

Done                                                        Tuesday, January 22, 2008

start    Inbox - Microsoft Out...    Mozilla Firefox    72% of 1 File - Down...    Document1 - Microsof...    10:22 AM



Fisherrnuts.com
*What you need, when you need it!*

English ▾

Search:          [ Search ]

*Related Searches*
- ⊕ Gourmet Gift Basket
- ⊕ Gourmet Popcorn
- ⊕ Gift Baskets
- ⊕ Flowers
- ⊕ Wholesale Gift
- ⊕ Flowers Online
- ⊕ Kitchen
- ⊕ Football Tickets
- ⊕ Christmas Gift Basket

*Related Searches*
- Free Recipe ⊕
- Self Publishing ⊕
- Business Leads ⊕
- Bar Stools ⊕
- Food Storage Container ⊕
- Oil Paintings ⊕

Related Searches: Bar Stools | Food Storage Container | Oil Paintings | Online Shopping | Unique Gift | Recipes



**Fisherspeanuts.com**
*What you need, when you need it*

English

*Related Searches*

- Peanut
- Gourmet Popcorn
- Gift Baskets
- Christmas Gift Basket
- Gourmet Gift Basket
- Send Flowers
- Wholesale Gift
- Flowers Online
- Flower Delivery

*Related Searches*

- Childrens Toys
- Apply For Credit Card
- Free Xbox 360
- Wedding Favors
- Baby Toys
- Toy Store

Related Searches: Wedding Favors | Baby Toys | Toy Store | Educational Toys | Lg Phone | Credit Card Applications | Make an offer

# Blitzrealtygrop.com
find something interesting



## Find what you're looking for

- **Ltd Group**
- **Group Insurance**
- **Analyst Group**
- **Investor Company**
- **Goldman Sachs Group**
- **Securities Group**
- **Group Finance**
- **Fund Investor**
- **Group Financial Services**
- **Llc Group**

**Recommended Links**
**Investor Real Estate, Lp Group, Llc Realty**

Search [ Enter Keyword ] [Go]

**Start your search here** [ ] [Go]

### Today's most Visited links

- Realty Realtor
- Strategic Group
- Sec Group
- Company Group

## Popular Destination

- Group Communications
- Global Group
- Financial Investor
- Michael Group

- Real Estate Realty
- Broker Realty
- Group Mortgage
- Asset Group

**About Us**

We empower individuals, organizations and businesses with numerous services. Diversification being our core strategy, we specialize in Ltd Group, Group Insurance, Analyst Group and an array of other services. Our mission is to provide quality information.

# Fishernutscompany.com
find something interesting



**Find what you're looking for**

* Fisher Scientific Catalog
* Fisher Chemicals
* Fisher Catalog
* Fisher Scientific Msds
* Fisher Science
* Fisher Scientific Company
* Fisher Safety
* Fisher Msds
* Fisher Scientific Co
* Fisher International

**Recommended Links:**
Fisher Company, Fisher Scientific Chemical Lab Scientific

Search   Enter Keyword   Go

**Start your search here**   Go

**Today's most Visited links**
- Scientific Supplies
- Scientific Science
- Fisher Scientific Laboratory
- Scientific Supply

**Popular Destination**
- Fisher Scientific Lab          - Travel
- Scientific Products            - Computer Notebooks
- Scientific Equipment           - Music Download
- Laboratory Scientific          - Online Dating

**About Us**
We empower individuals, organizations and businesses with numerous services. Our selection brings our users products and services like Fisher Scientific Catalog, Fisher Chemicals, Fisher Catalog and variation of other services that we aim to provide quality information.

Tuesday, November 27, 2007



## bojacksoninjury.com

SEARCH          GO

**Top Features**

| In Focus |
|---|

- **Car Finance**
- **Bo Jackson Sneakers**
- **Bo jackson injury**
- **Michael Vick**
- **Ray Lewis**
- **Randy Moss**
- **Ricky Williams**
- **Barry Sanders**
- **Football Jersey**

**In Focus**

- Walter Payton
- Deion Sanders
- Oj Simpson
- Larry Bird
- Joe Montana
- Jerry Rice

**Popular Picks**

- Wilt Chamberlain
- Jim Brown
- Julius Erving
- Marcus Allen
- Priest Holmes
- Earl Campbell

Saturday, December 01, 2007

Vulkangolf.com - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back          Search     Favorites

Address   http://searchportal.information.com/index.mas?epl=00480068UVsPiVVALXVUMVi8YTQkNUg9TCVsPG1QODBNUZ1FQDFEGAIUP          Links »

# Vulkangolf.com
*What you need, when you need it*



Search this site

*Hot*
- Golf
- Kangol
- Golf Gift
- Golf Ball
- Golf Club
- Golf Course
- Golf Equipment
- Golf Accessory
- Golf Vacation

*Popular*

Golf Shirt

Golf Bag

Golf Store

Hole In One Insurance

Nike Golf Ball

Golf Apparel

**Vulkangolf.com favorites:**  Hole In One Insurance | Nike Golf Ball | Golf Apparel | Gift | Callaway Golf Balls | Discount Golf Clubs



Back · · · Search · Favorites · · · · Links »

Address http://vulgangolf.com/

# Vulgangolf.com
*find something interesting*

Thursday, November 22, 2007

## Find what you're looking for

* **Custom Golf Clubs**
* **Golf Fernmitgliedschaft**
* **Ge**
* **Dit**
* **Algan**
* **Golf Gift**
* **Thin Film**
* **Azur Expeditions**
* **Germanium**
* **Golfballe**

**Recommended Links**
Dm, Uw, Golf Resorts

Search: Enter Keyword  Go

**Start your search here**  Go

### Today's most Visited links
- Callaway Golf Clubs
- Band Gap
- Golf School
- Golf Trolley

### Popular Destination
- Golf Schools
- Emitting
- Golf Packages
- Telefoon
- Vulnerability Test
- Thin Film Coating
- Kunt U
- Vul Machine

**About Us**
We empower individuals, organisations and businesses in their quest for a Commodation by means of our products. We specialize in Custom Golf Clubs, Golf Fernmitgliedschaft, Ge and can serve all of your needs. Our team has access to quality resources.

Thursday, November 22, 2007

start · WHOIS domain regist... · http://vulgangolf.co... · 6:16 AM

Back · | ⬡ ⬡ | 🏠 | Search ☆

Address http://v.lcengolf.com/Hybrid_Golf_Set.cfm?&p=2&pt=

**Vulcengolf.com**
find something interesting

Sponsored Results:

**Hybrid Golf Clubs**
Premium Custom Clubs & Access
www.ThomasGolf.com

**Golf Hybrid Set Deals**
Get a Golf Hybrid Set for a Low Pri
www.FlexTag.com/Hybrid-Golf-Set

**Golf Sets From $79.99**
Complete Golf Sets inc. Stand Bag
www.GolfOutletsUSA.com/Golf-Se

**Find Golf Course Saving**
Take Advantage of Golf Course D
americanexpress.com/golf

**Golf**
Orlando's Finest Golf Experience
www.Harmon.GolfPreserve.com

Hybrid Iron Set



File   Edit   View   Favorites   Tools   Help

Address http://www.thomasgolf.com/Hybrids.shtml

Links

**THOMAS**
*Golf*                    *# 1 In Accuracy*

Irons    Woods    Hybrids    Putters    Wedges    Fitting    Reviews    T

## AT705 Hybrid Irons

Right-Handed          Left-Handed

Done

Wednesday, November 21, 2007

start  | Hybrid ... | Inbox - ... | Statistic... | fisher n... | Docume... | Pro-Line... |   6:59 AM

File   Edit   View   Favorites   Tools   Help

Back   |   Search   Favorites

Address  http://vulcingolf.com/                                       Links »

# Vulcingolf.com
find something interesting



## Find what you're looking for

+ **Little Tikes Golf Set**

+ **Totsports Golf Set**

+ **Golf Practice Set**

+ **Golf Desk Set**

+ **Golf Barbecue Set**

+ **Golf Putting Set**

+ **Golf Barbeque Set**

+ **Golf Gift Set**

+ **Teen Golf Set**

+ **Snoopy Golf Set**

**Recommended Links**
Golf Chess Set  Kid Golf Set  Golf Putter Set

Search  [ Enter Keyword          ]  Go

**Start your search here**  [                    ]  Go

**Today's most Visited links**
Golf Set
Hybrid Golf Set
Hybrid Golf Club Set
Junior Golf Set

### Popular Destination

- Callaway Golf Club Set          - Junior Golf Club Set
- Set Fern Golf                   - Golf Irons Set
- Golf Set For Kids               - Ladies Golf Club Set
- Child Golf Set                  - Kids Golf Club Set

### About Us

We're a provider of valuable information about all businesses at the national level. Our publication brings fun when shopping. We also specialize in Little Tikes Golf Set, Totsports Golf Set, Golf Practice Set and an array of other services in the internet to provide quality resources.

Wednesday, November 21, 2007

start   |   http://vulc...   Inbox – Outl...   Statistics fo...   fisher no – D...   Document1 ...                  6:54 AM

File   Edit   View   Favorites   Tools   Help

Back    ·    ·    Search    Favorites

Address  http://searchportal.information.com/index.mas?epl=0051004ILiVsPvVALXYUMVVBbQB0EXAtVBVwQWlPAlpYH8rVVAEIAFEODll    Links »



**Xxxbojackson.com**
*What you need, when you need it*

Search this site:

*Hot*
- Jackson
- Jackis
- Sony
- Tack
- Xbox
- Electric Guitar
- Racks
- Guitar
- Boise

*Popular*
Musical Instrument
Music Store
Keyboards
Acoustic Guitar
Amplifier
Amps

**Xxxbojackson.com favorites:** Acoustic Guitar | Amplifier | Amps | Flute

Sunday, December 02, 2007

start      Inbox - Outlook ...      xxxbojackson co...      WHOIS domain r...      http://adserving....      7:05 PM

http://blitzrealtygrup.com/ - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back         Search   Favorites

Address   http://blitzrealtygrup.com/                                    Links »

# Blitzrealtygrup.com
find something interesting

Thursday, November 29, 2007



## Find what you're looking for

- **Commercial Mortgage Loan**
- **Commercial Mortgages**
- **Commercial Mortgage**
- **Commercial Real Estate Loan**
- **Commercial Property Loan**
- **Commercial Loans**
- **Commercial Mortgage Lender**
- **Commercial Mortgage Loans**
- **Commercial Mortgage Lenders**
- **Commercial Real Estate Loans**

**Recommended Links**
Commercial Real Estate Loan Rate, Commercial Mortgage
Lender, Commercial Real Estate Lender

Search   Enter Keyword                        Go

**Start your search here**         [          ]   Go

**Today's most Visited links**
Commercial Real Estate Lenders
Commercial Lenders
Commercial Mortgage Broker
Commercial Lending

## Popular Destination

Commercial Real Estate             Commercial Property Loans
Mortgage                           Commercial Loan
Commercial Lender                  Commercial Property Lenders
Commercial Real Estate Lending     Business Loans
Commercial Real Estate
Financing

**About Us**

Commercial Mortgages , Commercial Mortgage

Thursday, November 29, 2007

start      WHOIS domain regist...   Document2 - Microsof...   http://blitzrealtygrup...                    10:27 AM

http://buyfishernuts.com/ - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   ▾        ✕  ↻  ⌂   🔍 Search  ⭐ Favorites  ✉  📄 ▾  🖎  ▾  🧭  🛡  🖼  💬  🐢

Address  http://buyfishernuts.com/                                            Links »



## Buyfishernuts.com
find something interesting

Thursday, November 29, 2007

**Find what you're looking for**

* **Christmas Nuts**
* **Buy Nuts Online**
* **Avery Fisher Hall**
* **Fisher Theater Detroit**
* **Thermo Fisher Scientific**
* **The Fisher King**
* **Fisher Paykel**
* **Buy Laptops**
* **Roasted Cashews**
* **How To Buy A House**

**Start your search here** _____ Go

**Today's most Visited links**

- Loaded
- Paul Fisher
- Buy Car
- Almonds

**Popular Destination**

- Fisher And Paykel          - Buy To Let Mortgage
- Kim Fisher                 - Buy Stock
- Helen Fisher               - Deluxe Mixed Nuts
- Irving Fisher              - Mel Fisher

**About Us**

We emphasize information presentation and boundaries with our unique section... own education bringing out your situation with abundance of Christmas Nuts, Buy Nuts Online, Avery Fisher Hall and emphasis with elegancy, a fine support of maximum public objections.

**Recommended Links**
Pistachios, Buy Shares, Nuts On Cork

Search: [Enter Keyword          ] Go

Thursday, November 29, 2007

start          http://buyfishernuts....                          6:08 AM

File   Edit   View   Favorites   Tools   Help

Back   ▾   ✶   ⟲   ⌂   🔍 Search   ⭐ Favorites   ...

Address  http://bojacksonxxx.com/                                          Links »



# Bojacksonxxx.com
*find something interesting*

Sunday, December 02, 2007

## Find what you're looking for

- **Xxx Anime Wallpapers**
- **Adult Anime Xxx**
- **Anime Xxx Dvd**
- **Cartoon Anime Xxx**
- **Anime Xxx Movie**
- **Anime Xxx Comics**
- **Xxx Anime Cartoons**
- **Xxx Anime Trailers**
- **Anime Xxx Video**
- **Xxx Anime Movies**

**Start your search here :**  [            ]  [Go]

### Today's most Visited links
- Xxx Anime Xxx
- Anime Xxx Clips
- Videos Anime Xxx
- Anime Xxx Pics

## Popular Destination
- Anime Girl Xxx                    Xxx Hardcore Anime
- Anime Xxx Pictures             Comic Anime Xxx
- Anime Manga Xxx               Anime Babes Xxx
- Anime Porn Xxx                   Anime Xxx Download

**About Us**
We empower individuals, organizations and businesses with our online services to accomplish their goals... in Xxx Anime Wallpapers.
Adult Anime Xxx , Anime Xxx Dvd and an array of other services that helps them provide quality resources.

**Recommended Links**
Japanese Anime Xxx, Anime Xxx Network, Anime Xxx Downloads

Search  [Enter Keyword        ]  [Go]

start   | Inbox - Outlook Express  | http://bojacksonxxx....  | Document1 - Microsof...        7:00 PM

http://bojacksonsex.com/ - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back          Search   Favorites

Address  http://bojacksonsex.com/                                    Links »







**Bojacksonpics.com**
*find something interesting*

Tuesday, December 04, 2008

**Find what you're looking for**

* Sports Memorabilia
* Dragonball Z Ccg
* Dragonball Z Figure
* Dragonball Z Toy
* Dragonball Z Music
* Dragonball Z Game
* Dragonball X
* 3 Dragonball
* Www Dragonball
* Dragonball Z Action Figures

**Recommended Links**
Dragonball, Travel, Computer Notebooks

Search   Enter Keyword    Go

**Start your search here**    Go

**Today's most Visited links**
- Music Download
- Online Dating
- Education Online
- Insurance

**Popular Destination**

| | |
|---|---|
| Credit Card | Professional Services |
| Jobs | New Technology, |
| Health and Beauty | Health Insurance |
| Online Store | Credit Report |

**About Us**

We help web individuals, organizations, and businesses with our resources and services. Diversification being our core strength, we specialize in **Sports Memorabilia**, **Dragonball Z Ccg**, **Dragonball Z Figure** and are always further keyed on what drives us in precise quality resources.

Tuesday, December 04, 2007

http://bojacksonnude.com/ - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   •   Search   Favorites

Address   http://bojacksonnude.com/                           Links »

# Bojacksonnude.com
*find something interesting*

Thursday, November 29, 2007



## Find what you're looking for

- **Breast**
- **Adult**
- **Big Tits**
- **Adult Dating**
- **Phone Sex**
- **Boobs**
- **Tits**
- **Video**
- **Videos**
- **Cam Girls**

**Recommended Links**
Webcam, Bisho, Models

Search   [Enter Keyword]   Go

**Start your search here** [                ] Go

### Today's most Visited links
- Stripper
- Female Stripper
- Trish Stratus Nude
- Adult Entertainment

### Popular Destination
| | |
|---|---|
| Strip | Women |
| Nude Patch | Lingerie |
| Live Girls | Strip Club |
| Nude Art | Adult Dancer |

**About Us**

We are very interesting, responsible and trustworthy with our information. We constantly bring out our strategy. We specialize in **Breast**, **Adult**, **Big Tits** and an array of other services. Get more into browsing away, nature us.

Done                                          Thursday, November 29, 2007

start      WHOIS domain regist...   Microsoft Word   http://bojacksonnude...   10:36 AM

Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://fihsernuts.com/

Getting Started   Latest Headlines   Digg   Digg / All News, Video...

# Fihsernuts.com
*find something interesting*



**Find what you're looking for**

- Macademia Nuts
- Emerald Nuts
- Ser U
- Quiero Ser
- Macadamia Nuts
- Dried Fruit
- Babel Fish
- Ser Estar
- Quem Quer Ser Milionario
- Rne

**Start your search here**   [ Go ]

**Today's most Visited links**
- Ser Humano
- Juego De Quien Quiere Ser Millonario
- Cope
- Net Medinfo

**Popular Destination**
- Tops Kidt
- Ser En
- Document Node
- Nuts Online
- Mexican Teams
- Hockey Hands
- Yerba Ser
- Ski Horor

**About Us**

**Recommended Links**
Hockey Tournament, Go Nuts, Deluxe Mixed Nuts

Search  [ Enter Keyword ]  [ Go ]

Done

start   Inbox - Microsoft Out...   Document1 - Microsof...   10:05 AM

Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://fisherntus.com/

Getting Started   Latest Headlines   Digg   Digg / All News, Video...

# Fisherntus.com

*find something interesting*



### Find what you're looking for

- Guppy Fish
- Deep Sea Fish
- Thermo Fisher
- Pet Fish
- oss Deneme
- Shark Fish
- Plankton Fish
- Tus Celle
- Salmen
- Fish Food

**Recommended Links**
Saltwater Fish Care, Oss Deneme Simrd, Catering

Search   Enter Keyword   Go

**Start your search here**   Go

**Today's most Visited links**
- Reproduction Fish
- Tropical Fish Keeping
- Fos Plantas
- Cichlids Fesh

**Popular Destination**
- Tetra Fish                    - Fish Identification
- Co Fish                       - Away I over Fish
- Community Fish                - Red Fish
- Sala Fish                     - Fish Tank Decorations

**About Us**

Done

Mozilla Firefox
File  Edit  View  History  Bookmarks  Tools  Help
http://jbcsiinc.com/
Getting Started   Latest Headlines   Digg   Digg / All News, Watch...

# Jbssiinc.com
find something interesting



**Find what you're looking for**

- Inv
- Ssi Cgi
- Ssi Disability
- Llc
- Ssi Fraud
- It
- Social Security Lawyer
- Social Security
- Consultancy
- Ssi Php

**Recommended Links**
Furniture, Social Security Ssi, Medical Ssi

Search  [Enter Keyword]  Go

**Start your search here**  [            ]  Go

**Today's most Visited links**
- Consulting Company
- Php Ssi
- Kansas General Ssi
- Ssi Power

**Popular Destination**
- Tecnology Computers
- Ssi Executive
- Ssi Training
- Social Security Business
- Ssi Computer
- Cars
- Ssi Cameras
- Ssi Medicaid

**About Us**

**EXHIBIT "H"**



# Fishernutsgifts.com

*What you need, when you need it.*

English ▼

Search:

[ Search ]

*Related Searches*

- Gift Cards
- Gift Certificates
- Gift Baskets
- Christmas Gift Basket
- Gourmet Gift Basket
- Unique Gift
- Wholesale Gift
- Gift Card
- Flowers Online

*Related Searches*

- Flowers
- Baby Shower Gift
- Gourmet Popcorn
- Home Decor
- Send Flowers
- Baby Toys

Related Searches:   Home Decor | Send Flowers | Baby Toys | Wedding Favors | Personalized Gift | Flower Delivery

Advertising Media Information

Done

start   Inbox - Microsoft Out...   fishernuts_Jan9 2008...   Document14 - Microsof...   fishernutsgifts.com - ...   fishernutsgifts.com - ...   Fri, 25 Apr 2008  16:04:55



bojacksonfootball.com - Mozilla Firefox 3 Beta 5

File Edit View History Bookmarks Tools Help

Smart Bookmarks  bojacksonfootball.com

http://searchportal.information.com/index?epl=q1120062UvJrPXYALXYUMVV88Vw8HU4pHCWKFVJgVA1RZV8ZXqgTQ4tVUAtUav3ZBjx2DA3eO'eo7BZ

English

Latest Headlines

# Bojacksonfootball.com
*What you need, when you need it*

Back

Related Searches:
**Basketball Uniforms**

Bookmark this page | Make this your homepage

| Throwback Jerseys | Baseball Memorabilia | Football Jerseys | Nfl Jerseys | Nfl Apparel | Basketball Jerseys | Football Tickets |

**Related Searches**

- **Throwback Jerseys**

- **Baseball Memorabilia**

- **Football Jerseys**

- **Nfl Jerseys**

- **Nfl Apparel**

**Related Searches**

| Throwback Jerseys | Football Jerseys | Basketball Uniforms |
| Baseball Memorabilia | Basketball Jerseys | Football |
| Nfl Jerseys | Football Tickets | Hockey Jerseys |
| Nfl Apparel | | |

**Popular Categories**

| Finance | Travel | Home |
| Free credit report | Airline tickets | Foreclosures |
| Online Payment | Hotels | Houses For Sale |
| Credit Card Application | Car rental | Mortgage |
| Car Insurance | Flights | People Search |
| Health insurance | South Beach Hotels | Real Estate Training |



The domain realtyblitz.com is for sale. To purchase, call BuyDomains.com at 781-839-7903 or 866-866-2700.

# realtyblitz.com

**RELATED SEARCHES:**

Realty

Real Estate Agent

Realtor

MLS Listing

MLS

Property Management

Property Management Software

Registered Agent

Broker

Colorado

Realtor Web Site

Agent Dallas Estate Gay Real

Coldwell Banker Real Estate

Houston

Indianapolis

Sponsored listings:

**Real Estate MLS**
View Homes for Sale Nationwide! MLS, New Houses, & Foreclosures.
www.HomeListings-USA.com

**Realty Listings**
Find Realty Listings by City, Area or Zip. Free Service & No Hassles.
www.myhomemyprice.com

**Realty**
Free Online Real Estate Search to buy the home of your dreams.
www.Move.com

**See Homes for Sale**
Free Custom Home Listings Emails Photos Included. No Obligation
www.JustListed.com

**Residential Property**
Search 1000's of Residential Property Listings For Sale/Lease.
www.LoopNet.com

**Monster Realty & Rentals**
Real Estate Professionals Property Management & HOA Services
www.monsterrealty.net

**FREE Property Listings**
Reach thousands of new buyers! An Online Real Estate Community

Smart Bookmarks    Latest Headlines

M fisgernuts.com

http://searchportal.information.com/index.mas?epi=00480023UvSPYVALVXUMVI3FUR7BVhNaB0MQG1QOD8NUZ1FQDFEGA1HJ

English ▼



# ■ Fisgernuts.com
■■  *What you need, when you need it*

Search: [_____] [ Search ]

*Related Searches*

🌐 **Engagement Ring**
🌐 **Stock Prices**
🌐 **Gourmet Popcorn**
🌐 **Flowers**
🌐 **Gift Baskets**
🌐 **Cheap Laptops**
🌐 **Gourmet Gift Basket**
🌐 **Christmas Gift Basket**
🌐 **Free Recipe**

*Related Searches*

**Oil Paintings** 🌐
**Wholesale Gift** 🌐
**Cheap Laptop** 🌐
**Laptops** 🌐
**Drivers** 🌐
**Home Decor** 🌐

Related Searches:  Laptops | Drivers | Home Decor | Catalogs | Make Money | Dog Treats

Privacy Policy | Mailing list directory



Browser title: Fishetnuts.com - Mozilla Firefox 3 Beta 5

Menu: File Edit View History Bookmarks Tools Help

URL: http://searchportal.information.com/index.mas?epl=60l490l44-UvSPVIYiALiXyUMVi3PUrRVOiYhVaE0MQG1QODBNUZ1FQOFEGA1MJ

Smart Bookmarks, Latest Headlines, fishetnuts.com

Fishetnuts.com
What you need, when you need it

Search: [    ] [Search]

English

Related Searches (left):
Flowers
Gift Baskets
Gourmet Gift Basket
Gourmet Popcorn
Christmas Gift Basket
Free Recipes
Wholesale Gift
Cheap Flower
Free Recipe

Related Searches (right):
Unique Gift
Diamonds
Home Decor
Pet Products
Cheap Flowers
Recipes

Related Searches: Pet Products | Cheap Flowers | Recipes | Wholesale | Laptops | Dog Treats

Taskbar: start, Inbox - Microsoft Out..., Fishetnuts.com - Fis..., Fishetnuts.com - Mozil...

Fri, 25 Apr 2008 17:20:07

# Fishetnuts.com

*What you need, when you need it*

Search: [        ] [Search]

English

**Related Searches**

- Flowers
- Gift Baskets
- Gourmet Gift Basket
- Gourmet Popcorn
- Christmas Gift Basket
- Free Recipes
- Wholesale Gift
- Cheap Flower
- Free Recipe

**Related Searches**

- Unique Gift
- Diamonds
- Home Decor
- Pet Products
- Cheap Flowers
- Recipes

Related Searches: Pet Products | Cheap Flowers | Recipes | Wholesale | Laptops | Dog Treats



Related Searches: Bisexual Sex | Shemale Video | Sex Swinger | Asian Blow Job | Bbw Sex | Blow Job Video | Oral Sex | Cam Sex | Party Sex Toy | Adult Personals |

# BUYFISHERNUTS.COM

Sponsored listings

**RELATED SEARCHES**

» Bisexual Sex
» Shemale Video
» Sex Swinger
» Asian Blow Job
» Bbw Sex
» Blow Job Video
» Oral Sex
» Cam Sex
» Party Sex Toy
» Adult Personals

Related Searches:  Bisexual Sex |  Shemale Video |  Sex Swinger |  Asian Blow Job |  Bbw Sex |  Blow Job Video |  Oral Sex |  Cam Sex |  Party Sex Toy |  Adult Personals |

