# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Vulcan Golf, LLC, et al.

                         Plaintiff,

v.                                       Case No.: 1:07−cv−03371
                                         Honorable Blanche M. Manning

Google Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2009:

      MINUTE entry before the Honorable Geraldine Soat Brown: Telephone status hearing held. Parties' oral motion for entry of pre−trial protective order is granted. Motion hearing previously set for 8/07/09 is stricken. Enter Stipulated Pre−Trial Protective Order.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.