

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:                    Michael Page

FIRM:                    Durie Tangri LLP

STREET ADDRESS:          217 Leidesdorff Street

CITY/STATE/ZIP:          San Francisco, CA  94111

PHONE NUMBER:            (415)362-6666

E-MAIL ADDRESS:          mpage@durietangri.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07CV3371 | Vulcan Golf, LLC v. Google, Inc., et al. | Hon. Blanche M. Manning |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Michael Page                                                                                    12/21/2009
_____                          _____
              Attorney's Signature                                                                          Date