IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENTE E. "BO" JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | ) Case No. 07 CV 3371<br>)<br>)<br>)<br>) The Honorable Blanche M. Manning<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Google Inc. ("Google"), by its attorneys, and pursuant to Fed. R. Civ. P. 56(a) and Local Rule 56.1, respectfully requests the Court to enter partial summary judgment in its favor for the reasons set forth in the accompanying Memorandum of Points and Authorities and Statement of Material Facts for Which There is No Genuine Issue and that Entitle Defendant to Partial Summary Judgment.

Dated:  December 22, 2009                                Respectfully submitted,

                                                                              GOOGLE INC.

                                                                              By: /s/ Michael H. Page
                                                                                    One of its Attorneys

Joseph J. Duffy                                           Michael H. Page
Jonathan M. Cyrluk                                     Joseph C. Gratz
Mariah E. Moran                                        Durie Tangri LLP
Stetler & Duffy, Ltd.                                    217 Leidesdorff Street
11 South LaSalle Street, Suite 1200              San Francisco, California 94111
Chicago, Illinois 60603

## **CERTIFICATE OF SERVICE**

    I, Jonathan M. Cyrluk an attorney, certify under penalty of perjury that I caused a copy of the foregoing document to be served on all counsel of record via PDF and U.S. Mail this 22nd day of December, 2009.

    /s/    Jonathan M. Cyrluk
    One of the Attorneys for *Google Inc.*