**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENTE E. "BO" JACKSON,<br><br>      Plaintiffs,<br><br> v.<br><br>GOOGLE INC.,<br><br>      Defendant. | ) Case No. 07 CV 3371<br>)<br>)<br>)<br>) The Honorable Blanche M. Manning<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

  PLEASE TAKE NOTICE that on Tuesday, December 22, 2009 we filed with the Clerk of the Court:

1. Google's Motion for Partial Summary Judgment;

2. Google's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment (FILED UNDER SEAL);

3. Google's Statement of Material Facts for Which There Is No Genuine Issue and That Entitle Defendant to Partial Summary Judgment (FILED UNDER SEAL) with Declaration of Michael H. Page in Support of Google's Motion for Partial Summary Judgment (FILED UNDER SEAL) and Declaration of Prashanth Koppula in Support of Google's Motion for Partial Summary Judgment (FILED UNDER SEAL);

4. Google's Reply Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment (FILED UNDER SEAL); and

5. Google's Objections to Evidence Submitted by Plaintiffs.

[Remainder of Page Intentionally Left Blank]

Dated:  December 22, 2009                     Respectfully submitted,

                                                                   GOOGLE INC.

                                                                   By:/s/ Michael H. Page
                                                                          One of its Attorneys

| | |
|---|---|
| Joseph J. Duffy | Michael H. Page |
| Jonathan M. Cyrluk | Joseph C. Gratz |
| Mariah E. Moran | Durie Tangri LLP |
| Stetler & Duffy, Ltd. | 217 Leidesdorff Street |
| 11 South LaSalle Street, Suite 1200 | San Francisco, California 94111 |
| Chicago, Illinois 60603 | |

## **CERTIFICATE OF SERVICE**

      I, Jonathan M. Cyrluk an attorney, certify under penalty of perjury that I caused a copy of the foregoing document to be served on all counsel of record via PDF and U.S. Mail this 22nd day of December, 2009.

      /s/    Jonathan M. Cyrluk
      One of the Attorneys for *Google Inc.*