IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENTE E."BO" JACKSON, | ) ) ) ) ) | Case No. 07-CV-3371 |
| Plaintiffs, | ) ) | Hon. Judge Blanche M. Manning |
| v. | ) ) | |
| GOOGLE, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

YOU ARE HEREBY NOTIFIED that on Tuesday, December 22, 2009, we filed the following documents with the Clerk of the Court:

- **Plaintiffs' Memorandum of Points and Authorities in Response to Defendant Google, Inc.'s Motion for Partial Summary Judgment (Filed Under Seal).**

Dated: December 22, 2009

Respectfully submitted,

/s/ Robert M. Foote

Robert M. Foote, Esq. (#03124325)
Foote Meyers Mielke & Flowers, LLC
3 North Second Street
Suite 300
St. Charles, Illinois 60174
Tel. No.: (630) 232-6333
Facsimile: (630) 845-8982
rmf@foote-meyers.com

## CERTIFICATE OF SERVICE

The undersigned attorney, deposes and states that he mailed a true and correct copy of the foregoing document to the counsel listed below, via First Class U.S. Mail with proper postage prepaid, on December 22, 2009.

Michael H. Page
Joseph C. Gratz
DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
332 Pine St., Suite 200
San Francisco, CA 94104

Jonathan M. Cyrluk, Esq.
STETLER & DUFFY, LTD.
11 South LaSalle Street
Suite 1200
Chicago, IL 60603

Robert M. Foote, Esq.