**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENTE E. "BO" JACKSON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　　　　　Defendant. | ) Case No. 07 CV 3371<br>)<br>)<br>)<br>) The Honorable Blanche M. Manning<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

　　PLEASE TAKE NOTICE that on Thursday, January 7, 2010 we filed with the Clerk of the Court:

1. Google's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment (REDACTED PUBLIC VERSION);

2. Google's Statement of Material Facts for Which There Is No Genuine Issue and That Entitle Defendant to Partial Summary Judgment (REDACTED PUBLIC VERSION) with Declaration of Michael H. Page in Support of Google's Motion for Partial Summary Judgment (REDACTED PUBLIC VERSION) and Declaration of Prashanth Koppula in Support of Google's Motion for Partial Summary Judgment (REDACTED PUBLIC VERSION);

3. Google's Reply Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment (REDACTED PUBLIC VERSION);

4. Google's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment (FILED UNDER SEAL);

5. Google's Statement of Material Facts for Which There Is No Genuine Issue and That Entitle Defendant to Partial Summary Judgment (FILED UNDER SEAL) with Declaration of Michael H. Page in Support of Google's Motion for Partial Summary Judgment (FILED UNDER SEAL) and Declaration of Prashanth Koppula in Support of Google's Motion for Partial Summary Judgment (FILED UNDER SEAL);

6. Google's Reply Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment (FILED UNDER SEAL);

Dated: January 7, 2010                                  Respectfully submitted,

                                                        GOOGLE INC.

                                                        By:/s/ Michael H. Page
                                                             One of its Attorneys

Joseph J. Duffy                         Michael H. Page
Jonathan M. Cyrluk                      Joseph C. Gratz
Mariah E. Moran                         Durie Tangri LLP
Stetler & Duffy, Ltd.                   217 Leidesdorff Street
11 South LaSalle Street, Suite 1200     San Francisco, California 94111
Chicago, Illinois 60603

## **CERTIFICATE OF SERVICE**

      I, Jonathan M. Cyrluk an attorney, certify under penalty of perjury that I caused a copy of the foregoing document to be served on all counsel of record via PDF and U.S. Mail this 7th day of January, 2010.

                                                  /s/    Jonathan M. Cyrluk
                                        One of the Attorneys for *Google Inc.*