# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENTE E. "BO" JACKSON, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 07-cv-3371 <br><br> Hon. Blanche M. Manning |

## NOTICE OF MOTION

TO:   All counsel of record

**PLEASE TAKE NOTICE** that on Tuesday, January 12, 2010 at 11:00 a.m., or as soon thereafter as we may be heard, undersigned counsel shall appear before the Honorable Blanche M. Manning in Courtroom 2125 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present ***Google's Motion for Leave to File Corrected Version of Its Reply Memorandum of Points and Authorities in Support for Partial Summary Judgment***, a copy of which is attached hereto and served upon counsel of record.

## CERTIFICATE OF SERVICE

I, Mariah E. Moran, an attorney, certify that I caused copies of the foregoing ***Notice of Motion*** and ***Google's Motion for Leave to File Corrected Version of Its Reply Memorandum of Points and Authorities in Support for Partial Summary*** Judgment, to be served upon counsel of record via the Court's CM/ECF system this 7th day of January, 2010.

/s/   Mariah E. Moran
Mariah E. Moran

Jonathan M. Cyrluk           Michael H. Page
Mariah E. Moran              Joseph C. Gratz
STETLER & DUFFY, LTD.        Durie Tangri LLP
11 South LaSalle Street, Suite 1200   217 Leidesdorff Street
Chicago, Illinois 60603      San Francisco, California 94111
312.338.0200