| | Welcome Guest |
|---|---|
| | ☐ My Account  ☐ Login  ✎ Sign Up |

| Domains | Hosting | Email | Digital Certificates | Site Builder | Support | Resellers |

Home | My Account | Register Domain | Transfer Domain | Support | Contact Us | Whois | Knowledge Base | Hot Deals!!!

## Whois Search Results

**Domain Name : oingo.com**

MarkMonitor is the Global Leader in Enterprise Brand Protection.

Domain Management
MarkMonitor Brand Protectionâ„¢
AntiFraud Solutions
Corporate Consulting Services

Visit MarkMonitor at www.markmonitor.com
Contact us at 1 800 745 9229
In Europe, at +44 (0) 20 7840 1300

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. MarkMonitor.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
DNS Admin
Google Inc.
1600 Amphitheatre Parkway
Mountain View CA 94043
US
dns-admin@google.com  +1.6502530000 Fax: +1.6506188571

Domain Name: oingo.com

Registrar Name: Markmonitor.com
Registrar Whois: whois.markmonitor.com
Registrar Homepage: http://www.markmonitor.com

Administrative Contact:
DNS Admin
Google Inc.
1600 Amphitheatre Parkway
Mountain View CA 94043
US
dns-admin@google.com  +1.6502530000 Fax: +1.6506188571
Technical Contact, Zone Contact:
DNS Admin
Google Inc.
1600 Amphitheatre Parkway

### Quick Links

Register New
Transfer
Bulk Register
Bulk Transfer
Name Suggestion Tool
Price List
FREE Services

### Hot Deals!!!

.TV **SALE!** USD 24.88

.MOBI **SALE!** USD 8.88

.IN **SALE!** USD 3.88

.EU **SALE!** USD 5.88

.BZ **SALE!** USD 16.88

.INFO **SALE!** USD 7.88

.CO.IN, NET.IN, ORG.IN,
GEN.IN, FIRM.IN, IND.IN
**SALE!** USD 3.88

### Web/Email Hosting

Linux Hosting Plans
Windows Hosting Plans
Email-only Plans

### Digital Certificates

View Plans
Features
Compare Plans



EXHIBIT B

Mountain View CA 94043
US
dns-admin@google.com  +1.6502530000 Fax: +1.6506188571

Created on.............: 1999-01-18.
Expires on.............: 2010-01-17.
Record last updated on..: 2009-06-07.

Domain servers in listed order:

ns4.google.com
ns1.google.com
ns3.google.com
ns2.google.com


MarkMonitor is the Global Leader in Enterprise Brand Protection.

Domain Management
MarkMonitor Brand Protection™
AntiFraud Solutions
Corporate Consulting Services

Visit MarkMonitor at www.markmonitor.com
Contact us at 1 800 745 9229
In Europe, at +44 (0) 20 7840 1300

Search the WHOIS Database



**Domain Name** *
EXAMPLE: somedomain.com

**Security Key** *
25045

Please insert the security key from the image above into the box below. This key is used to verify that this page is not accessed by any automated processes.

Search

Home | My Account | Register Domain | Transfer Domain | Web Hosting | Email Hosting | Digital Certificates | Whois | Contact Us | Legal

Copyright © Whois.com Pte Ltd. All Rights Reserved.