



EXHIBIT
E