

CONFIDENTIAL

G000001415



CONFIDENTIAL

G000001992



CONFIDENTIAL



G000001994



CONFIDENTIAL

G000001995



CONFIDENTIAL G000001996



CONFIDENTIAL

G000001997



G000001998



CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

G000002137



 G000002138



CONFIDENTIAL



CONFIDENTIAL

G000002154



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

G000002160



CONFIDENTIAL



CONFIDENTIAL

G000002297



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

G000002524



CONFIDENTIAL

CONFIDENTIAL

G000002532



CONFIDENTIAL                                                                G000002533



CONFIDENTIAL

G000002534



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL                                                    G000002557



CONFIDENTIAL

G000002574



CONFIDENTIAL

G000002575



CONFIDENTIAL

G000002576



CONFIDENTIAL

G000002577



CONFIDENTIAL

G000002604



CONFIDENTIAL

G000003124



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

G000003182



CONFIDENTIAL

G000003281



CONFIDENTIAL

G000003300



23

CONFIDENTIAL

G000003363



CONFIDENTIAL


CONFIDENTIAL
G000003708



CONFIDENTIAL

G000003709

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

G000003738



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

G000003838

CONFIDENTIAL

G000003839



CONFIDENTIAL

G000003840


G000003841


CONFIDENTIAL

G000003842



G000003843


CONFIDENTIAL



CONFIDENTIAL

G000003845

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL


CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

G000003851


CONFIDENTIAL
G000003852



CONFIDENTIAL



G000003854


G000003855



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

G000003858

CONFIDENTIAL


CONFIDENTIAL

G000004008


CONFIDENTIAL


CONFIDENTIAL



CONFIDENTIAL

G000004330