IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENTE E."BO" JACKSON, | ) ) ) ) | Case No. 07-CV-3371 |
| Plaintiffs, | ) ) | Hon. Judge Blanche M. Manning |
| v. | ) ) ) | |
| GOOGLE, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

YOU ARE HEREBY NOTIFIED that on Friday, January 8, 2010, we filed the following documents with the Clerk of the Court:

1. Plaintiffs' Memorandum of Points and Authorities in Response to Defendant Google, Inc.'s Motion for Partial Summary Judgment (REDACTED PUBLIC VERSION);

2. Plaintiffs' Response to Google's Rule 56.1 Statement (REDACTED PUBLIC VERSION) with Exhibits A-E (REDACTED PUBLIC VERSION) and Discovery Exhibits (REDACTED PUBLIC VERSION);

3. Plaintiffs' Memorandum of Points and Authorities in Response to Defendant Google, Inc.'s Motion for Partial Summary Judgment (FILED UNDER SEAL); and

4. Plaintiffs' Response to Google's Rule 56.1 Statement (FILED UNDER SEAL) with Exhibits A-E (FILED UNDER SEAL) and Discovery Exhibits (FILED UNDER SEAL).

Dated: January 8, 2010                                     Respectfully submitted,


                                                           /s/Robert M. Foote
                                                           Robert M. Foote, Esq. (#03124325)
                                                           Craig S. Mielke, Esq. (#03127485)
                                                           Matthew J. Herman, Esq. (#06237297)
                                                           Foote Meyers Mielke & Flowers, LLC
                                                           3 North Second Street
                                                           Suite 300
                                                           St. Charles, Illinois 60174
                                                           Tel. No.: (630) 232-6333
                                                           Facsimile: (630) 845-8982

                                                           Kathleen C. Chavez, Esq. (#6255735).
                                                           Chavez Law Firm, P.C.
                                                           3 North Second Street
                                                           Suite 300
                                                           St. Charles, Illinois 60174

                                                           *Attorneys for Plaintiffs*

Case 1:07-cv-03371   Document 311   Filed 01/08/10   Page 3 of 3


## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that he caused a true and correct copy of the foregoing document to be served on all counsel of record, via PDF and First Class U.S. Mail with proper postage prepaid, on January 8, 2010.

Michael H. Page
Joseph C. Gratz
DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
332 Pine St., Suite 200
San Francisco, CA 94104

Jonathan M. Cyrluk, Esq.
STETLER & DUFFY, LTD.
11 South LaSalle Street
Suite 1200
Chicago, IL 60603

/s/Robert M. Foote, Esq.
Robert M. Foote, Esq.