**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **VULCAN GOLF, LLC, JOHN B. SANFILIPPO & SONS, INC., BLITZ REALTY GROUP, INC., and VINCENTE E."BO" JACKSON,** | ) ) ) ) ) | Case No. 07-CV-3371 |
| Plaintiffs, | ) ) | Hon. Judge Blanche M. Manning |
| v. | ) ) ) | |
| **GOOGLE, INC.,** | ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2010, I electronically filed the **Plaintiffs' Response to Google's Rule 56.1 Statement (REDACTED PUBLIC VERSION) with Exhibits A-E (REDACTED PUBLIC VERSION) and Discovery Exhibits (REDACTED PUBLIC VERSION) and Plaintiffs' Response to Google's Rule 56.1 Statement (FILED UNDER SEAL) with Exhibits A-E (FILED UNDER SEAL) and Discovery Exhibits (FILED UNDER SEAL)** with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Michael H. Page
Joseph C. Gratz
DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
332 Pine St., Suite 200
San Francisco, CA 94104

Jonathan M. Cyrluk, Esq.
STETLER & DUFFY, LTD.
11 South LaSalle Street
Suite 1200
Chicago, IL 60603

/s/Robert M. Foote
Robert M. Foote, Esq.