# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Vulcan Golf, LLC, et al.

                                    Plaintiff,

v.                                                                Case No.: 1:07−cv−03371
                                                                       Honorable Blanche M. Manning

Google Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 11, 2010:

      MINUTE entry before Honorable Blanche M. Manning: Defendant's motion for leave to file corrected version of its reply memorandum of points and authorities in support for partial summary judgment [305] is granted.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.