**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Vulcan Golf, LLC, et al.
                             Plaintiff,

v.                                           Case No.: 1:07−cv−03371
                                                 Honorable Blanche M. Manning

Google Inc., et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 21, 2010:

       MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held. Parties advise the Court that another settlement conference would not be useful at this time. Plaintiff's counsel shall advise the Court when a ruling on defendants' motion for summary judgment is issued by the District Judge and a status hearing will be set. If the parties agree that a further settlement conference would be useful, they shall contact Judge Brown's courtroom deputy.Notice mailed by judge39;s staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.